UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER HARDING, JASMINE POGUE, OMEGA TAYLOR, LOUISIANA STATE CONFERENCE OF THE NAACP, and POWER COALITION FOR EQUITY AND JUSTICE, | |
| VERSUS | CIVIL ACTION |
| JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, and KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana. | NO.:20-000495-JWD-SDJ |

## ORDER

Having found that, under Local Civil Rule 3, the instant matter is related to *Clark, et al. v. Edwards, et al.*, Civil Action No. 20-cv-00308-SDD-RLB and *Power Coalition for Equity and Justice, et al v. Edwards, et al.*, 20-283-SDD-RLB,

**IT IS ORDERED** that the matter of *Harding, et al v. Edwards, et al*, **Civil Action 20-495-JWD-SDJ** is hereby transferred to Chief Judge Shelly D. Dick and Magistrate Judge Richard L. Bourgeois.

Signed in Baton Rouge, Louisiana, on August 4, 2020.

_____
**SHELLY D. DICK, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**