## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Jennifer Harding, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al*., <br><br> Defendants, <br><br> and <br><br> The State of Louisiana, <br><br> Proposed Intervenor. | Civil Action: 3:20-cv-495 |

**THE STATE OF LOUISIANA'S UNOPPOSED MOTION TO INTERVENE.**

Pursuant to Federal Rule of Civil Procedure 24(a) and/or (b), the State of Louisiana, by and through Attorney General Jeff Landry, in his official capacity, respectfully moves the Court to permit the State of Louisiana to intervene in the above captioned suit. No party opposes this motion.

1.

On August 3, 2020, Plaintiffs brought this suit seeking injunctive and declaratory relief claiming that in light of COVID-19, Louisiana's election laws violate Plaintiffs' First and Fourteenth Amendment Rights as well as the Voting Rights Act. *Harding v. Edwards*, No. 3:20-cv-495 (M.D. La.) (ECF No. 1).

2.

In late May, 2020, Plaintiffs brought a substantially similar suit against the Governor, Secretary of State, and local registrars of voters, which was eventually dismissed by this Court in

late June, 2020. *See Clark v. Edwards*, No. 3:20-cv-283-SDD-RLB, 2020 U.S. Dist. LEXIS 108714 (M.D. La. June 22, 2020). The State sought intervention in that case and Plaintiffs consented to that intervention. *See Clark v. Edwards*, No. 3:20-cv-283-SDD-RLB (M.D. La. June 5, 2020) (ECF No. 30).

3.

Pursuant to Federal Rule of Civil Procedure 24(c), the State's Motion to Dismiss Plaintiffs' Complaint is attached as Exhibit A). The State reserves its right to amend its Motion to Dismiss pursuant to any subsequent scheduling order the Court may order or as justice would otherwise dictate.

4.

Intervention is necessary here as of right or permissively so that the State, through its constitutionally designated officer, may be heard in defense of its election laws and regulations. Therefore, for the reasons detailed in the attached Memorandum of Law, the State respectfully requests that the Court grant its Rule 24 Motion to Intervene.

Dated: August 21, 2020                                                     Respectfully Submitted,

                    JEFF LANDRY
                    ATTORNEY GENERAL

                    */s/ Angelique Duhon Freel*
                    Angelique Duhon Freel (La. Bar Roll No. 28561)
                    Jeffrey M. Wale (La. Bar Roll No. 36070)
                    Assistant Attorneys General
                    Louisiana Department of Justice
                    Civil Division
                    P. O. BOX 94005
                    Baton Rouge, Louisiana 70804-9005
                    Telephone: (225) 326-6017
                    Facsimile: (225) 326-6098
                    Email: freela@ag.louisiana.gov

Jason B. Torchinsky\*
Phillip M. Gordon\*
Dennis W. Polio\*
Holtzman Vogel Josefiak Torchinsky PLLC
45 N. Hill Dr., Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjt.law
pgordon@hvjt.law
*\*pro hac vice* motions forthcoming

*Counsel for Applicant the State of Louisiana*

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 21st day of August 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

> */s/ Angelique Duhon Freel*
> Angelique Duhon Freel
>
>
> *Counsel for Applicant the State of Louisiana*