UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Jennifer Harding, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al*., <br><br> Defendants, <br><br> and <br><br> The State of Louisiana, <br><br> Proposed Intervenor. | Civil Action: 3:20-cv-495 |

### ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION TO INTERVENE

Before the Court is Defendant the State of Louisiana's motion to Intervene. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that the State of Louisiana may intervene in the above-captioned-matter as an Intervenor-Defendant.

IT IS FURTHER ORDERED that Intervenor is hereby instructed to file Motions attached as exhibits to Rec Doc 21 as separate Motions if action by the Court is requested. Motions attached as exhibits to Rec. Doc. 21 are not considered lodged and shall not be considered by the Court unless and until properly filed.

Signed in Baton Rouge, Louisiana the 25th day of August, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**