# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, JASMINE POGUE,
OMEGA TAYLOR, LOUISIANA STATE
CONFERENCE OF THE NAACP, and POWER
COALITION FOR EQUITY AND JUSTICE,

                        *Plaintiffs*,

   v.

JOHN BEL EDWARDS, in his official capacity as
Governor of Louisiana, and KYLE ARDOIN, in his
official capacity as Secretary of State of Louisiana.

                 *Defendants*

  and

THE STATE of LOUISIANA

           *Defendant-Intervenor*.

Case. No. 3:20-cv-00495-SDD-RLB

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
## AND REQUEST FOR EXPEDITED CONSIDERATION

Plaintiffs Jennifer Harding, Jasmine Pogue, Omega Taylor, Louisiana State Conference of the NAACP ("Louisiana NAACP"), and Power Coalition for Equity and Justice ("PCEJ") (collectively "Plaintiffs") respectfully move for a preliminary injunction directing Defendants John Bel Edwards, in his official capacity as Governor of Louisiana, Kyle Ardoin, in his official capacity as Secretary of State of Louisiana, and Defendant-Intervenor, the State of Louisiana (collectively "Defendants") to take immediate action to remove the barriers that place undue burdens on Louisiana voters' fundamental right to cast a ballot during the November and December 2020 elections. In support of their motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, and the attached declaration and exhibits.

Plaintiffs seek to enjoin the following provisions of Louisiana law that will impose undue burdens on the right to vote, in particular for those voters most susceptible to illness and death from COVID-19: (1) the statutory limitations on who can vote absentee by mail (the "Excuse Requirement"); and (2) and the reduction of the 13-day early voting period that was established for the July and August 2020 elections to a seven-day early voting period for the November and December elections 2020.  At minimum, Plaintiffs request that Defendants extend to the upcoming elections the baseline protections provided in the emergency plan that governed the July and August 2020 elections (the "July/August Emergency Plan").

The COVID-19 pandemic has led to unprecedented crises throughout the United States. As of August 25, 2020, the Centers for Disease Control and Prevention (the "CDC") estimate that there have been 5,682,491 reported cases of COVID-19 in the United States, resulting in more than 176,000 confirmed deaths.[1]  Louisiana has been particularly hard hit, with over 144,000 confirmed cases and over 4,600 deaths as of August 25, 2020.[2]  The persistence of COVID-19 throughout the summer has left no doubt that the pandemic will remain a serious risk for Louisiana voters at the time of the November and December 2020 elections.

In the context of the global public health emergency brought about by COVID-19, Plaintiffs are likely to succeed on the merits of their claims that the Excuse Requirement and limited early voting period impose undue burdens on the right to vote in violation of the First and Fourteenth Amendments—particularly on voters with underlying health conditions.  Plaintiffs are also likely to succeed on their claim that Louisiana's Excuse Requirement excludes voters with

---

[1] *See* Centers for Disease Control & Prevention (hereinafter "CDC"), Coronavirus Disease 2019 (COVID-19): *Cases in the U.S.*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html, (last visited Aug. 25, 2020).

[2] La. Dep't of Health, *Coronavirus (COVID-19)*, http://ldh.la.gov/Coronavirus/ (last visited Aug. 25, 2020).

underlying health conditions from equal participation in violation of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132.

Plaintiffs are also entitled to relief because they will suffer irreparable harm without injunctive relief, and because traditional legal remedies will not adequately protect their rights. Further, the harm to Plaintiffs and other Louisiana voters outweighs any potential harm to Defendants.  Finally, the relief sought by Plaintiffs is squarely in the public interest.

In order to protect their own health and lives and that of all Louisiana residents during the ongoing public health emergency, Plaintiffs respectfully request that the Court enter a preliminary injunction for the November 3, 2020 and December 5, 2020 elections that: (1) enjoins Defendants from enforcing the Excuse Requirement; and (2) directs Defendants to provide a 13-day early voting period.

Given the dates of the upcoming elections and the urgency of the relief sought, Plaintiffs respectfully request expedited consideration of this motion, including an expedited briefing schedule.  Accordingly, Plaintiffs propose that Defendants' responses to this motion be due within 10 days of service, on September 4, 2020, and Plaintiffs' reply be due within 4 days of the filing of responses, on September 8, 2020.  Plaintiffs also request that a video or telephonic hearing on Plaintiffs' Motion be held during the week of September 8.

Through counsel, Defendant Governor John Bel Edwards has indicated that he does not oppose this motion and request for expedited consideration.  Counsel for Defendant- Intervenor, the State of Louisiana, indicated that they will oppose Plaintiffs' motion for preliminary injunction and request for expedited consideration.  Defendant Secretary of State Kyle Ardoin's counsel did not confirm the Secretary's position on Plaintiffs' motion.

DATED this 25th day of August 2020.          Respectfully submitted,

Robert D. Fram*                              /s/ Ronald L. Wilson
Morgan E. Lewis*                             Ronald L. Wilson, (LSBN 13575)
Joshua González*                             701 Poydras Street, Suite 4100
Covington & Burling LLP                      New Orleans, LA 70139
One Front Street                             Tel.: (504) 525-4361
San Francisco, CA 94111-5356                 cabral2@aol.com
Tel: (415) 591-6000
rfram@cov.com
MELewis@cov.com                              John Z. Morris*
jgonzalez@cov.com                            Steven Lance*
                                             Victoria Wenger*
                                             NAACP Legal Defense &
John Fraser**                                    Educational Fund, Inc.
Covington & Burling LLP                      40 Rector Street, 5th Floor
The New York Times Building                  New York, NY 10006
620 Eighth Avenue                            Tel.: (212) 965-2200
New York, NY 10018-1405                      zmorris@naacpldf.org
Tel: (212) 841-1000                          slance@naacpldf.org
JFraser@cov.com                              vwenger@naacpldf.org

Frederic M. Levy*                            Catherine Meza*
Covington & Burling LLP                      NAACP Legal Defense &
One City Center                                  Educational Fund, Inc.
850 Tenth Street, NW                         700 14th Street, NW, Suite 600
Washington, D.C. 20001                       Washington, D.C. 20005
Tel: (202) 662-5154                          Tel.: (202) 682-1300
flevy@cov.com                                cmeza@naacpldf.org

                                             * *Pro Hac Vice*
                                             ** *Pro Hac Vice* Motions forthcoming
                                             ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, I electronically filed the foregoing Plaintiffs'

Motion or Preliminary Injunction with the Clerk of Court by using the CM/ECF system, which

will send a notice of electronic filing to counsel of record who are registered participants of the

Court's CM/ECF system. I further certify that I sent the foregoing document by electronic mail

to counsel of record who are not CM/ECF participants as indicated in the notice of electronic

filing.

/s *Catherine Meza*
Catherine Meza