## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER HARDING, JASMINE POGUE, OMEGA TAYLOR, LOUISIANA STATE CONFERENCE OF THE NAACP, and POWER COALITION FOR EQUITY AND JUSTICE<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, and KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana.<br><br>*Defendants*,<br><br>and<br><br>THE STATE of LOUISIANA<br><br>*Defendant-Intervenor*. | Case. No. 3:20-cv-00495 SDD-RLB |

## DECLARATION OF CATHERINE MEZA

Catherine Meza declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am over the age of 18 and competent to make this declaration. I am an attorney for Plaintiffs. I am barred in the District of Columbia and the State of New York and have been admitted *Pro Hac Vice* before this Court in the above-captioned matter. I submit this declaration on behalf of Plaintiffs to provide true and correct copies of certain listed exhibits submitted in support of Plaintiffs' Motion for Preliminary Injunction.

2.      Exhibit 1 is a true and correct copy of the Declaration of Dr. Arthur L. Reingold, dated August 24, 2020.

3.      Exhibit 2 is a true and correct copy of the Declaration of Camara Phyllis Jones, M.D., M.P.H., Ph.D., dated August 21, 2020.

4.      Exhibit 3 is a true and correct copy of the Declaration of William S. Cooper, dated August 13, 2020.

5.      Exhibit 4 is a true and correct copy of the Declaration of Jennifer Harding, dated August 20, 2020.

6.      Exhibit 5 is a true and correct copy of the Declaration of Jasmine Pogue, dated August 20, 2020.

7.      Exhibit 6 is a true and correct copy of the Declaration of Omega Taylor, dated August 20, 2020.

8.      Exhibit 7 is a true and correct copy of the Declaration of Michael W. McClanahan, dated August 21, 2020.

9.      Exhibit 8 is a true and correct copy of the Declaration of Ashley Shelton, dated August 24, 2020.

10.      Exhibit 9 is a true and correct copy of a letter from John Bel Edwards, Gov. of La. to R. Kyle Ardoin, La. Sec. of State, dated August 20, 2020.


I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  August 25, 2020

                                         /s *Catherine Meza*
                                        Catherine Meza