# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, JASMINE POGUE, OMEGA
TAYLOR, LOUISIANA STATE CONFERENCE OF
THE NAACP, and POWER COALITION FOR
EQUITY AND JUSTICE;

               *Plaintiffs*,

    v.

JOHN BEL EDWARDS, in his official capacity as
Governor of Louisiana, and KYLE ARDOIN, in his
official capacity as Secretary of State of Louisiana.

               *Defendants*.

Case. No. 3: 20-cv-00495
SDD-RLD

## DECLARATION OF CAMARA PHYLLIS JONES, M.D., M.P.H., Ph.D.

Pursuant to 28 U.S.C. § 1746, 26(a)(2)(B), the Federal Rules of Civil Procedure, and Rules 702 and 703, the Federal Rules of Evidence, I declare that the following is true and correct to the best of my knowledge:

1.      I am a family physician and epidemiologist whose work focuses on naming, measuring, and addressing the impacts of racism on the health and well-being of the nation. I recently completed my tenure as the 2019-2020 Evelyn Green Davis Fellow at the Radcliffe Institute for Advanced Study at Harvard University. I am also a Senior Fellow at the Satcher Health Leadership Institute at the Morehouse School of Medicine; an Adjunct Professor at the Rollins School of Public Health at Emory University in the Department of Behavioral Sciences and Health Education and the Department of Epidemiology; and an Adjunct Associate Professor

1

at the Morehouse School of Medicine in the Department of Community Health and Preventive Medicine.

2.      Past roles include Assistant Professor at the Harvard School of Public Health in the Department of Health and Social Behavior, Department of Epidemiology, and Division of Public Health Practice (1994 to 2000); Medical Officer at the Centers for Disease Control and Prevention ("CDC") in the Division of Adult and Community Health, National Center for Chronic Disease Prevention and Health Promotion (Research Director on Social Determinants of Health and Equity, 2000 to 2010) and in the Division of Epidemiologic and Analytic Methods for Population Health, Office of Surveillance, Epidemiology, and Laboratory Services (2010 to 2014); and President of the American Public Health Association (2015 to 2016).

3.      At the CDC, I led the development and inclusion of the six-question "Reactions to Race" module on the Behavioral Risk Factor Surveillance System, and the organization and formalization of the CDC Racism and Health Workgroup as an official CDC scientific workgroup.  As President of the American Public Health Association, I launched our 25,000-member association and our 54 state affiliates (with another 25,000 members) on a National Campaign Against Racism.

4.      I am currently a member of the National Academies of Sciences, Engineering, and Medicine's *Roundtable on Black Men and Black Women in Science, Engineering, and Medicine*; the National Board of Public Health Examiners; the Board of Directors of the DeKalb County [Georgia] Board of Health; and a faculty member of the Accreditation Council for Graduate Medical Education's *Quality Improvement:  Health Care Disparities* Collaborative.

5.      I earned my BA in Molecular Biology from Wellesley College (1976); my MD from the Stanford University School of Medicine (1981); my Master of Public Health from the

2

Johns Hopkins School of Hygiene and Public Health (now the Johns Hopkins Bloomberg School of Public Health) (1982); and my PhD in Epidemiology from the Johns Hopkins School of Hygiene and Public Health (1995). I also completed residency training in General Preventive Medicine at the Johns Hopkins School of Hygiene and Public Health (1981 to 1983) and residency training in Family Practice at the Residency Program in Social Medicine at Montefiore Medical Center (1983 to 1986).

6.      Attached and incorporated by reference to this declaration is a copy of my curriculum vitae (Attachment A).

7.      **"Race"-associated differences in health outcomes exist.** Racial disparities in health outcomes in the United States have been documented across organ systems (heart disease, stroke, cancer, diabetes, asthma, kidney disease), across age groups (infant mortality, maternal mortality, life expectancy at birth), and over time.[1]

8.      In the U.S., Black people have higher rates than White people of obesity, high blood pressure, heart disease, kidney disease, diabetes, and asthma. Blacks have the highest age adjusted prevalence of obesity at 49.6% compared to Whites at 42.2%; high blood pressure is most common in Black adults at 54% compared to White adults at 46%; the age-adjusted death rate from heart disease is 208.0 per 100,000 persons for Blacks and 168.9 per 100,000 persons for Whites; age-adjusted prevalence of kidney disease is 3.1% among Blacks and 2.0% among Whites; prevalence of diabetes is 16.4% among Blacks (18 years and older) and 11.9% among

---

[1] National Academy of Sciences, Engineering, and Medicine, COMMUNITIES IN ACTION: PATHWAYS TO HEALTH EQUITY (2017); Centers for Disease Control and Prevention, *CDC Health Disparities and Inequalities Report,* 62 MORBIDITY AND MORTALITY WEEKLY REPORT 1-187 (Nov. 22, 2013), https://www.cdc.gov/mmwr/pdf/other/su6203.pdf; U.S. Department of Health and Human Services, REPORT OF THE SECRETARY'S TASK FORCE ON BLACK AND MINORITY HEALTH (1985), https://archive.org/details/reportofsecretar00usde/mode/2up; WEB DuBois, PHILADELPHIA NEGRO: A SOCIAL STUDY (1899).

Whites (18 years and older); prevalence of asthma is 10.7% among Blacks and 8.0% among Whites.[2]

9.    In Louisiana, similar disparities in rates are documented.  According to statistics from the Louisiana State Health Department, the number of deaths (per 100,000 population) from asthma, heart disease, diabetes, and severe obesity are higher for Black people than for White people.[3]

10.    These racial disparities in health outcomes arise on three levels[4]:  differences in quality of health care[5], differences in access to health care[6], and differences in underlying exposures and opportunities which make some individuals and communities sicker than others.[7]

11.    In the United States, Black people are also less likely to have access to quality health care than White people through insurance, proximity, representation among physicians.[8]

---

[2] Centers for Disease Control and Prevention (CDC), *Adult Obesity Facts*, https://www.cdc.gov/obesity/data/adult.html; CDC, *Facts About Hypertension*, https://www.cdc.gov/bloodpressure/facts.htm; CDC, *Know Your Risk for Heart Disease*, https://www.cdc.gov/heartdisease/risk_factors.htm; CDC, National Center for Health Statistics, *Health United States-Infographics*, https://www.cdc.gov/nchs/hus/spotlight/2019-heart-disease-disparities.htm; CDC, National Center for Health Statistics, *National Health Interview Survey 2018, Table A-4a*, https://ftp.cdc.gov/pub/Health_Statistics/NCHS/NHIS/SHS/2018_SHS_Table_A-4.pdf; CDC, NATIONAL DIABETES STATISTICS REPORT 2020 (2020), https://www.cdc.gov/diabetes/pdfs/data/statistics/national-diabetes-statistics-report.pdf; CDC, *Asthma: Most Recent National Asthma Data*, https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm
[3] *See* Louisiana Department of Health, *Minority Health Indicators*, https://ldh.la.gov/index.cfm/page/672.
[4] Camara P. Jones, et al., *Addressing the Social Determinants of Children's Health:  A Cliff Analogy*, 20 J. OF HEALTH CARE FOR THE POOR AND UNDERSERVED, 1-12 (2009).
[5] Brian D. Smedley, et al., UNEQUAL TREATMENT:  CONFRONTING RACIAL AND ETHNIC DISPARITIES IN HEALTH CARE (2002).
[6] Agency for Healthcare Research and Quality, 2018 NATIONAL HEALTHCARE QUALITY AND DISPARITIES REPORT (2018), https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/nhqrdr/2018qdr.pdf; W. Michael Byrd and Linda A. Clayton, AN AMERICAN HEALTH DILEMMA:  RACE, MEDICINE, AND HEALTH CARE IN THE UNITED STATES, 1900-2000 (2002); W. Michael Byrd and Linda A. Clayton, AN AMERICAN HEALTH DILEMMA:  A MEDICAL HISTORY OF AFRICAN AMERICANS AND THE PROBLEM OF RACE:  BEGINNINGS TO 1900 (2000).
[7] Jo C. Phelan, et al., *Social Conditions as Fundamental Causes of Health Inequalities*, 51 J. HEALTH SOC BEHAV., S28-40 (2010); World Health Organization (WHO) Commission on Social Determinants of Health, *Closing the Gap in a Generation: Health Equity Through Action on the Social Determinants of Health,* FINAL REPORT OF THE COMMISSION ON SOCIAL DETERMINANTS OF HEALTH (2008), https://apps.who.int/iris/bitstream/handle/10665/43943/9789241563703_eng.pdf;jsessionid=D8226CD8933FC8A8F60704B1CEF5B303?sequence=1.
[8] Agency for Healthcare Research and Quality, *supra* n. 5.

12.    **Healthy outcomes are significantly influenced by social factors**.  Health is not created within the health sector, nor is it primarily determined by genes or individual behaviors.[9] The "social determinants of health" are those determinants of health that are outside of the individual, beyond our genes and beyond our individual behaviors.  They are the contexts of our lives, the conditions in which people are born, grow, live, work and age.[10]  They include individual contexts (education, occupation, income, wealth) as well as neighborhood contexts (quality of housing, availability of health foods, availability of green space, air quality, water quality, quality of the schools, availability of work, transportation options, distance from polluting industries).

13.    In the United States, Black people have lower average annual income, lower family wealth, poorer housing, live in communities with more environmental degradation, have less access to healthy foods, less access to green space, less access to clean air, and less access to clean water than White people.  The maldistribution of goods, services, and opportunities of society is not just random.

14.    If the social determinants of health are the contexts of our lives, then the social determinants of equity determine the range of those contexts and which groups live where.[11] The social determinants of equity include racism, sexism, and other systems of structured inequity. They operate through structures (the who, what, when, and where of decision-making); policies (the written how of decision-making); practices and norms (the unwritten how of decision-making); and values (the why).[12] Of special importance is who is at the decision-

---

[9] Phelan et al., *supra* n. 6.
[10] WHO Commission on Social Determinants of Health, *supra* n. 5; Jones et al., *supra* n. 3.
[11] Jones, et al., *supra* n. 3.
[12] Camara P. Jones, *Systems of Power, Axes of Inequity; Parallels, Intersections, Braiding the Strands*, 52 MED CARE S71-5 (2014).

making table and who is not, and what is on the agenda and what is not.  The health of

individuals and communities requires unfettered participation in decision-making processes.[13]

15.     The most profound differences between Black people and White people in the

United States are in their underlying exposures, opportunities, resources, and risks.

16.     In Louisiana, the 2018 *American Community Survey* estimated that the proportion

of people living in poverty was 30% of all Black residents compared to 12% of all White

residents; the unemployment rate was 9.9% for Black residents compared to 4.5% for White

residents; per capita income was $17,491 for Black residents compared to $33,856 for White

residents; 19% of Black residents had not completed high school compared to 10.8% of White

residents; 7.8% of Black residents had no health insurance compared to 6.2% of White residents;

and 15.8% of Black residents lacked a vehicle compared to 4.7% of White residents.[14]

17.     **Racism is the root cause of "race"-associated differences in health outcomes.**

There is a wealth of empirical research on how racism adversely impacts physical health

outcomes and mental health outcomes.[15]

18.     Racism is the system of structuring opportunity and assigning value based on the

social interpretation of how one looks (which is what we call "race"), that unfairly disadvantages

some individuals and communities, unfairly advantages other individuals and communities, and

saps the strength of the whole society through the waste of human resources.[16]

---

[13] Thomas A. LaVeist, *Segregation, Poverty, and Empowerment: Health Consequences for African Americans*, 71 THE MILBANK QUARTERLY 41-64 (1993); Thomas A. LaVeist, *The Political Empowerment and Health Status of African Americans: Mapping New Territory*, 97 AMERICAN J. OF SOCIOLOGY 1080-1095 (1992).
[14] U.S. Census Bureau, 2010-2018 American Community Survey 1-Year Estimates: Selected Social Characteristics of the United States: Louisiana (2018).
[15] David R. Williams, et al., *Racism and Health: Evidence and Needed Research*, 40 ANNUAL REV. PUBLIC HEALTH 105-125 (2019); Yin Paradies et al., *Racism as a Determinant of Health: A Systematic Review and Meta-Analysis*, 10 PLoS ONE (2015).
[16] Camara P. Jones, Confronting Institutionalized Racism, 50 PHYLON 7-22 (2003); Camara P. Jones, et al., Using "Socially Assigned Race" to Probe White Advantages in Health Status, 18 ETHNICITY & DISEASE 496-504 (2008).

19.     There are three levels of racism that impact health:  institutionalized (structural), personally-mediated, and internalized.[17]  Institutionalized racism results in differential access to the goods, services, and opportunities of society by "race" through a constellation of structures, policies, practices, norms, and values.[18]  Personally-mediated racism comprises differential assumptions about the abilities, motives, and intents of others by "race" and differential actions based on those assumptions.[19]  Internalized racism is acceptance by members of stigmatized "races" of negative messages about their own abilities and intrinsic worth [20](and the reciprocal internalization by members of dominant "races" of a sense of entitlement).

20.     Of the three levels of racism, institutionalized racism has the most profound impacts on health.[21]  This level of racism does not require an identifiable perpetrator since it has been institutionalized in our laws, customs, and background norms.  Rather, it often manifests as inherited disadvantage or its reciprocal inherited advantage.  Institutionalized racism can operate through acts of commission (doing) as well as through acts of omission (not doing), and it very often manifests as inaction in the face of need.[22]

21.     Institutionalized racism impacts both material conditions and access to power.[23] With regard to material conditions, examples include differential access to quality education, sound housing, gainful employment, appropriate medical facilities, and a clean environment. With regard to access to power, examples include differential access to information (including information about one's own history), resources (including wealth and organizational

---

[17] Camara P. Jones, *Levels of Racism:  A Theoretic Framework and a Gardener's Tale*, 90 AMERICAN JOURNAL OF PUBLIC HEALTH 1212-1215 (2000).
[18] *Id*.
[19] *Id*.
[20] *Id*.
[21] *Id*.
[22] *Id.*
[23] *Id*.; Jones, *supra* n. 15.

infrastructure), and voice (including political participation, voting rights, representation in government, and control of the media).

22.    The association between socio-economic status and "race" in the United States has its origins in discrete historical events but persists because of contemporary structural factors that perpetuate those historical injustices.[24]  Structural racism is manifest in legal segregation of housing and schools, discrimination in the labor market, disproportionate incarceration, and unequal justice.[25]  Those contemporary structural factors are part and parcel of structural racism.

23.    Present day practices and policies rooted in institutionalized racism, which include ongoing discrimination in housing and lending markets, redlining, and divestment from poor communities, continue to plague Black people in the United States and are evidenced by disproportionately high levels of poverty and unemployment, substandard educational settings and opportunities, concentration in poor neighborhoods with unsafe and under-resourced living environments, overall economic instability, and limited access to quality healthcare.

24.    **Racism is the root cause of the disproportionate impact of COVID-19 on communities of color in the United States.**  Black Americans are both disproportionately infected by SARS-CoV-2 and dying from COVID-19.  Black people represent 13% of the total United States population but, as of August 2020, 20% of reported COVID-19 cases and 23% of reported COVID-19 deaths, while White people make up 72% of the total United States population but only 39% of reported cases and 50% of reported deaths.[26] Based on data reported

---

[24] Jones, *supra* n. 16.
[25] *See, e.g.*, Richard Rothstein, THE COLOR OF LAW: A FORGOTTEN HISTORY OF HOW OUR GOVERNMENT SEGREGATED AMERICA (2017); William A. Darity, Jr. and Samuel L. Myers, Jr., PERSISTENT DISPARITY: RACE AND ECONOMIC INEQUALITY IN THE UNITED STATES SINCE 1945 (1999); Michelle Alexander, THE NEW JIM CROW: MASS INCARCERATION IN THE AGE OF COLORBLINDNESS (2010); Bryan Stevenson, JUST MERCY: A STORY OF JUSTICE AND REDEMPTION (2014).
[26] Centers for Disease Control and Prevention, CDC COVID-19 Data Tracker:  *Demographic Trends of COVID-19 cases and deaths in the US reported to CDC, Cases by Race/Ethnicity*, https://www.cdc.gov/covid-data-tracker/index.html#demographics (last visited Aug. 5, 2020).

by the American Public Media (APM) Research Lab, when adjusted for age differences in racial

groups, Black Americans have experienced the highest overall actual COVID-19 mortality rates,

which are 3.7 times as high as rates for Whites.[27]

      25.     In Louisiana, the differences are even more stark.  Black residents in Louisiana

are more likely to die from COVID-19 than White residents. Black people represent 33% of the

population but 50% of the deaths, while White people represent 63% of the population but only

48% of the deaths.[28]

      26.     The disproportionate rates of COVID-19 infection and death between Black

people and White people that are being documented across the United States and especially in

Louisiana are due to: (a) the ways that racism has structured opportunities so that Black people

are more likely to be infected by the virus (SARS-CoV-2); and (b) the ways that racism has

impacted underlying health status so that Black people are more likely to experience severe

forms of the disease (COVID-19) once infected.  It is important to recognize that the

disproportionate impact is not due to some inherent biological weakness nor some reluctance to

comply with public health advisories.  Black people are getting more infected with SARS-CoV-2

because they are more exposed and less protected. Black people are dying more from COVID-19

because they are more burdened by chronic diseases with less access to health care.[29]

      27.     **Black people are more likely to get infected with SARS-CoV-2 because they**

**are more exposed and less protected.**  Black people are more exposed because they are over-

---

[27] American Public Media APM Research Lab, *The Color of Coronavirus: COVID-19 Deaths By Race and Ethnicity in the U.S.* (last visited Aug. 14, 2020), https://www.apmresearchlab.org/covid/deaths-by-race.

[28] U.S. Census Bureau, *QuickFacts Louisiana*, https://www.census.gov/quickfacts/LA; La. Dep't of Health, COVID-19 Updated, *Additional Data on COVID-19 Deaths in Louisiana*, http://ldh.la.gov/Coronavirus/ (last visited Aug. 5, 2020).

[29] Claudia Walls, Why Racism, *Not Race, Is a Risk Factor for Dying of COVID-19: Public health specialist and physician Camara Phyllis Jones talks about ways that job, communities and health care can leave Black Americans more exposed and less protected*, SCIENTIFIC AMERICAN (June 12,2020), https://www.scientificamerican.com/article/why-racism-not-race-is-a-risk-factor-for-dying-of-covid-191/.

represented in low-paid frontline jobs (including as home health aides, transit drivers, postal workers, sanitation workers, hospital orderlies and custodians, grocery workers, meat packers, and warehouse workers).  In these roles, they do not have the luxury to work from home nor the savings nor paid sick leave to be off the job to preserve their health.  The over-representation of Black workers in low-paid frontline jobs results from racial residential and educational segregation, which in turn leads to racial disparities in employment and occupational opportunities.

28.    Black people are also more exposed because they are more reliant on public transportation; live in more crowded home settings and more densely populated communities; and are over-represented in jails and prisons and among the unhoused.

29.    Compounding the injury of being made more exposed is the insult of being less protected.  Many low-paid workers are not provided adequate personal protective equipment to prevent them from acquiring the virus on the job, even though their work is now being deemed "essential".  In jails, prisons, and homeless shelters, the public health mitigation strategies of social distancing and frequent handwashing are virtually impossible.

30.    **Once infected, Black people are more likely to die from COVID-19 because they are more burdened by chronic diseases and have less access to health care.**  Black people are more burdened by chronic diseases because Black communities are more likely to be disinvested and actively neglected communities of concentrated poverty with poor access to healthy foods including fresh fruits and vegetables; poor access to green space and healthy environments for active living; increased likelihood of proximity to polluting industries which poison the air, soil, or water; and limited alternatives to crowded and unhealthy living spaces. These conditions greatly constrain residents from making healthy behavioral choices, resulting in

higher prevalence of obesity, high blood pressure, diabetes, asthma, heart disease, and kidney disease (among many other environmentally conditioned health outcomes), all of which make COVID-19 more severe and potentially fatal.

31.    Black people have less access to timely, responsive, and physically proximate health care in Louisiana as in the rest of the United States.  Even during the COVID-19 pandemic, testing sites were first located in affluent communities (with lower proportions of Black residents) and persons seeking a test were required to have an order from a primary care physician (which Black residents are more likely to lack).  In rural parts of the state, recent hospital closures have exacerbated the lack of ready access to health care.

32.    Finally, Black adults in the United States are substantially more likely than White adults to express high levels of concern over the possibility that they will get the coronavirus or transmit it to others.[30]  Those fears are well-founded.

33.    Racism is foundational in the history of the United States and continues to have profound impacts on the health and well-being of the nation.[31]  About 86 U.S. cities and counties and at least three states (Michigan, Nevada, and Wisconsin) have declared that racism is a public health crisis.[32]  During this COVID-19 pandemic, the unfair disadvantage that racism has structured for communities of color is even more life-threatening than during "normal" times.  It is noteworthy that the most profound impacts of racism occur without bias.  They manifest instead as inaction in the face of need.[33]

---

[30] Pew Research Center, HEALTH CONCERNS FROM COVID-19 MUCH HIGHER AMONG HISPANICS AND BLACKS THAN WHITES (Apr. 14, 2020), https://www.people-press.org/2020/04/14/health-concerns-from-covid-19-much-higher-among-hispanics-and-blacks-than-whites/
[31] Ibram X. Kendi, STAMPED FROM THE BEGINNING:  THE DEFINITIVE HISTORY OF RACIST IDEAS IN AMERICA (2016).
[32] American Public Health Association, *Declaration of Racism as a Public Health Issue*, https://apha.org/topics-and-issues/health-equity/racism-and-health/racism-declarations (last visited Aug 17, 2020).
[33] *See* Jones, *supra* n. 15.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:  August 21, 2020

_____

Camara Phyllis Jones, M.D., M.P.H., Ph.D.

12