# **EXHIBIT 5**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, JASMINE POGUE, OMEGA TAYLOR, LOUISIANA STATE CONFERENCE OF THE NAACP, and POWER COALITION FOR EQUITY AND JUSTICE,

      *Plaintiffs*,

  v.

JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, and KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana.

      *Defendants*.

Case. No. 3:20-cv-00495-SDD-RLB

## **DECLARATION OF JASMINE POGUE**

JASMINE POGUE declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am 33 years old and competent to make this declaration.

2. I am a U.S. citizen, Black, and lawfully registered to vote in Louisiana. I have never lost my right to vote by reason of a felony conviction or court order.

3. I live with my husband and 6-year-old daughter in Baton Rouge, Louisiana. I work in business sales for an ATT contractor and volunteer with several social justice organizations in my community.

4. Since schools in Louisiana closed in March as a result of the COVID-19 pandemic, my family and I have been engaging in strict social distancing to avoid all unnecessary risk of exposure to the virus. We have only left our home for discrete purposes, such as doctor visits or purchasing groceries. We are committed to maintaining social distancing best practices in order to protect our health and the health of others.

5.      I was diagnosed with asthma in October of 2019. I have suffered from respiratory issues since childhood, but was only recently in the financial position to seek the necessary medical care to receive a diagnosis and appropriate medication.

6.      My asthma is environmentally induced, triggered by allergens and other pollutants, like smoke or dust. I have difficulty breathing and require an inhaler when I experience an asthma attack. Prior to my diagnosis, I confused my asthma attacks for panic attacks because my breathing became so strained. My asthma symptoms are luckily not perpetual, so I do not require my inhaler on a frequent or standard basis.

7.      I also have a history of upper respiratory infections, and last contracted one in mid-March, near the beginning of the state's stay at home order. At the time, I started having breathing difficulty and could not catch my breath. I could not even complete a full sentence without needing to gasp for air. I made an urgent visit to the doctor, who was able to provide a diagnosis and prescribe steroids for treatment. During my consultation, the doctor wore full protective gear out of fear of any potential coronavirus transmission. He advised me to take extra precaution and stay home since the steroids he prescribed put me at increased risk of COVID-19's effects.

8.      My medical history of respiratory issues makes me particularly concerned about the threat of COVID-19. An asthma attack or the onset of another upper respiratory infection would compromise my lung capacity. The steroids I need to take to fight an upper respiratory infection compromise my immune system and would make me more vulnerable to COVID-19. I fear combining these vulnerabilities with the symptoms of COVID-19 could have lethal consequences.

9.      As I have followed coverage regarding the health pandemic, I have become acutely aware of the disproportionate rates of infection and death among Black Americans, especially in

Louisiana. I fear for my health and the health of my community. I have heard both government leaders and health experts on the federal and state level acknowledge the disparities in health outcomes from COVID-19 across racial groups. I take these statements as a targeted warning to the Black community. I believe there needs to be heightened protections to account for the systemic vulnerabilities Black Louisianans are facing during this crisis.

10. In April, I closely followed the state's adoption of an emergency election plan for the July and August elections. While I understood that voters with certain comorbidities of COVID-19 qualified to vote absentee under this plan, I did not believe that I qualified. Among qualifiers to request a ballot, the COVID-19 emergency absentee ballot application listed certain "serious underlying medical conditions" identified by the Centers for Disease Control as comorbidities of COVID-19. However, because my asthma diagnosis was not "moderate or severe," as defined on the list, I believed my more minor diagnosis was purposely excluded.

11. In a prior case, this Court stated that I would have likely qualified for an absentee ballot since my "asthma and history of respiratory infections," could count as a "'chronic lung disease,' which is one of the other explicitly enumerated qualifying conditions" [under the Emergency Plan].[1] However, when I tried to confirm my eligibility with the Secretary of State's Office and East Baton Rouge Registrar after that ruling, they declined to affirm that my diagnosis would qualify under the COVID-19 related excuses provided in the July/August Emergency Election Plan. Without that assurance, I was not comfortable requesting a mail-in ballot for the July and August elections due to the harsh criminal penalties for inaccurate statements that were emphasized on the application.

12. If Louisiana's restrictive absentee voting excuse requirement stays in effect, voting

---

[1] June 22, 2020 Order at 19.

in person will remain my only option to participate in any of this year's elections, as it was in July and August.  My experience voting was stressful and uncomfortable because of the inadequate enforcement of social distancing and sanitary precautions at my polling site.

13. On July 11, 2020 and August 15, 2020, my husband and I went to vote at our assigned polling site.  At the site, which is a school, voters wait in a hallway outside the room where ballots are cast.  This hallway is both an entrance and an egress, so voters exiting must pass the voters in line.  The hallway is too narrow to allow six feet of distance between voters standing in line and those exiting.  These close quarters inhibited our ability to practice the level of social distancing we have practiced consistently since March, in accordance with public health guidance.

14. When I signed into vote during the primary, the poll workers took and touched my ID to inspect it.  They provided no finger protectors or other protection for me to avoid contact with the voting machine or other communal surfaces.  While most poll workers were wearing PPE and face shields, some people both inside the polling place and waiting in line were not wearing masks.  I did not witness any workers wipe down the machines between voters.  Overall, the staff seemed unprepared to accommodate the safety practices necessary to accommodate voters during a pandemic.

15. My experience voting in July and August confirmed that even if my husband and I take heightened precautions to vote in person—like wearing masks and washing our hands—it is not possible to account for how densely crowded our polling site could be or know whether other people will abide by recommended health practices.

16. From the limited trips I have made during the pandemic, I already know that many community members have chosen not to wear a mask in public.  I have witnessed people actively protest mask requirements during the height of the virus threat.  I know that voters who are

protesting mask requirements cannot, and should not, be denied their vote. However, this means I cannot trust that my polling site will be safe from COVID-19 spread on voting days. Because there is no option under current law for me or my husband to vote by mail in the November and December elections, I fear our family will be put at unavoidable risk just for us to exercise our right to vote.

17. In addition to the grave health threat, contracting COVID-19 would trigger medical expenses that would pose financial challenges to my family. My work is commission-based and involves site visits, which have halted during the pandemic. My commission is paid on a delayed schedule, so this time without reliable work will have latent effects. While I fear most for my health and the health of others, the economic implications of illness also increase the stakes of voting in person for me and my family.

18. If I had the opportunity to vote by absentee ballot, I would take it unquestionably. I have participated in elections since I became eligible to vote at 18 years old, and it is important to me that my voice is heard in our political system. I am devastated that my right to vote and my need to protect my health are put in tension by Louisiana's refusal to extend vote by mail opportunities for voters like me.

19. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2020

*Jasmine Pogue*

Jasmine Pogue