# **<u>EXHIBIT 6</u>**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, JASMINE POGUE, OMEGA TAYLOR, LOUISIANA STATE CONFERENCE OF THE NAACP, and POWER COALITION FOR EQUITY AND JUSTICE,

       *Plaintiffs*,

  v.

JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, and KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana.

       *Defendants*.

Case. No. 3:20-cv-00495-SDD-RLB

## **DECLARATION OF OMEGA TAYLOR**

OMEGA TAYLOR declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am 56 years old and competent to make this declaration.

2. I am a U.S. citizen, Black, and lawfully registered to vote in Louisiana. I have never lost my right to vote by reason of a felony conviction or court order.

3. I live with my husband in Hammond, Louisiana. I work at the Hammond Housing Authority, and I am a member of the Louisiana State Conference of the NAACP. I volunteer as the association's Youth and College State Advisor.

4. I have diabetes, high blood pressure, and a thyroid disorder. Based on my doctor's advice, public statements made by Governor John Bel Edwards during press conferences, and public-health information in the media, I understand that my medical conditions put me at higher than normal risk of severe complications from COVID-19.

5. My husband, who is Black, is 67 years old. Due to his age, he is also at heightened risk of suffering severe health complications if he contracts COVID-19.

6. I am aware of the disproportionate rates of both infection and death from COVID-19 among Black Louisianans, and especially among individuals with underlying medical conditions and older adults, like myself and my husband.

7. I do not want to expose myself, my husband, or others in my community to a severe and potentially deadly disease.

8. For these reasons, since March of this year, I have been very cautious in avoiding contact with others and have worn a mask and maintained social distancing, as recommended by my doctor, to prevent any unnecessary risk of exposure to COVID-19.

9. Since March, my husband and I have put our normal lives on hold. We have attended only virtual church services from our home instead of going to church in person, as we always used to do. We have not taken part in social activities. My husband and I are committed to maintaining social distancing and staying home as much as possible in order to protect our health and the health of others.

10. On April 6, 2020, I was furloughed from my job with the housing authority. Since then, I have limited my trips outside to essential activities, such as buying groceries approximately every other week and going to the drug store about once a month to pick up my medicines.

11. When I have to leave home to go to the grocery store or the pharmacy, I wear a mask and bring hand sanitizer and wipes with me. When I come home, I wash my hands and take a shower after I get back into the house.

12. I have family members, friends, and members of my church who have been diagnosed with COVID-19. Some of them have had severe complications and been hospitalized.

Fortunately, I have been able to avoid the disease thus far.

13. Although health risks are my primary concern, becoming infected with COVID-19 would also be a financial burden. If I were to get COVID-19, I would not be able to return to work when the housing authority calls me back from furlough.

14. I do not qualify to vote by absentee ballot under any excuse in Louisiana law.

15. If Louisiana's current absentee voting laws remain in place, voting in person will be my only option to participate in the November 3, 2020 election. However, due to the continuing presence of COVID-19 in my community, I do not believe it will be safe to vote in person at my polling place this November.

16. In the July and August elections, I voted at my regular polling place, the Hammond Fire Station #2. This fire station serves as the consolidated polling place for three precincts. But the building's interior space is too small to allow for social distancing while checking in, casting a ballot, waiting in line, or entering and exiting the station. If there are more than four voters in the building at the same time, it is impossible to stay six feet apart. During the elections this summer, even the tables where poll workers were seated were arranged less than six feet from each other. Both in July and August, I brought my own pen to sign the poll book. In July, I voted during early voting. In August, I voted early in the morning on election day, shortly after the polls opened. I expected to find the polling place less crowded at that time.

17. Based on my experience voting in past presidential elections, I believe that many more people will participate in the November 3, 2020 election than the elections in July and August. I believe that voters will be standing in lines at the polling place all day, including in the early morning. Crowding at the polling place would significantly increase the risk that I would be unable to practice social distancing, as my doctor recommended, if I voted there in person.

18. In addition, the weather will be colder in November than it was in July and August. I believe that the fire station will likely close its bay doors. During voting hours in July and August, the fires station ran fans to keep people cool. Given the colder temperatures, however, I do not believe that fans will be running in November. Both of these changes would decrease air circulation and ventilation within the polling place, making it easier for COVID-19 to spread.

19. From the limited trips I have made during the pandemic, I also know that only about sixty percent of people are choosing to wear masks.

20. My experience voting in July and August confirmed that, even if I take heightened precautions to vote in person, I cannot account for how densely crowded my polling place will be in November.

21. If I were able to do so, I would vote absentee this November.

22. Voting is important to me because so many people sacrificed their lives for my right to vote, and I feel that I need my voice to be heard. I recall going with my mother and father when I was a child to watch as they cast their ballots. Elections were always an important event in our family's life. Since I turned 18, I have voted consistently in federal, state, and local elections.

23. I believe that I should not have to choose between my vote and my health.

24. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2020

*Omega Taylor*
Omega Taylor