# **EXHIBIT 7**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER HARDING, JASMINE POGUE, OMEGA TAYLOR, LOUISIANA STATE CONFERENCE OF THE NAACP, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana, and KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana.<br><br>   *Defendants*. | Case. No. 3:20-cv-00495 |

## **DECLARATION OF MICHAEL W. MCCLANAHAN**

Pursuant to 28 U.S.C. § 1746, I declare that the following is true and correct to the best of my knowledge:

1. My name is Michael W. McClanahan and I am the President of the National Association for the Advancement of Colored People Louisiana State Conference ("Louisiana NAACP"). The Louisiana NAACP is a Plaintiff in this case.

2. The Louisiana NAACP was chartered in 1943. I have served as President of the Louisiana NAACP since 2017 and am currently in my second term. We are a nonprofit and nonpartisan organization and a State Conference of the National Association for the Advancement of Colored People. The Louisiana NAACP's work is devoted to pursuing the social, political, economic, and educational equity of Black people in this state and nation. Our mission includes eliminating racial discrimination and uplifting the protection of voting rights and fair political

1

participation. As a nonprofit, the Louisiana NAACP depends entirely on the work of volunteers, supported by membership fees and private donors.

3. The Louisiana NAACP's work in support of voting rights includes multiple statewide initiatives. Our voter engagement work during recent elections has included "get out the vote" campaigns; widespread voter registration efforts; voter engagement and education via social media; Relational Voting and the Hustle Initiative, which are voter engagement, registration, and information programs which have engaged over 100,000 Louisiana voters; and a "Souls to the Polls" program that engaged tens of thousands of Louisiana voters during the last presidential election.

4. The Louisiana NAACP has been monitoring the potential electoral impacts of COVID-19 for over five months and has had to specifically investigate the potential effects of the state's requirements limiting access to absentee mail-in ballots despite the risks of the COVID-19 pandemic. Information that the Louisiana NAACP has gathered regarding the ability of our members to safely participate in Louisiana's upcoming elections has been disseminated to members via regular remote meetings, which were formerly held monthly but are now held weekly due to the increased urgency.

5. The Louisiana NAACP has transitioned to virtual meetings and online coordination during the COVID-19 pandemic, including our Annual Convention and Leadership Conference in September 2020, which will be held fully virtually, due to the health risks of gathering a large group together for an in-person meeting.

6. In preparation for Louisiana's November and December elections, the Louisiana NAACP has continued to advocate for the implementation of an emergency election plan that will not force voters who are not eligible to vote by absentee ballot to go to the polls in person if they

do not feel safe doing so due to risk of infection and severe illness from COVID-19, and that will maximize the amount of time that voters have to participate in early voting in order to further increase voters' access to the ballot while decreasing risk of infection. Data regarding death and infection rates has made it clear that COVID-19 is disproportionately impacting Black voters all over the country and especially in Louisiana. As a result, we have engaged in ongoing communications with state legislators and congressional caucus members, including testifying before the state legislature, in an effort to voice the urgency of instituting election procedures that will mitigate any disproportionate adverse impact on Black voters or that might deter them from exercising their right to vote in Louisiana's November and December elections.

7. The Louisiana NAACP has approximately 3,000 dues paying members. Our membership includes Black registered voters living throughout Louisiana. Many of our members are older voters between the ages of 60 and 65 and a number have underlying health issues such as asthma, diabetes, and hypertension. Given news coverage of the pandemic and both national and state data showing that Black people continue to disproportionately make up the majority of reported COVID-19 cases and deaths—at one point we constituted a staggering 70% of Louisiana's COVID-19 deaths—many of our members are rigorously self-quarantining in their homes and have been doing so for months. Our members are keenly aware that Black people are being hardest hit by the virus in Louisiana, and many of our members who are not currently eligible for an absentee ballot are concerned that they may have to forego voting in November and December in order to avoid risking infection at polling places. Even younger, healthy members who may not necessarily have an underlying medical condition are concerned about the risks of having to vote in person, particularly given the virus' escalation in Louisiana in recent months.

3

8. The COVID-19 pandemic continues to cause Black communities unprecedented distress and grief. Sadly, multiple members of the Louisiana NAACP have died due to COVID-19, including members under the age of 65, and more still have lost family members, loved ones, and community members to the virus. Their deaths, and the ongoing risks of the pandemic, have caused significant stress and confusion about how members can safely exercise their right to vote this year. The sacredness behind the act of voting is a core part of the Louisiana NAACP mission, but many of our members, especially those who are particularly vulnerable, feel as if they have to make an impossible decision: do I exercise my right to vote or do I protect my life and the lives of my family members?

9. In addition to our efforts to advocate on behalf of our members to secure protections during the voting process in light of the pandemic's continuing escalation and disproportionate impact on Black communities, the Louisiana NAACP has undertaken a number of additional tasks and activities in order to address the confusion and concerns of our members regarding their options for voting safely in November and December, including advertising to educate members on how to vote safely, virtual canvassing, and other public education efforts. Furthermore, we are diverting significant time and resources to providing practical protections for voters who may be forced to vote in person or give up their vote altogether. We have directed our already limited resources into a statewide effort to hand out approximately 40,000 to 45,000 masks and hand sanitizers to voters, relying on the efforts of roughly 300 volunteers over the course of about 480 hours at over 30 NAACP branches throughout the state.

10. I serve as a member of the Louisiana COVID-19 Health Equity Task Force. The Task Force is comprised of public health and medical experts, community leaders, and public officials, and was created to issue recommendations regarding health inequities affecting

4

communities that are most impacted by COVID-19, including Louisiana's Black population. The Task Force's findings include recognition that political and social determinants of health, including systemic racial discrimination and socioeconomic disparities, have shaped the COVID-19 pandemic's disproportionate impact on Black communities in Louisiana. The Task Force's findings and recommendations regarding COVID-19's extreme harm to Black Louisianans have informed my leadership of the Louisiana NAACP during the pandemic, in particular our addressing of the ways in which Black voters—many of whom have underlying health conditions that put them at increased risk for severe complications and death from COVID-19—will be disproportionately endangered by election procedures that require them to come into direct contact with other people to cast their votes.

11. Political participation is a foundation of the Louisiana NAACP's mission. Despite the significant efforts and resources that we have devoted to seeking safe and accessible elections, if current requirements regarding absentee mail-in voting and early voting remain in place, our members will be among the many thousands of Black voters who lose access to their fundamental right to vote during the November and December 2020 elections.

Dated: August 21, 2020

*[signature]*

Michael W. McClanahan