# EXHIBIT Q

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, JASMINE
POGUE, OMEGA TAYLOR, LOUISIANA
STATE CONFERENCE OF THE NAACP,         Civil Action NO. 3:20-cv-00495
and POWER COALITION FOR EQUITY                    -SDD-RLB
AND JUSTICE

   v.

JOHN BEL EDWARDS, in his official
capacity as Governor of Louisiana, and
KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

<u>DECLARATION OF SHERRI WHARTON HADSKEY,
LOUISIANA COMMISSIONER OF ELECTIONS</u>

Pursuant to 28 U.S.C. § 1746, Sherri Wharton Hadskey declares as follows:

1.  My name is Sherri Wharton Hadskey.

2.  In August of 2017, I was appointed to the position of Commissioner of Elections for the State of Louisiana and have continued in that capacity ever since.

3.  Since 1986 I have been involved in the administration of elections in Louisiana, beginning as a student worker for the Department of Elections and Registrations for the State of Louisiana and continuing in 2004 when the Department of Elections and Registration was abolished and all functions of the Department of Elections were merged into the office of Secretary of State. I have been involved in election work in elections purchasing, registration, accounting, IT, and programming.

-1-

4.     Specifically, in 2005, I was appointed Director of Elections within the office of Secretary of State and served in that capacity until I was appointed Commissioner of Elections in 2017.

5.     In 2005, I was a committee member of the committee which selected election equipment for the state of Louisiana and my duties included implementing he entire system for the state including training all registrars of voters, clerks of court, and field staff personnel; oversight of acceptance, testing and delivery of all equipment; voter outreach on the new equipment; and knowledge of the entire electronic system to program the machines.

6.     The Departments/divisions working under my supervision as Commissioner of Elections include: election balloting; election services, election field operation, and elections IT/programming.   There are 235 people working under my supervision all over the state.

7.     In the course and scope of my duties, I work closely with parish registrars of voters.  I have received several awards from the Louisiana Registrars of Voters Association.

8.     I also work intimately with parish clerks of court across the state in matters regarding voting machines, ballots, receipt of votes from Clerks of Court on election night, and other matters prescribed by the Louisiana Election Code.  I have received several awards for this work from the Louisiana Clerks of Court Association.

-2-

9.    In 2017, I received a certification as a Certified Elections Registration

Administrator (CERA) from The Election Center.  This certification

follows a two year educational curriculum for elections administrators.

10.    In January of 2017, I received the Dunbar Award for Civil Service, the

highest honor a classified employee can receive for service to the citizens

of Louisiana.

11.    The next two elections scheduled in Louisiana are scheduled for

November 3, 2020, and December 5, 2020.

12.    The November 3, 2020 election is the Presidential and Open Primary

Congressional elections.  Items on the ballot include:

    a.    federal elections for:

        (1)    president;

        (2)    one U.S. Senator race; and

        (3)    six races for the U.S. House of

Representatives.

    b.    state and local elections for:

        (1)    two associate justices of the Louisiana

Supreme Court;

        (2)    four races of Louisiana Court of Appeal

judges (First, Second, Third and Fifth Circuits);

        (3)    district court judges throughout the state;

        (4)    magistrate judges;

-3-

(5)   district attorneys throughout the state;

(6)   city judges;

(7)   city marshals;

(8)   public service commissioners;

(9)   mayors;

(10)   chiefs of police

(11)   aldermen;

(12)   school board members;

(13)   constables;

(14)   justices of the peace;

(15)   Seven proposed constitutional amendments

(statewide); and

(16)   Propositions in some parishes.

13.   The December 5 election is the General Congressional Election.  Items on

the ballot include any runoffs of the November 3, 2020 elections and races

for members of the Republican State Central Committee (in which only

registered republicans can vote).

14.   Attached as Hadskey Exhibit A is the Election Schedule for the November

and December elections.

15.   I am aware that the plaintiffs have requested that the Court order the

defendants to provide for 13 days of early voting for each election.

16.   The schedule attached as Hadskey Exhibit A shows how it is not possible

-4-

to do so.

17.    Regarding the November 3, 2020 election:

        a.     The Secretary of State did not have the names of all candidates for ballot preparation until August 31, 2020;

        b.     Early voting is scheduled to begin on October 20, 2020 and end on October 27, 2020.

        c.     Should this Court expand early voting for the November 3, 2020 election to 13 days, as plaintiffs request, early voting would be required to begin on October 13, 2020.

        d.     October 13, 2020 is scheduled, according to law, as the Geaux Vote Online Registration Deadline, the last day for a citizen to register and be allowed to vote in the November 3, 2020 election.

        e.     It is expected that these last days of registration will result in a significant number of new registrations as historically Louisiana has received greater numbers of last minute registrations than usual when there is a presidential election.

        f.     Information regarding new voters must be entered by the appropriate registrar into ERIN, the state's electronic information network, in order to allow these newly registered voters to vote during early voting.

        g.     This is too cumbersome and too critical a process for registrars across the state to complete accurately and timely before the start of early voting if registrations are still coming in on the first day of

early voting.  An attempt to rush this process could result in some voters not properly being listed in the system, individuals who are otherwise not eligible being listed in the system, duplicate registrations entered, or individuals address changes not being properly captured (which could result in an increase in provisional ballots).

   h.  It is the registrar of voters in each parish that is responsible for conducting early voting in each parish.

   i.  In order to conduct early voting and to know whether a voter showing up at any early voting site is a qualified voter, as well as to know what particular ballot style that voter should receive, the registrar of voters creates in the ERIN system a "one line poll list" for use at the early voting site.

   j.  The one line poll list contains the names of the registered voter, the voter's address for identification purposes, and the style of ballot to be furnished to the voter.

   k.  When early voting was conducted for the July 11, 2020 and August 15, 2020 elections, and when the number of voters appearing to vote were minuscule compared to those expected to vote in the presidential election, confusion reigned because the one line poll list was incomplete.

   l.  Names of voters registering the last day or so of online registration did not appear on the one line poll list, and it was made to

appear that voters who had registered were not registered at all.  Activities such as this cause confusion to voters and serve to destroy public confidence in the election process and in election results.

       m.     For the July 11, 2020, election, early voting began on a Saturday, the last day of online registration; and it took until the following Tuesday before a complete one-line poll list was available for every parish in the state, with registrars, deputy registrars, and Secretary of State employees required to work on the weekend holidays to accomplish this.

       n.     Many registrars of voters offices do not have a sufficient number of employees to work both at the early voting site and offsite, process mail ballots, and to enter the required data into ERIN for the voters registering during the last days of online registration.

18.    The situation is further fraught with peril and confusion for the December 5, 2020 election because of the short period of time between the November 3, 2020 and December 5, 2020 election.

19.    Louisiana is one of the few states that is holding a general election in December, 2020, only 32 days after the presidential election.

20.    Early Voting for the December 3, 2020 election is currently scheduled to begin on November 20, 2020.  (This early voting schedule was required to be advanced one day due to state observed holidays for Thanksgiving and Acadian Day.)

21.    Should this Court grant plaintiffs' motion and extend early voting for 13

days, early voting would be required to begin on November 12, 2020, only

9 days after the November 3, 2020 election.  Election results from the

November 3, 2020 election will not be finalized by November 12, 2020.

22.     Geaux Vote Online Registration does not end until November 14, 2020,

further compounding the problems outlined above for the November 3,

2020 election where online registration would be conducting during the

first day of early voting.  If plaintiffs prevail, online registration would be

conducted during the first three days of early voting. This creates an

impossible situation in which to administer early voting.

23.     Moreover, the dates of November 4 through November 16 are currently

set aside to "turn around" the primary election into a general election and

to be able to program for the December election, as well as audit the

November election results.

24.     Due to the large number of absentee ballots already anticipated in the

November 3, 2020 election (there are currently 168,966 absentee ballot

requests, 156,993 enrolled in the over 65 program to automatically be sent

a ballot and 5,301 enrolled in the disability program who are automatically

sent a ballot) and the inability of the Parish Board of Election Supervisors

to begin processing the absentee ballots until election day, it is not known

whether election results will be available on election night as is usually the

case in Louisiana.  See La. R.S. 18:1313H.

25.     November 19, 2020, is the date on which the Secretary of State is to

promulgate the election returns for the November 3, 2020 election.  Until the promulgation is made, there can be no determination of candidates for the December 5, 2020 election, making it impossible for early voting for December 5, 2020 election to be conducted prior to that time.

26.    Nor can the additional requested days of early voting be added after the current early voting deadlines of October 27, 2020 and November 28, 2020.

27.    The addition  of days closer to the election will substantially and catastrophically interfere with the ability of local election officials to administer election day voting – given the logistics of setting up and testing voting machines, polling places setup, training of commissioners, the logistics involved in ensuring the right supplies are in the right places for traditional elections, and the effort needed to ensure that the right PPE and cleaning materials are available and delivered to polling places to comply with the CDC's requirements and the Secretary of State's pandemic polling place guidance.

28.    All of the above is compounded by the fact that Hurricane Laura hit Louisiana on August 27, 2020.

29.    As a result of Hurricane Laura, the following has occurred:

a.    Voters throughout the state are displaced from their homes which have been destroyed or are otherwise unsuitable for habitation due to lack of electricity and other infrastructure.

      b.      The Clerk of Court offices in Cameron, Vernon, Calcasieu and Rapides are currently destroyed and/or inoperable and/or inaccessible.

      c.      The Registrar of Voters offices in Cameron, Calcasieu, Vernon and Rapides parishes are currently destroyed and/or inoperable.

      d.      Displaced voters have been identified in Cameron, Calcasieu, Beauregard and Vernon parishes.

30.    I have been advised that plaintiffs are seeking to have this Court enjoin what plaintiffs call an "excuse requirement" for absentee by mail voting.

31.    I am assuming what the plaintiffs are asking is that all Louisiana voters be allowed to vote absentee by mail in the November 3, 2020 and December 5, 2020 elections.

32.    This result is impossible for the Secretary of State, the Clerks of Court, the Registrars of Voters and the individual parish boards of election supervisors to accomplish between now and those elections.

33.    See attached as Hadskey Exhibit B, "Vote By Mail Timeline", a document produced by the Election Assistance Commission, available on its website, and received in this office from various sources on various occasions.

34.    See also Hadskey Exhibit C, the webpage from the U.S. Election Assistance Commission from which the timeline can be obtained on page 6 of 9 thereof.

35.    According to the Vote By Mail Project Timeline, a Joint Project of the Government Coordinating Council and the Sector Coordinating Council, when a state is increasing its vote by mail activity (not just going to 100% vote by mail)

work for changes to be effective for the November 3, 2020 election, that work should have begun in April of 2020.

36.     In the less than two months remaining before the November 3, 2020 election, Louisiana does not have sufficient time to effectuate changes to its absentee by mail voting system, certainly not to enjoin use of the limited options available under Louisiana law for persons to vote by mail, and to allow all to vote by mail.

37.     In April of 2020, when the Secretary of State was considering an emergency election plan for the elections ultimately held on July 11, 2020 and August 15, 2020, I, as Commissioner of Elections, investigated the cost to the State of Louisiana for conducting those elections.

38.     I also note that a much smaller turnout was expected then than for the November 3, 2020 and December 5, 2020 election).  For instance, in 2016, the turnout for the presidential preference primary elections (like the July 11, 2020 election) was 27.93%, while the turn out for the 2016 presidential election (like November 3, 2020) was 67.79%.

39.     I determined that the estimated cost at that time for the entire state voting by mail in the presidential preference primary and municipal general election using Runbeck, a third party contractor, and Dominion, our current voting system contractor, and using a centralized ballot distribution center and ballot tabulation center for the entire state (contrary to present law) to be $12,037,179.30.

40.     The plan would have required the purchasing of contract services from Runbeck to send vote by mail application to all voters, receive the applications, print the

-11-

ballots, insert the correct ballot into a security envelope with all instructions for each voter, include return envelopes, and send all to voters.

41.   The State would have received the returned ballots, not by parishes, but in a central location.

42.   The total cost does include purchasing Image Cast High Speed Scanners, RTR server, adjudication hardware and software and support from Dominion.

43.   At the same time, I checked with our then current ballot vendor, Moran's, to determine the cost for Moran's (rather than Runbeck) to print the applications, ballots, envelopes and all printing needed for the entire state voting absentee by mail, Moran's advised they were not capable of performing these services.

44.   It was decided in April of 2020 that the State did not have either the funds or equipment or time or availability of contractors to consider implementing an entire state vote by mail system as part of its emergency plan for the presidential preference primary election.

45.   At this time, only less than two months before the November 3, 2020, the State still does not have enough time to obtain the necessary contracts, equipment, supplies or employees or to put a system in place to allow the entire state to vote by mail in the November 3, 2020 and December 5, 2020 elections.

46.   Nor are registrars of voters, clerks of court, parish boards of election supervisors equipped to handle the preparation, verification and tabulation of mail ballots from all voters.

47.   Furthermore, the contractors, like Runbeck, who perform services regarding

sending applications and sending ballots are few, and it is believed that none are available at this late date.

48. In addition, the Registrars of to Voters in our state, many of whom are currently without working offices, are not equipped to handle the magnitude of absentee by mail requests, to send out an entire state of absentee by mail ballots in a timely fashion, or to receive the magnitude of ballots returned.

49. Registrars and Parish Board of Election Supervisors would take at least a week to process, tabulate and count an entire state full of absentee mail ballots, delaying election results, delaying subsequent elections, and harming public confidence in election results coming so late.

50. Currently, as of September 2, 2020, there are 168,966 absentee ballot requests pending for the November 3, 2020 election (156,993 of these are enrolled in the age 65 and over program and 5,301 of those are enrolled in the disability program, both of which are automatically sent ballots with current requests.)

51. Attorney General Opinion No. 20-0104, issued September 1, 2020, will have the effect of allowing many more individuals, number unknown, to apply for absentee by mail ballots in the state for November 3, 2020, and December 5, 2020.

52. In addition, we anticipate receiving a large number of absentee ballots for those qualified under other provisions of Louisiana law prior to the last date for receipt of absentee by mail ballots, which is October 30, 2020, as November 3, 2020 is a presidential election.

53. Due to:

a.    The COVID pandemic emergency (and its effect on registrar of voter officers causing loss of employees due to COVID and requiring social distancing in registrar's offices, most of which are small);

b.    The aftermath of Hurricane Laura (causing the destruction and closure due to power outages and damages of many registrar offices, and causing the displacement of many workers whose homes have been destroyed and/or who have been displaced);

c.    Concerns that have been raised with the United States Postal Services ability to timely deliver ballot requests and voted ballots;

d.    The inability of the Parish Board of Elections Supervisors to begin the preparation and verification of the early voting and absentee ballots with such an expected high volume prior to Election Day;

e.    The large number of absentee by mail ballots expected for the presidential election where our office estimates an expected turnout of 65%, as there was a 67.79% turnout in the 2016 presidential election; and

f.    The expected increase in absentee by mail ballots due to not only the election itself as a presidential election, but by the recent rise to double the number of voters in the 65 and over program, and the category of disabled voters allowed under Attorney General Op. No. 20-0104,

it appears doubtful to me in my role as Commissioner of Elections that the State of Louisiana will have not complete election returns until days after the election,

-14-

violating a provision of Louisiana law which requires election night returns, La. R.S. 18:576.

54.     Moreover, if any new requirements are added, such as to allow additional categories of voters to vote absentee mail, training will be required for all categories of election workers, including registrar of voters and deputies, clerk of court and staff, part time election workers, absentee and early voting commissioners, parish board of election supervisors, and other too numerous to mention. The present schedule of work does not appear to present time for the development and assimilation and training presentation required, in the absence of which it is anticipated that mistakes or errors may occur and the election itself may be jeopardized.

545     The general election is scheduled for December 5, 2020, only 32 days after the November 3, 2020 election, provided that returns are available on election night, the following must occur as scheduled accordance to law.

        a.      Wednesday, November 4:   Clerk of Court (COC) delivers to Registrar of Voters (ROV) the return provisional ballot envelope no later than 8:30 a.m.

        b.      Friday, November 6:   Clerk of Court and at least one member of the Parish Board of Election Supervisors opens the voting machines; results are verified from the voting machine votes and the absentee by mail and early voting votes; and Parish Board of Election Supervisors begins compiling election returns;

-15-

and requests for recounts of absentee and early votes must be filed with the COC by 4:30 p.m.;

c.    Monday, November 9:   Recounts of absentee and early votes, if requested timely, shall be held at 10 a.m.; deadline for Parish Board of Election Supervisors to count provisional ballots (prior to compilation of election returns); and Parish Board of Election Supervisors completes the compilation of the election returns and files one copy of the compiled statement with the Clerks of Court no later than 4 p.m.;

d.    Tuesday, November 10: Clerks of Court transmits election returns to Secretary of State and Parish Board of Election Supervisors mails compiled statement of election returns to Secretary of State by noon; and last day for Clerk of Court to transmit commissioner names, addresses, and social security numbers;

e.    Thursday, November 12:    Secretary of State verifies and compiles election results for candidates, proposed constitutional amendment, and recall elections. Results will be announced on SOS website by noon; and actions contesting a candidate election must be filed with Clerk of Court by 4:30 p.m.; and after 4:30 p.m., Clerk of Court notifies Secretary of State of any election contests filed.

> f.      Friday, November 13:  Secretary of State releases machines for clearing and reprogramming in parishes where no election contests were filed; and
>
> g.      Thursday, November 19:  Secretary of State promulgates returns for candidates, proposed constitutional amendments, and recall elections.

56.    At the same time ballot programming, testing and printing are taking place during the week of November 8 through 14,  so that Early Voting can begin as scheduled on November 20, 2020.

57.    Should election results not be available on the night of November 3, 2020, it will make it impossible to satisfy requirements of law relating to both elections.

58.    Beginning November 4, 2020, each day is needed for a scheduled task to be accomplished in order to be able to meet the November 20, 2020 deadline to start early voting and the November 16, 2020 deadline for Moran's Printing to FedEx ballots to the registrars of voters so that the registrars of voters can mail ballots to voters who requested absentee by mail ballots by November 22, 2020, (13 days prior to the election) all as required by law.  See, for example, La. R.S. 18:1306C.(1).

59.    Mailing ballots to voters by registrars of voters is no simple task.  Attached as Hadskey Exhibit D , are the items that must be mailed to each voter by a registrar after the registrar determines that the voter making the ballot request is a registered voter in the parish, identifies and prints the ballot the voter should

receive, produces three mailing labels showing the voter's address, and puts all together and mails to the voter.

60.    Nor is the processing, tabulating and counting of absentee ballots a small task. All of the matters set forth in La. R.S. 18:1312, 1313, 1315 and 1316 must be accomplished for each ballot received.  The more ballots received, the longer the process will take.

61.    Any changes to our absentee by mail process that would require any additional category of voters to vote by mail would certainly delay election returns for the November 3, 2020, election and create turmoil in the tightly scheduled process between the November 3, 2020 and December 5, 2020 elections, creating turmoil and chaos to a structure that has been created and operated smoothly and efficiently for many years in this state.

62.    The December 5, 2020 election, whenever possibly held, would suffer with the same problems as outlined above for the November 3, 2020 election, including but not limited to the loss of public confidence in election results.

63.    The Louisiana Secretary of State today, September 2, 2020, issued a News Release outlining actions he is taking that we believe can be accomplished  under existing law and work within our election schedules to ensure the Louisiana citizens have every opportunity to vote consistent with existing law.  See Hadskey Exhibit E, attached.

64.    As was done for the July 11, 2020 and August 15, 2020 elections, the Secretary of State will advise Clerks of Court, Registrars of Voters, and voting commissioners

to follow the CDC Guidelines at polling places.  See <u>Hadskey Exhibit  F</u> for CDC considerations for Election Polling Locations and Voter Consideration For Election Polling Locations.

65.     See attached as <u>Hadskey Exhibit G1, G2, G3, G4, G5, G6, G7, G8 and G9</u> , the guidelines the Secretary of State developed and/or used for the past two elections.

66.     The exhibits above are being updated for the use in the November 3, 2020 and December 5, 2020 elections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the  2ⁿᵈ  day of September, 2020, at Baton Rouge, Louisiana.

SHERRI WHARTON HADSKEY

-19-

# 2020 ELECTIONS

| Date of Election | July 11 | August 15 | November 3 | December 5 |
|---|---|---|---|---|
| Type of Election | Presidential Preference Primary/ Municipal Primary | Municipal General | Open Primary/ Presidential/ Congressional | Open General/ Congressional/RSCC |
| Deadline: Specials | 12/11/2019 | n/a | 6/24/2020 | n/a |
| Deadline: Propositions | 12/11/2019 | 3/16/2020 | 6/24/2020 | 10/12/2020 |
| Qualifying Dates | 1/8/2020 – 1/10/2020 | n/a | 7/22/2020 – 7/24/2020 | 8/19/2020 – 8/21/2020 (RSCC ONLY) |
| In Person/By Mail Registration Deadline | 6/10/2020 | 7/15/2020 | 10/5/2020 | 11/4/2020 |
| Geaux Vote Online Registration Deadline | 6/20/2020 | 7/25/2020 | 10/13/2020 | 11/14/2020 |
| Deadline to Request a Mail Ballot from Registrar (other than Military and Overseas) | 7/7/2020 | 8/11/2020 | 10/30/2020 | 12/1/2020 |
| Deadline for Registrar to Receive Voted Mail Ballot (other than Military and Overseas) | 7/10/2020 | 8/14/2020 | 11/2/2020 | 12/4/2020 |
| Early Voting Begins | ➢ 6/20/2020 | ➢ 7/25/2020 | 10/20/2020 | ❖ 11/20/2020 |
| Early Voting Ends | 7/4/2020 | 8/8/2020 | 10/27/2020 | 11/28/2020 |

## IMPORTANT NOTES

**\*PRESIDENTIAL ELECTION 11/3/20 QUALIFYING DATES ARE AS FOLLOWS:**
- **Recognized political party candidates** are certified to SOS by state central committee prior to 4:30 p.m. on 8/28/2020.  If not timely certified by state central committee, then national chairman of Democratic/Republican Party certifies presidential candidates to SOS prior to 4:30 p.m. on 8/31/2020. **Deadlines extended due to Act 251 of the 2020 Regular Session.**
- **Other presidential candidates** - Qualifying period begins 7/21/2020, ends 4:30 p.m. 8/21/2020.

❖ **Early voting advanced** one day due to the state observed holiday for Thanksgiving and Acadian Day.  (Act 83, 2016 R.S.)

➢ **Early voting extended** one week due to the Secretary of State Emergency Election Plan.

## DATES ARE SUBJECT TO CHANGE BY THE LEGISLATURE

Revised 7/2020

Hadskey Exhibit A

# Vote By Mail Project Timeline



| TASK | OUTSIDE Go/No Go | START | END | DURATION (weeks) | DEPENDENCY & PARTNERS |
|---|---|---|---|---|---|
| **Application for Ballot** | | | | | |
| **Paper** | | | | | |
| Design usable form - to achieve high engagement level | X | -180 | -140 | 6 | CCD; Legal; Comms |
| Decide on distribution method; download; blank applications to housholds; preprinted direct mail in envelope; glossy postcard; etc; | | -180 | -140 | 6 | Legal; Vendor Procurement; |
| Contract for production & outbound mailing work; finalize specifications | X | -152 | -107 | 6 | vendor |
| Outbound application envelope (if any) approval from USPS; consider non-profit, first class, business reply, etc. | X | -140 | -115 | 4 | USPS; CCD |
| Production of Materials | | -107 | -55 | 7 | Vendor |
| Applicantion Mail Drop | | -55 | -40 | 2 | |
| Acceptance of Applications & Processing | | -45 | -1 | 7 | County II; Legal; State IT; State and Local Election |
| Considerations for a Remote Work Force; Planning and Production | | -150 | -1 | 20 | Officials |
| **Online** | | | | | |
| Decide to add this to online service request | | -210 | -195 | 3 | Policymaker Lawmakers; Executive; |
| Change Laws/ Rules | X | -187 | -165 | 4 | Policymakers |
| Write Tech Specs & Iterate (with existing OVR) | | -158 | -115 | 7 | ED; Vendor; IT; CISO |
| Write Code & Test (with existing OVR) | | -123 | -83 | 8 | Vendor; IT; CISO |
| Write Tech Specs & Iterate (without OVR) | | -187 | -115 | 11 | Vendor; IT; CISO |
| Write Code & Test (without OVR) | | -152 | -83 | 12 | Vendor; IT; CISO |
| Go Live & Iterate | | -75 | -7 | 10 | Vendor; IT |
| Define & Train on process/procedures for converting digital data into VRDB | | -75 | -45 | 4 | County II; Legal; State IT; State and Local Election |
| Considerations for a Remote Work Force; Planning and Production | | -150 | -1 | 20 | Officials |
| Consider Partnering with CISA on Data Transfer (in transit and at rest); System and Network Security; Remote Penetration Testing; Vulnerability Scanning | | -210 | -37 | 24 | CISO; CISA |
| Consider Instituting Data Transit Best Practices | | -150 | -37 | 16 | CISA |

Hadskey
Exhibit
B



| Task | | Start | End | Dur | Resources |
|---|---|---|---|---|---|
| Establish Protocols for searching for improper application for ballots through data analytics; IP Addresses; Mail to Addresses; Signature Review; Confirmation Sampling | | -37 | -7 | 4 | Election Officials; IT for Reports |
| **Outbound Ballots - Logistics** | | | | | |
| **Legislative, Policy, and Executive Actions** | | | | | |
| Decide New Policy & Estimate Impact | | -210 | -195 | 3 | Policymaker Lawmakers; Executive; Policymakers |
| Change Laws/ Rules | X | -187 | -165 | 4 | |
| **Envelopes & Inserts** | | | | | |
| Determine Highest Possible Count of Envelope & Materials | X | -180 | -150 | 5 | Election Officials |
| Contract for Production of Envelopes & Materials | X | -210 | -140 | 6 | Vendor; Officials |
| Artwork Approval with USPS; Business reply, etc. | X | -140 | -120 | 2 | Designers; USPS |
| Setup postage due account with USPS - undeliverables, return mail, etc. | X | -125 | -60 | 9 | USPS |
| Coordinate with USPS - PO Box, delivery dates, locations | X | -125 | -80 | 6 | USPS; Vendor |
| Design & Contract to produce stickers, inserts, etc. | X | -123 | -80 | 6 | Designers; vendors |
| Envelope Production | | -80 | -66 | 3 | Print Vendor; Art Vendor; USPS |
| Other Materials Production; Inserts; Stickers | | -80 | -66 | 3 | Print Vendor; Art Vendor; USPS |
| Delivery of Materials to Fulfillment Center | | -75 | -61 | 2 | Vendor; Facility |
| **Ballot Printing** | | | | | |
| Select and Certify Ballot Printer | X | -210 | -150 | 10 | Voting System Vendor |
| Quantities for Paper Order | X | -100 | -90 | 2 | |
| Data for Print Quantity by Style | | | -75 | 1 | |
| Ballot Images | | -60 | -50 | 2 | |
| Delivery to Fulfillment Center | | -55 | -40 | 2 | |
| **Fulfillment - Envelope Packaging & Mailing** | | | | | |
| Select and contract with fulfillment Center | X | -210 | -75 | 10 | |
| UOVAVA Data File sent to vendor | | -55 | -55 | 1 | |
| UOCAVA Ballots Packaged & Mailed | | -55 | -45 | 2 | |
| Initial mailing file sent to vendor | | -55 | -35 | 3 | |
| Daily update files sent to vendor | | -35 | -5 | 5 | |
| Voter Ballots Packaged & Mailed - First Run | | -55 | -29 | 4 | |
| Voter Ballots Packaged & Mailed - Supplemental | | -28 | -5 | 3 | |
| Last day to mail ballots | | -5 | -5 | 1 | |
| **Ballot tracking - If doing this will be part of Fullfillment** | | | | | |
| - contract with a vendor; USPS; Test | X | -107 | -55 | | Vendor; USPS |
| Upload file to ballot tracking software (repeated with every mail drop) | | -45 | -1 | | Vendor; USPS |

**Security Considerations**



| Task | X | | | | Stakeholders |
|---|---|---|---|---|---|
| Consider Partnering with CISA on Data Transfer (in transit and at rest); System and Network Security; Remote Penetration Testing; Vulnerability Scanning | | -210 | -1 | 24 | CISO; CISA |
| Consider Instituting Data Transit Best Practices | | -152 | -1 | 16 | CISA |
| Establish Protocols for searching for improper application for ballots through data analytics; IP Addresses; Mail to Addresses; Signature Review; Confirmation Sampling | | -30 | -1 | 4 | Election Officials; IT for Reports |
| **Inbound Ballot Process** | | | | | |
| Establish date Ballot Processing can begin | | -210 | -165 | 6 | Policymaker Facilities |
| Analyze space and staffing needs based upon expected volume of returned ballots | X | -165 | -139 | 4 | Management; Procurement; |
| Procure high-speed scanner(s) - timeframe depends on the vendor; COTS systems available more readily than proprietary builds | X | -107 | -45 | 12 | Vendor Product Availability; Other Agencies if Shared |
| Procure and install envelope sorting equipment (in jurisdictions expecting 75,000 or more returned ballots) | X | -139 | -45 | 12 | Procurement; Vendor Product Availability; Other Agencies if Shared |
| Procure and install an envelope slicer (in jurisdicitons not using envelope sorting equipment) | | -100 | -37 | 8 | Procurement; Vendor Product Availability; Other Agencies if Shared |
| Document procedures for Ballot Processing - training, setup, ballot tracking/accounting, secure transfer of ballots, organization and storage | | -100 | -37 | 8 | |
| Purchase or rent supplies - mail trays, storage carts, folding tables and chairs, and ballot storage, etc. | | -92 | -30 | 8 | Procurement; Product Availability |
| Hire and train Inbound Ballot Processing teams | | -83 | -22 | 8 | |
| Perform logic and accuracy test on scanning equipment | | -52 | -45 | 1 | |
| Perform full test of system prior to ballot processing to ensure you can capture voter information (barcode) and signatures from the envelope and definitions for sorting ballots are working (if using ballot sorting equipment) | | -37 | -30 | 1 | Vendor; VRDB |
| Perform a full dry run of the Inbound Ballot Process - ballot receiving, ballot verification, ballot preparation, ballot scanning, ballot tabulation, and post-election audit, etc. | | -30 | -22 | 2 | |
| Perform daily inbound ballot process; able to scale up on Election Day | | -22 | 4 | 7 | |

## Signature Verification & Cure Process

| Task | X | | | | Responsible |
|---|---|---|---|---|---|
| Purchase automated signature verification software if using mail ballot sorting equipment | | -152 | -37 | 15 | Procurement; Vendor Product Availability; Other Agencies if Shared |
| Review VRDB for voters with no archived signature image. Consider sending an affidavit or new VR form to those missing a signature image. | | -123 | -92 | | |
| Document Signature Verification and Cure process - training, audits, secure transfer of ballots, and templates for cure letters, etc. | | -92 | -30 | 8 | |
| Create daily system for cure letters going out and signed affidavits coming in to ensure cured ballots are regularly transferred for processing | | -61 | -30 | 4 | |
| Hire and train Signature Verification teams | | -68 | -15 | 8 | |
| Perform full test of system prior to ballot processing to ensure you can capture the signature image from the envelope (if using signature verification software) | | -37 | -30 | 1 | |
| Perform test to insure the correct voter file and archived signature image can be retrieved for signature comparison (required for both automated and manual process) | | -37 | -30 | 1 | Vendor; VRDB |
| Test any software used to notify voters of signature discrepancy or assit with the cure process - ballot tracking tools, text-to-cure app, etc. | | -30 | -22 | 2 | Vendor |
| Perform daily signature verification and send/receive cure letters and affidavits | | -15 | 4+ | 6+ | |

## Online Ballot Delivery

| Task | X | | | | Responsible |
|---|---|---|---|---|---|
| Determine eligibility rules | | -210 | -180 | 4 | Lawmakers; Executive; Policymakers |
| Determine transmission types - email, fax, online portal, telephonic, etc. | | -210 | -180 | 4 | Lawmakers; Executive; Policymakers |
| Change laws/rules | X | -210 | -180 | 4 | Lawmakers; Executive; Policymakers |
| System selection - choose vendor or build in-house | X | -210 | -180 | 4 | |
| Update voter files to reflect e-ballot delivery status | | -210 | -1 | 28 | |
| Provide voter credentials to access e-ballots | | -29 | 0 | 6 | |
| Consider Partnering with CISA on Data Transfer (in transit and at rest); System and Network Security; Remote Penetration Testing; Vulnerability Scanning | | -210 | -37 | 24 | CISO; CISA |



| Task | | | | | Responsibility |
|---|---|---|---|---|---|
| Consider Instituting Data Transit Best Practices | | -150 | -37 | 16 | CISA |
| Build ballot definition files | | -120 | -46 | 11 | Vendor; IT |
| L&A ballot files/electronic interface | | -60 | -35 | 4 | Vendor; IT; Ballot printer |
| Distribute electronic ballots | | -29 | 0 | 6 | Vendor; IT |
| **Voter Education** | | | | | |
| Conduct a voter education and outreach campaign | | | | | |
| **Ballot Drop Box** | | | | | |
| Determine the number of ballot drop boxes you need or are required to have | | -210 | -180 | 4 | Admin Rule; # registered voters |
| Determine the type(s) of ballot drop boxes and where they will be located | | -210 | -180 | 4 | Available locations; budget |
| **24 Hour Boxes** | X | | | | |
| Obtain necessary permits or approvals | | -180 | -152 | 4 | |
| Purchase supplies - dropbox, camera & data storage device, etc. | | -180 | -92 | 12 | Permit obtained |
| Install permanent dropbox; cameras;  apply decals | | -92 | -30 | 8 | |
| **Outdoor Drive-Through Drop Off** | X | | | | |
| Coordinate a traffic plan with public safety officials | | -123 | -92 | 4 | |
| Purchase ballot box | | -107 | -45 | 8 | Public safety |
| Arrange to borrow traffic signs and cones | | -61 | -30 | 4 | |
| Purchase or rent supplies - tent, tables, chairs, heater, etc. | | -61 | -30 | 4 | |
| Hire/recruit staff to man the tent | | -45 | -22 | 3 | |
| **Temporary, Indoor Boxes** | X | | | | |
| Make arrangements with facility (should include care facility) | | -158 | -107 | 7 | |
| Purchase ballot box | | -107 | -45 | 8 | Facility |
| Purchase locks and chains if needed | | -61 | -45 | 2 | |
| **Ballot Box Collection Teams** | | | | | |
| Create a ballot collection plan to include daily routes and frequency of collection | | -92 | -37 | 7 | # of boxes/collection frequency |
| Based on collection plan, hire enough drivers to create two person teams | | -61 | -30 | 4 | # of collection teams |
| Arrange for enough vehicles from county fleet or rental car agency | | -61 | -37 | 3 | |
| Make arrangements to rent or borrow radios or cell phones (or arrange for cell phone stipend) | | -37 | -22 | 3 | |
| Prepare ballot pickup team supplies and logs | | -30 | -22 | 2 | |
| Start daily USPS ballot pickup (including undeliverable ballots) | | -22 | 4+ | 7+ | USPS |
| Send drivers to open 24 hr boxes; setup drive through tents; or deliver temporary boxes | | -29 | -27 | 1 | |
| Final ballot drop box pickup and closure | | 0 | 0 | 0 | |
| Final USPS pickup | | 1 | | | |

**Voter List Maintenance**
    Process NCOA list
    CASS Certificaiton

-60

  

Election Management Resources

# VOTING BY MAIL/ ABSENTEE VOTING

More voters are using mail ballots across the country and the COVID-19 pandemic has increased the need to explore options to increase vote by mail opportunities. Voting by Mail/Absentee Voting is also essential part of the elections process for citizens away from home, such as our military and overseas voters. The Election Assistance Commission (EAC), the Federal Voting Assistance Program (FVAP) and the United States Postal Service (USPS) continue to work together to ensure the entire voting by mail/absentee voting process works smoothly and efficiently. Below are COVID-19 specific resources and other resources to help election officials identify procedures, strategies, and policies for ensuring mail ballots get cast and counted, and all election-related materials that help citizens cast these ballots are delivered in a timely manner.





The coronavirus pandemic has already impacted primary elections, and some election officials are considering increasing vote by mail options for upcoming primaries and the general election. On March 20, 2020, EAC Chairman Ben Hovland moderated a discussion with state and county election officials about factors officials should consider for increased vote by mail. Officials discussed

their experiences with vote by mail, and their thoughts about timelines, staffing, facilities, vendors, working with the U.S. Postal Service, and other considerations.

- **Presentation**    – Interview 1: Preliminary Planning for Increased Voting by Mail/Absentee Voting Capacity - COVID19 Potential Response



Interview 2: Preliminary Planning for Increasing Vote by Ma...

- Interview 2: Preliminary Planning for Increased Voting by Mail/Absentee Voting Capacity - COVID19 Potential Response



Interview 3: Improving Communications for Increased Vote...

- Interview 3: Improving Communications for Increased Voting by
  Mail/Absentee Voting - COVID19 Potential Response



- Interview 4: Handling Increased Absentee and Mail Voting at the County Level
  - COVID19 Potential Response



- Interview 5: Handling Absentee Ballot Requests for Increased Voting by Mail



Interview 6: Emergency Election Laws and COVID-19 - COVI...

- Interview 6: Emergency Election Laws and COVID-19

# GCC and SCC Resources

This series of documents was created as part of the Cybersecurity and Infrastructure Security Agency (CISA) Elections Infrastructure Government Coordinating Council (GCC) and Sector Coordinating Council's (SCC) Joint COVID Working Group. These documents provide guidance for state, local, tribal, and territorial election officials on how to administer and secure election infrastructure in light of the COVID-19 epidemic.

- **The Importance of Accurate Voter Data When Expanding Absentee or Mail Ballot Voting** – This document provides election officials who are expanding the use of absentee or mail voting with considerations to ensure voter data is accurate. It covers topics such as risks associated with incorrect voter records, operational considerations such as methods for correcting voter registration records, and securing voter registration data.

- **Election Education and Outreach for Increased Absentee or Mail Voting** – This document contains questions election officials should address when developing education and outreach strategies for increased absentee or mail voting. It covers topics such as different forms of voting, accessible

voting, processing and tabulating vote by mail ballots, considering who you are communicating to, ballot design, communication platforms, and more.

- **Electronic Ballot Delivery and Marking** – Expanding electronic ballot delivery and marking is one option that may be considered by election officials while providing voters ways to cast a ballot privately and independently. This document provides a list of considerations for election officials determining whether the expansion of electronic ballot delivery and marking is appropriate for their jurisdiction.

- **Helping Voters to Request a Mail-in Ballot** – This document includes questions and answers to help election officials implement expanded vote by mail application processes.

- **Managing an Increase in Outbound Ballots** – This document includes questions and answers for election officials who are faced with scaling up for mailing ballots. The document primarily focuses on partnerships with procurement offices, designers, envelope and mail ballot print vendors, the US Postal Service (USPS), and mail fulfillment centers.

- **Inbound Ballot Process** – This document outlines considerations for a typical inbound ballot process in a high-volume mail ballot environment. The inbound ballot process covers everything that takes place from the time ballots are brought back to the counting facility by ballot collection teams or delivered by USPS, until the ballots are permanently sealed in storage containers for the retention period. This includes ballot receiving, ballot verification, ballot preparation, ballot scanning, ballot tabulation, and post-election audits.

- **Ballot Drop Box** – This document outlines things to know and consider when planning for the use of ballot drop boxes including general considerations, recommendations on closing boxes, and security

considerations. A drop box is a secure, locked structure operated by election officials where voters may deliver their ballots from the time they receive them in the mail up to the time polls close on Election Day.

- **Signature Verification and Cure Process**    – This document answers some frequently asked questions about the signature verification and curing process, outlining processes, and addressing security considerations.

This vote by mail/ absentee voting timeline is a joint product of the Government Coordinating Council and the Sector Coordinating Council. This timeline is meant to help state and local officials determine where they are in the process of expanding vote by mail in their state or community, what needs to be done, and what is on the critical path vs. not.

- **Vote By Mail/ Absentee Voting Timeline (/sites/default/files/electionofficials/vbm/VBMProjectTimeline.xlsx) – Excel (/sites/default/files/electionofficials/vbm/VBMProjectTimeline.xlsx) and PDF**    – This vote by mail timeline is a joint product of the Government Coordinating Council and the Sector Coordinating Council. This timeline is meant to help state and local officials determine where they are in the process of expanding vote by mail in their state or community, what needs to be done, and what is on the critical path vs. not.

   *A few things to know about the product:*

- The dates are approximations that can't take into account state laws or rules that dictate certain timeframes.
- This is not specific to full 100% vote by mail. These same tasks are required if you are simply increasing your vote by mail activity.
- The dates work backward from Election Day. This means -90 = 90 days until Election Day.
- The tasks are broken out by category and there will be corresponding FAQ's created by each category to inform the tasks created in this timeline.

# USPS Resources

**Note: Tell voters to assume one week for USPS delivery! This message should be consistently communicated to voters who use mail ballots.**

- Military and Diplomatic Mail (APO/FPO) has **NOT been disrupted**. Additional guidance can be found on the **FVAP COVID-19 Updates page (https://www.fvap.gov/covid-19)**.
- **Mail Service Alerts and Updates (https://faq.usps.com/s/article/Mail-Service-Alerts-and-Updates)** – This page includes current information on mail service suspensions and disruptions which are important for election officials as they consider timelines and outreach to domestic and UOCAVA voters for upcoming elections during the pandemic. Mail service alerts and updates are provided on **USPS.com (http://usps.com/)**® to inform the public and the mailing industry when service is suspended or embargoed at Post Office™ facilities for any reason, including natural disasters such as floods or fires and quarantines. Information is updated frequently and updates are made in real time.
- **USPS Statement on Coronavirus (https://about.usps.com/newsroom/statements/usps-statement-on-coronavirus.htm)** – This media statement outlines what the Postal Service is doing to reduce health risks for our employees and customers and to safeguard our operational and business continuity during the COVID-19 pandemic.
- **About Election Mail (http://about.usps.com/gov-services/election-mail/)**: This provides an overview of election mail, which includes any item mailed to or from authorized elections officials that enables citizens to vote, such as ballot materials, voter registration cards, absentee ballot applications and polling place notifications.

- **Election Mail Kit (http://about.usps.com/election-mail/election-mail-resources.htm)** – Resources for everything election officials need to prepare, design, and send election mail.

- **Election Mail Checklist (http://about.usps.com/publications/pub632/pub632_toc.htm)** – Quick steps and links for election officials related to the election mail process.

- **Creating Election Mail (http://about.usps.com/election-mail/creating-election-mail.htm)** – Guidance for election officials on creating a properly designed mail piece.

- **Service Alerts (https://about.usps.com/news/service-alerts/welcome.htm)** – Provides information about postal facility service disruptions due to weather-related and other natural disasters or events.

**ElectionMail.org: Resolve Mail Ballot Issues Directly and Immediately with USPS**

**ElectionMail.org (http://electionmail.org/)** is ongoing project of **Democracy Works (http://democracy.works/)**. It was initially launched with funding from a 2015 **Democracy Fund (http://democracyfund.org/)** Network Grant in conjunction with the **Bipartisan Policy Center (http://www.bipartisanpolicy.org/)**. The website is designed to provide election administrators with information about common election mail problems and an easy way to report any problems they encounter.

## EAC Resources

- **2018 Election Cycle Preparation: Tips for State and Local Election Officials**
- Webisode: **How to Make Sure Your Vote by Mail Ballots Count (/videos/how-to-make-sure-your-vote-by-mail-ballot-counts-beready16-webisode-series/)** (Full Video)
- **Webisode Clip (/videos/highlights-from-how-to-make-sure-your-vote-by-mail-ballot-counts-beready16-webisode-series/)** (3-minute Video)

# FVAP Resources

- **Overview on Sending Ballots to UOCAVA Voters (https://www.fvap.gov/eo/overview/sending-ballots)**
- **Tips on Preparing Election Mail and Sending Ballots**
- **UOCAVA Address Maintenance for Local Election Officials**

# State and Local Resources

**Colorado Secretary of State**

- **Mail Ballot Plan**    (Election Policy Manual, Chapter 4: Mail Ballot Elections)
- **Ballot Processing**    (Election Policy Manual, Chapter 8: Ballot Processing and Voter Intent)

**City and County of Denver, Colorado**

- **Life Cycle of the Mail Ballot (https://www.denvergov.org/content/denvergov/en/denver-elections-divison/voter-election-information/election-cycle.html)**

**Ohio Secretary of State**

- **Election Office Manual**    (Chapter 5, Absentee Voting)

***Please submit additional best practices and other vote-by-mail resources to Nichelle Williams at nwilliams@eac.gov (mailto:sgreene@eac.gov).***

© 2019, The U.S. Election Assistance Commission. All rights reserved

HONORABLE STEVE RABORN
REGISTRAR OF VOTERS
PARISH OF EAST BATON ROUGE
PO BOX 91006
BATON ROUGE LA 70821-9006



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service* ®

| OFFICIAL ABSENTEE BALLOTING MATERIAL ——— FIRST CLASS MAIL |
| --- |

Place Voter's
address label here.

BL-12
(Rev. 7/12)



Hadskey
Exhibit
D

SOS00100

Registrar of Voters, have you included the following in this envelope prior to mailing?

    1. Official ballot(s)
    2. Affidavit envelope (AFF-MPE)
    3. Return envelope (BL-11)
    4. Instructions for voting (V-AB)

SOS00101

Voter, have you remembered to:

☐ Mark all ballot(s)?
☐ Complete, sign and have witness sign the Affidavit Envelope Flap?
☐ If entitled to assistance in voting and received assistance in marking ballot(s), have the person assisting sign the Affidavit Envelope Flap? (Remember candidates are not allowed to assist in voting)
☐ Seal ballot(s) in the Affidavit Envelope?
☐ Place the sealed Affidavit Envelope containing the ballot(s) in this security envelope?

*Please mail your ballots with the proper postage and before the deadline. (Visit www.geauxvote.com for more information)*

SOS00102

⌐ Place Voter's ¬
  Address label here
⌐                  ¬



PLACE PROPER
POSTAGE
HERE
(OVERSIZED ENVELOPE
ADDITIONAL POSTAGE
MAY BE REQUIRED)

OFFICIAL ABSENTEE BALLOTING MATERIAL ------- FIRST-CLASS MAIL

HONORABLE STEVE RABORN
REGISTRAR OF VOTERS
PARISH OF EAST BATON ROUGE
PO BOX 91006
BATON ROUGE LA70821-9006

BL-11
(Rev. (06-15)

SOS00103

**DO NOT DETACH THIS AFFIDAVIT FLAP**

Instructions: Voter must fill in all blanks that apply, sign, and have their signature witnessed by one person.

## Section 1: Election Date and Voter Information

Date of Election:

I, _____
(Last)          (First)          (Middle)

do solemnly swear that I am a resident of

_____, Louisiana
(Parish of Registration)

_____
(Residential Street Address)

_____
(City or Town)                    (Ward and Precinct)

My mother's maiden name is _____

## Section 2: Certification and Signatures

• I applied for and marked the enclosed ballot(s) myself or they were marked for me according to my instructions and in my presence. *(If registered for assistance and received assistance in voting, person assisting must sign the Assistance Acknowledgment below.)*

• I am entitled to vote at the above listed precinct and hereby authorize the parish board of election supervisors to open this envelope and count my ballot. *(See return address label to complete ward/precinct above.)*

• I CERTIFY that the statements made herein by me are true and correct and I am aware that the penalties for knowingly making a false statement therein are a fine of not more than $2,000 or imprisonment with or without hard labor, for not more than two years, or both.

VOTER'S SIGNATURE OR MARK:

_____
(Signature)

_____
(Printed Name)

WITNESS'S SIGNATURE:

_____
(Signature)

_____
(Printed Name)

## Section 3: Assistance Acknowledgment

If this voter is entitled to assistance in voting, I have assisted and/or marked the ballot in the manner dictated by the voter.

SIGN AND PRINT NAME:

_____
(Signature)

_____
(Printed Name)

_____
(Relationship to Voter)

OFFICIAL USE ONLY
TYPE OF VOTER/BALLOT
("✓" one box only that applies)
☐ 1. By Mail          ☐ 2. Early Voting Paper Ballot
☐ 3. Sequestered Juror  ☐ 4. Replacement Ballot
☐ 5. Nursing Home Program
Registrar to Assign Nursing Home #: _____

Voter Registration # _____
(Office use only--completed by Registrar's office)

---

## BALLOT ENVELOPE – MUST BE SEALED
➤ DO NOT DETACH AFFIDAVIT FLAP ➤

AFF-MPE
(Rev. 1/18)
Lot# 20-001

---

**FOR BALLOT ONLY**

VIOLATION OF ABSENTEE BY MAIL OR EARLY VOTING LAWS VOIDS BALLOT AND MAY RESULT IN CRIMINAL PENALTIES

VOTING AT POLLS AFTER VOTING ABSENTEE BY MAIL OR DURING EARLY VOTING IS PROHIBITED AND MAY RESULT IN CRIMINAL PENALTIES

SOS00104

SOS00105

**INSTRUCTIONS FOR ABSENTEE VOTING BY MAIL**
State of Louisiana

⭐⭐ **IMPORTANT: Mailing your ballot can take 3-5 days for delivery.** ⭐⭐
**Your ballot must be delivered to the registrar of voters by 4:30 p.m. the day <u>before</u> the election.**
(For sequestered jurors & eligible hospitalized voters: BEFORE POLLS CLOSE @ 8 PM ON ELECTION DAY.)
**Questions or Information: 1-800-883-2805**

-------------------------------------------------------------------
PLEASE READ ALL INSTRUCTIONS CAREFULLY, INCLUDING FOOTNOTES, BEFORE VOTING.
-------------------------------------------------------------------

# COMPLETE. ✍ SIGN. ✎ MAIL. ✉

1. **VISIT** www.GeauxVote.com or the GeauxVote App on a smartphone or tablet to view your sample ballot and confirm your absentee ballot is correct.

2. **MARK** your ballot – all pages, front and back.

   ★ Completely fill in the oval next to your choice.

   ★ Pencil, black or blue pen are accepted. [1]

   ★ Do not make any stray or identifying marks on the ballot.

   ★ You **must** mark your own ballot unless you are eligible for assistance. [2]

   ★ Request a replacement ballot, if necessary. [1]



3. **PLACE** voted ballot (all pages) in the ballot envelope and seal. **The ballot envelope has a perforated affidavit flap attached - Do <u>NOT</u> detach/remove the affidavit flap from the ballot envelope.**

4. **COMPLETE SECTION 1: ELECTION DATE AND VOTER INFORMATION.**

   ★ **PRINT** the date of election.

   ★ **PRINT** name, parish, address, city/town, and ward/precinct if not pre-populated on the ballot envelope affidavit flap. (Your ward & precinct are on the return address label of the return envelope, if needed.)

   ★ **PRINT** your mother's maiden name or "unknown".

5. **COMPLETE SECTION 2: CERTIFICATION AND SIGNATURES.**

   ★ **READ THE STATEMENTS** that you are attesting to in voting.

   ★ **SIGN AND PRINT** your name on the affidavit flap in the presence of a <u>**WITNESS**</u>. The witness **must** sign and print their name.

6. **COMPLETE SECTION 3: ASSISTANCE ACKNOWLEDGMENT**: If registered for assistance, the person assisting you **must** also sign the acknowledgment at the bottom of the affidavit flap. **If you are not registered for assistance, leave blank.**[2]

7. **PLACE** the sealed ballot envelope with attached completed affidavit flap containing the voted ballot in the return envelope that is addressed to the registrar of voters.

   ★ Add first-class mail postage, if mailing.

   ★ Return ballot by mail, commercial courier, hand delivery, or by fax. (Contact your registrar of voters for fax information.)

**Ballots will be counted on election night by the parish board of election supervisors with a digital scanner or by hand.**[3]

---

[1] To **change a vote**, use pencil and erase completely or if black or blue pen were used, request a replacement ballot from your registrar of voters. Only vote for the number of candidates to be elected or only vote for or against a proposition. If you overvote, your ballot will be **VOID** in accordance with La. R.S. 18:1309(E)(5)(b)(i).

[2] A voter is eligible for assistance if registered to vote as needing assistance, unable to read, or physically disabled including visual impairment. A voter may receive assistance from any person he chooses, **except from a CANDIDATE, employer, employer's agent, or union agent.** A voter registration application requesting a change for assistance in voting or proof of disability is required to be filed with the registrar of voters either by mail or in person if you become disabled after registering and need assistance in voting, unless assistance is needed because you are unable to read. The person assisting a voter **must** inform the voter that a signature or mark constitutes certification that all statements on the affidavit are true and correct and subject to fine or imprisonment, or both, for false or incorrect statements (La. R.S. 18:1310). **If voting a mail ballot under the Nursing Home Program, no owner, operator, administrator, or employee of the nursing home may assist in voting (La. R.S. 18:1333).**

[3] Your ballot will be counted by comparing the name on your affidavit to the list of absentee by mail ballots and determining if your ballot is valid. A ballot may be rejected if: (1) it is successfully challenged by a candidate or their representative, a member of the board, or a qualified elector on grounds that the voter is not qualified to vote in the election or precinct or is not the person whose name is shown as being registered to vote; (2) the board has cause to reject the ballot; or (3) the ballot contains a distinguishing mark or feature that allows it to be identified as the voter's ballot. Cause may include failure to fill in any and/or all blanks on the affidavit flap of the ballot envelope.

## IMPORTANT INFORMATION:

- *Before voting, carefully read and follow all instructions on the enclosed INSTRUCTIONS FOR ABSENTEE VOTING BY MAIL.*
- If returning your ballot by commercial courier, please send it to our physical address: Registrar of Voters, 222 Saint Louis Street - Room 201, Baton Rouge LA  70802-5860.
- If you have any questions, please call the Registrar of Voters office at **(225) 389-3940**.

SOS00108

SHERRI WHARTON HADSKEY
1323 KENILWORTH PKY
BATON ROUGE, LA 70808
W/P 01-047 R#1760562

003A
SHERRI WHARTON HADSKEY
1323 KENILWORTH PKY
BATON ROUGE, LA 70808-5728

SHERRI WHARTON HADSKEY
1323 KENILWORTH PKY
BATON ROUGE, LA 70808-5728
W/P 01-047 A R#1760562





Hadskey
Exhibit
E

# NEWS RELEASE



| **Louisiana Department of State** | | **R. Kyle Ardoin Secretary of State** |
|---|---|---|
| P.O. Box 94125 Baton Rouge, LA 70804-9125 www.sos.la.gov | | **Tyler Brey** **Press Secretary** **225.362.5086** tyler.brey@sos.la.gov |

September 2, 2020

### STATEMENT BY SECRETARY KYLE ARDOIN ON ADMINISTRATION OF LOUISIANA'S NOVEMBER AND DECEMBER ELECTIONS

**BATON ROUGE, La.—** Last week, Governor Edwards declined to endorse the Emergency Election Plan I put forward, approved by both the House and Governmental Affairs and Senate and Governmental Affairs committees, and which both chambers of the Legislature are in the process of voting on. Because the Governor has indicated he will not change his position, the citizens of Louisiana will not have, for the November and December elections:

- An additional three days of early voting
- Extended polling hours for early voting
- Additional time for Registrars to verify and process absentee ballots that will allow more timely reporting of election results
- An adjusted absentee ballot application deadline that more closely aligns with United States Postal Service (USPS) delivery standards

That said, I understand the vital importance of protecting the right to vote in the midst of a pandemic. In light of my role as Louisiana's chief election official, I have identified the following steps that I will be able to take in the coming weeks (through a variety of statutory and administrative mechanisms) to exercise my powers in light of the Governor's decision to reject the plan on these issues:

- Direct all Registrars to ensure that early voting and Clerks  to ensure Election Day locations adhere to CDC guidelines on mask-wearing by poll workers, social distancing, cleaning of machines, and making disposable masks available to those voters who fail to wear their own masks to polling places and want one, pursuant to La. R.S. 18:401.2.
    - o  I cannot make mask-wearing a pre-condition to voting at a polling place – although I encourage voters in the strongest possible terms to do so.
- I will declare a state of emergency which will allow the Clerk of Court and presiding officer of the parish governing authority to relocate polling places from senior centers and other facilities where operating polling places creates a public safety issue, and to notify voters of any polling place changes, pursuant to La. R.S. 18:401.2. In light of Hurricane Laura and COVID, I will be working closely with the parish authorities on these designations.

- Direct Registrars to work with nursing home operators in their parishes to designate a staff member as "temporary staff" of the Registrar to receive appropriate training and facilitate voting for nursing home residents where the facilities remain in lock-down, pursuant to La. R.S. 18:59(I)(2).
- Advise Registrars to consider offering a staffed curbside ballot drop-off point at their offices between the end of early voting and Election Day to permit voters to return their ballots directly without the need to rely on the USPS or others to deliver their ballots, pursuant to La. R.S. 18:18(A)(3) and La. R.S. 18:1308(B).
- Issue an administrative rule to extend the absentee ballot cure process I implemented for the July and August elections through the November and December elections, pursuant to La. R.S. 18:18(A)(3).

In addition, the Tangipahoa Parish Registrar of Voters has received an Attorney General's opinion regarding the ability for voters with COVID to request to vote absentee by mail if certain requirements are met, under existing legislative authority (See attached A.G. Opinion 20-0104).

Over the next few weeks, in light of the failure of the proposed emergency election plan, I will be taking the steps necessary to implement all of the changes outlined above, and provide guidance for implementing the Attorney General's opinion, to ensure that Louisianans have every opportunity to vote consistent with the existing law.

**-www.sos.la.gov-**

 Centers for Disease
Control and Prevention

# Coronavirus Disease 2019 (COVID-19)

 Hadskey Exhibit F

 MENU >

# Considerations for Election Polling Locations and Voters
# Considerations for Election Polling Locations

Interim guidance to prevent spread of coronavirus disease 2019 (COVID-19)

Updated June 22, 2020                    Print

**Summary of changes:**

- Expanded guidance on changes to operations, procedures, and facilities for polling locations
- Added reminders to maintain accessibility
- Added recommendations for voters

## Guiding Principles to Keep in Mind

The more an individual interacts with others, and the longer that interaction, the higher the risk of COVID-19 spread. Elections with only in-person voting on a single day are higher risk for COVID-19 spread because there will be larger crowds and longer wait times. Lower risk election polling settings include those with:

- a wide variety of voting options
- longer voting periods (more days and/or more hours)
- any other feasible options for reducing the number of voters who congregate indoors in polling locations at the same time

The virus that causes COVID-19, is mostly spread by respiratory droplets released when people talk, cough, or sneeze. It may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or possibly their eyes. Personal prevention practices (such as handwashing, staying home when sick) and environmental cleaning and disinfection are important actions election officials, poll workers, and voters can take to help lower the risk of COVID-19 spread.

## Recommendations for Election Officials and Poll Workers

### Promoting Behaviors that Reduce Spread

- **Stay home when sick or after recent close contact with a person with COVID-19**
  - Educate poll workers about when they should stay home and when they can return to work.
    - Poll workers who are sick, have tested positive for COVID-19, or have recently had a close contact with a person with COVID-19 should stay home. Ensure that poll locations are adequately staffed to cover any sick workers who need to stay home.
    - CDC's criteria can help inform when poll workers may return to work:
      - If they have been sick with COVID-19
      - If they have recently had a close contact with a person with COVID-19
      - If they have tested positive for COVID-19

- **Hand Hygiene and Respiratory Etiquette**
  - Provide an alcohol-based hand sanitizer with at least 60% alcohol for use at each step in the voting process where voters interact with poll workers, after using the voting machine, and as the final step in the voting process. Place alcohol-based hand sanitizer in visible, frequently used locations such as registration desks, where

1/6

"I Voted" stickers are dispensed, and exits. Alcohol-based hand sanitizers may not be compatible with electronic voting equipment and may damage paper ballots. Poll workers and voters should ensure their hands are completely dry before handling these items.

- Encourage poll workers to wash their hands frequently (e.g., before entering the polling location, before and after breaks or shifts, after touching or handling masks or PPE, after using the restroom, after touching shared surfaces or objects) with soap and water for at least 20 seconds.
- Encourage workers and voters to cover coughs and sneezes with a tissue or use the inside of their elbow. Used tissues should be thrown in the trash and hands washed immediately with soap and water for at least 20 seconds.
  - If soap and water are not readily available, use hand sanitizer that contains at least 60% alcohol.

- **Masks**
  - Recommend and reinforce the use of masks among all workers. Masks are most essential in times when physical distancing is difficult. Information should be provided to workers on proper use, removal, and washing of masks.
  - Encourage voters to use masks while in the polling location. In jurisdictions where voters' masks may need to be removed to support identification procedures, alcohol-based hand sanitizer containing at least 60% alcohol should be provided at the station so voters can sanitize their hands after removing their masks. A plastic barrier between the voter and the poll worker can provide additional protection. Post signs providing instruction on proper removal and handling 🖼 of masks.
    - Note: masks should **not** be placed on:
      - Babies and children younger than 2 years old
      - Anyone who has trouble breathing or is unconscious
      - Anyone who is incapacitated or otherwise unable to remove the mask without assistance
  - Masks are meant to protect other people in case the wearer is unknowingly infected but does not have symptoms. Masks are not meant to be a substitute for personal protective equipment such as surgical masks, respirators, or other medical personal protective equipment.
  - Masks can make it more difficult for people who are deaf or hard-of-hearing to lip-read, hear, or understand what people are saying. Communication can be supported with written communication, posting information/instructions, and decreasing background noise. Lip reading can be supported with clear masks, face shields, or plexiglass barriers. Consistent with applicable law, election officials should consider having supplies, such as clear face coverings available, to ensure that voting is accessible to people with disabilities.

- **Adequate Supplies**
  - Ensure adequate supplies to support healthy hygiene behaviors. Supplies include soap, hand sanitizer containing at least 60% alcohol (placed at every station, if supplies allow), paper towels, tissues, disinfectant wipes, and no-touch trash cans.
- **Signs and Messages**
  - Post signs in highly visible locations (e.g., at entrances, in restrooms) that promote everyday protective measures 🖼 and describe how to stop the spread 🖼 of germs such as by properly washing hands and properly wearing a mask 🖼 .
  - Include messages about behaviors that prevent the spread of COVID-19 when communicating with voters (such as on websites, in videos, in emails, and on social media accounts).
  - To the extent consistent with applicable law, ensure that any signage and messages are accessible to voters with disabilities, for example by providing large print or braille versions or having audible messages with the same information.
  - Find free CDC print and digital resources at the communications resources main page.

- **Social Distancing**
  - Remind voters upon arrival to leave space between themselves and others. Encourage voters to stay at least 6 feet apart. Polling places may provide signs, or other visual cues such as floor markings, decals, or chalk marks to help voters and workers remember this.
  - Have plans to manage lines to ensure social distancing can be maintained.
  - Clearly mark points of entry and exit to avoid bottlenecks.
  - Discourage voters and workers from greeting others with physical contact (e.g., handshakes). Include this reminder on signs about social distancing.

# Maintaining Healthy Environments

- **Disinfect surfaces**
  - Surfaces that are frequently touched by multiple people, for example door handles, registration tables, pens, and clipboards, should be disinfected frequently using products with EPA-approved emerging viral pathogens claims ⧉ .
  - Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, use of personal protective equipment, storage).
  - If the surface is dirty, it should be cleaned before disinfecting.
  - If public restrooms are available in the polling location, they should be cleaned and disinfected routinely.
  - After the polling location closes, clean and disinfect all facility areas and items, including all tables, chairs, door handles, and restrooms, used by poll workers or voters. The facility can be returned to normal use immediately with no additional precautions.

- **Clean and disinfect voting-associated equipment**
  - Voting machines, laptops, tablets, keyboards, ballot activation cards, and other reusable items should be disinfected routinely.
  - Follow the equipment manufacturer's instructions ⧉ for appropriate cleaning and disinfection procedures for voting machines and associated electronics.
    - To prevent damage to the equipment, post signs near voting equipment discouraging voters from disinfecting the equipment with their own wipes or touching the equipment with hands that are still wet with hand sanitizer.
  - Consider use of wipeable covers for electronics.
  - If no manufacturer guidance is available, consider the use of alcohol-based wipes or spray containing at least 70% alcohol to clean voting machine buttons and touch screens. Dry surfaces thoroughly to avoid pooling of liquids.
  - After the polling location closes, all equipment and transport cases should be cleaned and disinfected following the manufacturer's instructions prior to returning it to the election office.

- **Shared objects**
  - Where possible, replace shared objects, like pens or ballot activation cards, with single-use objects.
  - Shared objects, like pens or ballot activation cards, should be disinfected between users.
  - Headphones for voters with disabilities should be single-use or disinfected between users.
  - Minimize handling of shared objects. For example, reusable ballot activation cards or ballot secrecy sleeves can be deposited into a container instead of handing them to a poll worker.

- **Ventilation**
  - Ensure that ventilation systems operate properly and increase circulation of outdoor air as much as possible, for example by opening windows and doors. Do not open windows and doors if doing so poses a safety or health risk to poll workers, voters, or children accompanying voters (e.g., risk of falling or triggering asthma symptoms).

- **Crowd and line management**
  - Consider increasing the number of polling locations available for early voting and extending the hours of operation.
  - Maintain or increase the total number of polling places available to the public on Election Day to improve the ability to social distance.
  - Unless there is no other option, do not increase the number of potential registered voters assigned to each polling place.
  - Minimize lines as much as possible, especially tightly spaced queues in small indoor spaces. Use floor markings or decals and signs to remind voters to maintain social distancing while in line.
  - Limit the number of voters in the facility by moving lines outdoors if weather permits or using a ticket system for access to the facility.

- **Modified layouts and procedures**
  - Increase distance between voting booths to ensure that voters remain 6 feet apart.

- To ensure sufficient space for social distancing and other measures, identify larger facilities for use as future polling places.
- Modify the polling location layout to ensure voters move in one direction while in voting locations and to avoid bottlenecks, such as single doors for entry and exit.
- Items to be reviewed, such as poll books or identification, should be placed on a table for examination to minimize handling.
- Notify voters of changes to polling operations, including the availability of alternative voting options that minimize contact, as allowed in the local jurisdiction.
- Ensure that any changes to operations do not limit accessibility to voters with disabilities.

- **Physical barriers and guides**
  - Physical barriers, such as plexiglass shields, can be used to protect workers and voters when physical distance cannot be maintained, for example at registration desks or between voting stations.
  - Consider placing markings or decal on the floor to remind voters to maintain at least 6 feet of space from other voters and workers.

## Maintaining Healthy Operations

- **Where available in your jurisdiction, offer alternative voting methods that minimize direct contact and reduce crowd size at polling locations**
  - Consider offering alternatives to in-person voting if allowed in the jurisdiction.
  - Offer early voting or extended hours, where voter crowds may be smaller throughout the day.
  - Consider drive-up voting for eligible voters if allowed in the jurisdiction.
  - Encourage voters planning to vote in-person on election day to arrive at off-peak times. For example, if voter crowds are lighter mid-morning, advertise that in advance to the community.

- **Protect people at increased risk for severe illness**
  - Relocate polling locations from nursing homes, long-term care facilities, and senior living residences, to help protect older adults and those with underlying medical conditions from potential COVID-19 exposure.
  - Polling locations (e.g., libraries, schools) should ensure that voters can be separated from other facility users. For example, poll workers and voters can use designated entrances, exits, and restrooms that are separate from other facility users.
  - Limit nonessential visitors. Poll workers and voters should be discouraged from bringing accompanying persons (e.g., family members, friends) to the polling location.
  - Poll workers at higher risk for severe illness from COVID-19 should be assigned tasks that minimize direct contact with voters and other poll workers. These workers should be encouraged to practice preventive actions, such as social distancing and handwashing.

- **Consider alternative voting options for voters with symptoms**
  - Where possible in your jurisdiction, offer alternative voting options for voters with symptoms, those who are sick or known COVID-19 positive. Alternative voting options should minimize exposure between poll workers and voters, such as a designated polling site or curbside voting for sick voters. Poll workers assisting voters with symptoms should be provided with personal protective equipment (PPE), including respiratory protection, face shields, gowns, and gloves, and trained in the appropriate use of this equipment.
  - Post signs to discourage anyone with symptoms from entering the polling location buildings and provide voting options for those with symptoms. Ensure that any signage is accessible to voters with disabilities, for example by providing large print or braille versions or having audible messages with the same information.

- **Scheduled or staggered voting**
  - Consider offering scheduled voting or staggered entry to the polling location.

- **Mail-in ballots**
  - Workers handling mail-in ballots should practice hand hygiene frequently.
  - Mail-in ballots submitted directly to polling locations can be held for three hours prior to processing to further reduce risk.

- Machines used to process mail in ballots should be cleaned and disinfected routinely. Follow the equipment manufacturer's instructions ☐ for appropriate cleaning and disinfection procedures for voting machines and associated electronics.
- Ballots can be stored as usual without additional precautions.
- Mail-in voting can make it more difficult for voters with disabilities to exercise their right to vote. Election officials should ensure that accessible voting options are available and that these options are consistent with the recommendations for slowing the spread of COVID-19.

## Recommendations for Voters

- **Practice healthy behaviors to protect yourself and slow the spread of COVID-19**
  - Wash your hands before entering and after leaving the polling location.
  - While in the polling location, use alcohol-based hand sanitizer containing at least 60% alcohol frequently, especially after touching surfaces frequently touched by multiple people, such as door handles or voting machines.
  - Cover coughs and sneezes with a tissue or the inside of your elbow. Throw used tissues in lined trash cans. Wash your hands or use an alcohol-based hand sanitizer containing at least 60% alcohol.
  - Wear a mask. Children under 2 and anyone who has trouble breathing, is incapacitated or otherwise unable to remove the mask without assistance should not wear a mask.
  - Maintain at least 6 feet (about 2 arms' length) of distance from others. It is important to continue social distancing even when you and others are wearing masks.
- **Consider voting alternatives available in your jurisdiction that minimize contact.** Voting alternatives that limit the number of people you come in contact with or the amount of time you are in contact with others can help reduce the spread of COVID-19. Check your local election office website ☐ for more information on voting alternatives available in your jurisdiction.
- **Do not disinfect or wipe down the voting equipment yourself.** Electronic voting equipment can be damaged by cleaners and disinfectants. If you use hand sanitizer before touching the voting equipment, ensure your hands are completely dry to avoid damaging the equipment. Wash your hands or use alcohol-based hand sanitizer **after** using the voting equipment.

- **Avoid crowds**
  - Use early voting, if available in your jurisdiction.
  - Vote at off-peak times, such as mid-morning.
  - If driving to the polls and your schedule allows, monitor the voter line from your car and join it when it's shorter.

- **Be prepared**
  - Check your voting location and requirements in advance because they may have changed due to COVID-19.
  - Verify your voter registration information is correct in advance of reporting to the polling location.
  - Contact your local or state election office ☐ for additional information for voters with disabilities.
  - Make sure you have all necessary documents to avoid delays at the polling location.
  - If possible, complete any registration forms prior to arriving at the polling location.
  - Where possible, review or complete a sample ballot at home to speed the process of casting your ballot at the polling location.
  - Bring your own black ink pen.
  - Bring a stylus or similar object for use with touchscreen voting machines. Check with poll workers before using.



## Resources

Vendor and Manufacturer Guidance on Cleaning Voting Machines and Other Election Technology ⧉

Cybersecurity Infrastructure and Security Agency Election Security Resources ⧉

Finding Voting Locations and Poll Workers ▣ ⧉

Considerations for Modifying the Scale of In-Person Voting ▣ ⧉

Health and Safety at the Polling Place ▣ ⧉

Safeguarding Staff and Working Environment from COVID-19 ▣ ⧉

Last Updated June 22, 2020


**Centers for Disease Control and Prevention**

# Coronavirus Disease 2019 (COVID-19)

# Recommendations for Election Polling Locations

Interim guidance to prevent spread of coronavirus disease 2019 (COVID-19)

Updated March 27, 2020

**Summary of changes:**

- Encourage moving election polling locations away from long term care facilities and facilities housing older persons to minimize COVID-19 exposure among older individuals and those with chronic medical conditions.
- Updated EPA COVID Disinfectant link.

## Background

There is much to learn about the novel coronavirus (SARS-CoV-2) that causes coronavirus disease 2019 (COVID-19). Based on what is currently known about SARS-CoV-2 and about similar coronaviruses, spread from person-to-person happens most frequently among close contacts (within about 6 feet). This type of transmission occurs via respiratory droplets. Transmission of SARS-CoV-2 to persons from surfaces contaminated with the virus has not been documented. Transmission of coronavirus in general occurs much more commonly through respiratory droplets than through contact with contaminated surfaces. Current evidence suggests that SARS-CoV-2 may remain viable for hours to days on surfaces made from a variety of materials. Cleaning of visibly dirty surfaces followed by disinfection is a best practice measure for prevention of COVID-19 and other viral respiratory illnesses in election polling locations.

## Purpose

This guidance provides recommendations on the routine cleaning and disinfection of polling location areas and associated voting equipment (e.g., pens, voting machines, computers). It suggests actions that polling station workers can take to reduce the risk of exposure to COVID-19 by limiting the survival of the virus in the environment. This guidance will be updated if additional information becomes available.

Definitions:

- *Community settings* (e.g. polling locations, households, schools, daycares, businesses) encompass most non-healthcare settings and are visited by the general public.
- *Cleaning* refers to the removal of dirt and impurities including germs from surfaces. Cleaning alone does not kill germs. But by removing them, it decreases the number of germs and therefore any risk of spreading infection.
- *Disinfecting* kills germs on surfaces. Disinfecting works by using chemicals to kill germs on surfaces. This process does not necessarily clean dirty surfaces or remove germs. But killing germs remaining on a surface after cleaning further reduce any risk of spreading infection.

## Actions for elections officials in advance of election day

- Encourage voters to use voting methods that minimize direct contact with other people and reduce crowd size at polling stations.
    - Encourage mail-in methods of voting if allowed in the jurisdiction.
    - Encourage early voting, where voter crowds may be smaller throughout the day. This minimizes the number of individuals a voter may come in contact with.
    - Encourage drive-up voting for eligible voters if allowed in the jurisdiction.
    - Encourage voters planning to vote in-person on election day to arrive at off-peak times. For example, if voter crowds are lighter mid-morning, advertise that in advance to the community.
    - Encourage relocating polling places from nursing homes, long-term care facilities, and senior living residences, to minimize COVID-19 exposure among older individuals and those with chronic medical conditions.
    - Consider additional social distancing and other measures to protect these individuals during voting.

Hadskey
Exhibit
G 1

SOS00024

## Preventive actions polling workers can take

- **Stay at home if you have fever, respiratory symptoms, or believe you are sick**
- **Practice hand hygiene frequently:** wash hands often with soap and water for at least 20 seconds. If soap and water are not readily available, use an alcohol-based hand sanitizer that contains at least 60% alcohol.
- **Practice routine cleaning of frequently touched surfaces:** including tables, doorknobs, light switches, handles, desks, toilets, faucets, sinks, etc.
- **Disinfect surfaces that may be contaminated with germs after cleaning:** A list of products with EPA-approved emerging viral pathogens claims ☑ is available. Products with EPA-approved emerging viral pathogens claims are expected to be effective against the virus that causes COVID-19 based on data for harder to kill viruses. Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, use of personal protective equipment).
- **Clean and disinfect voting-associated equipment** (e.g., voting machines, laptops, tablets, keyboards) routinely. Follow the manufacturer's instructions for all cleaning and disinfection products.
  - Consult with the voting machine manufacturer for guidance on appropriate disinfection products for voting machines and associated electronics.
  - Consider use of wipeable covers for electronics.
  - If no manufacturer guidance is available, consider the use of alcohol-based wipes or spray containing at least 70% alcohol to clean voting machine buttons and touch screens. Dry surfaces thoroughly to avoid pooling of liquids.

## Preventive action polling stations workers can take for themselves and the general public

Based on available data, the most important measures to prevent transmission of viruses in crowded public areas include careful and consistent cleaning of one's hands. Therefore:

- **Ensure bathrooms at the polling station are supplied adequately with soap, water, and drying materials so visitors and staff can wash their hands..**
- **Provide an alcohol-based hand sanitizer with at least 60% alcohol** for use before or after using the voting machine or the final step in the voting process. Consider placing the alcohol-based hand sanitizer in visible, frequently used locations such as registration desks and exits.
- **Incorporate social distancing strategies, as feasible.** Social distancing strategies increase the space between individuals and decrease the frequency of contact among individuals to reduce the risk of spreading a disease. Keeping individuals at least 6 feet apart is ideal based on what is known about COVID-19. If this is not feasible, efforts should be made to keep individuals as far apart as is practical. Feasibility of strategies will depend on the space available in the polling station and the number of voters who arrive at one time. Polling station workers can:
  - Increase distance between voting booths.
  - Limit nonessential visitors. For example, poll workers should be encouraged not to bring children, grandchildren, etc. with them as they work the polls.
  - Remind voters upon arrival to try to leave space between themselves and others. Encourage voters to stay 6 feet apart if feasible. Polling places may provide signs to help voters and workers remember this.
  - Discourage voters and workers from greeting others with physical contact (e.g., handshakes). Include this reminder on signs about social distancing.

## Recommendations for processing mail-in ballots

- Workers handling mail in ballots should practice hand hygiene frequently
- No additional precautions are recommended for storage of ballots

# References

- Community Mitigation Guidance for COVID-19 Response in the United States: Nonpharmaceutical Interventions for Community Preparedness and Outbreak Response
- Handwashing: Clean Hands Save Lives
- Protect Yourself & Your Family



SECRETARY OF STATE
STATE OF LOUISIANA

R. KYLE ARDOIN
SECRETARY OF STATE

P.O. BOX 94125
BATON ROUGE, LA 70804-9125
225.922.2880

---

**COVID-19 Guidelines for In-Person Voting According to**
**Emergency Election Plan for July 11, 2020 and August 15, 2020 Elections**

---

**DATE:**     June 8, 2020

**FROM:**    Sherri Hadskey, Commissioner of Elections

The following guidelines are established according to the Secretary of State's Emergency Election Plan and incorporate the latest *Recommendations for Election Polling Locations* issued by the U.S. Centers for Disease Control and Prevention (CDC).

# GUIDELINES FOR ELECTION WORKERS

**Personal Protective Equipment (PPE) for election workers:**
All election day and early voting commissioners will be required to wear either a mask or face shield (or both) and gloves while performing their duties. They will also be required to wear a disposable protective gown over their clothes if they will have contact with the public. They should wash their hands or apply hand sanitizer after removing their gloves, and put on a fresh pair of gloves before resuming election duties.

Commissioners at each precinct and early voting site will receive the following PPE:
- A supply of gloves so that commissioners may change them throughout the day.
- Face masks for each commissioner (and a few extras, for watchers, etc.).
- Face shields for each commissioner (and a few extras).
- Protective gowns for each commissioner.
- A supply of hand sanitizer to use any time gloves are removed.

**Putting on the PPE:**
Before putting on the PPE, election workers should attend to any personal needs, such as using the restroom, or drinking water. When ready to put on the PPE, they should thoroughly clean their hands with soap or hand sanitizer, making certain to clean in between fingers.

Put on the PPE in the following order:

- Put on the **protective gown** with the opening to the back, and fasten all ties. You may need assistance from another commissioner.

Hadskey
Exhibit
G 2

SOS00026

- Put on the **face mask** by hooking the elastic bands around your ears. Adjust the metal piece to fit your nose. The face mask should extend under your chin and fit snugly to your face. Both your mouth and nose should be covered.

- Remove the protective film from the **face shield** before wearing. Put on the face shield by sliding the elastic band around the back of your head, so that the foam is against your forehead. You can clean and reuse the face shield if you remove it during the day.

Please note that election workers have the choice of wearing either the face mask or the face shield. You do not have to wear both at the same time unless you choose to do so.

- Wash your hands or apply hand sanitizer once more before putting on the **gloves**. Pull on the gloves so that they cover the wrist of the gown. When you remove or change out the gloves during the course of the day, be sure to clean your hands with soap or hand sanitizer before putting on a new pair of gloves. Do not reuse the gloves.

**Taking off the PPE:**
Properly removing PPE will limit opportunities of contaminating the environment. The outside front of the PPE is the area most likely to be contaminated, so election workers should exercise caution when removing it.

Remove the PPE in the following order:

- Remove the **gloves** by pinching one glove at the wrist. Peel downwards, pulling the glove inside out. Hold the removed glove in your gloved hand. With your ungloved hand, slide your finger under the wrist of your remaining glove. Again, peel downwards, turning the glove inside out. Discard the gloves. Take care so that removing the gloves does not inadvertently contaminate your hands.

- Unfasten the **gown** behind your neck first and pull away from neck and shoulders, only touching the inside of the gown. Turn the gown inside out and fold or roll it into a bundle and discard.

Be sure to clean your hands with soap or hand sanitizer before removing your face mask or shield.

- Carefully remove the **face shield** by grabbing the strap and pulling upwards and away from your head. Do not touch the front of the face shield. Remember that face shields can be sanitized and reused.

- Carefully unhook the **face mask** straps from behind yours ears and pull away from your face without touching the front. Discard the mask.

Remember to clean your hands with soap or hand sanitizer once you have removed all PPE.

**Sanitizing Surfaces:**

Commissioners should routinely sanitize frequently touched surfaces and items that voters may touch, including tables, computers, voter cards, voter card readers, pens, doorknobs, light switches, handles, desks, toilets, faucets, sinks, etc. Sanitizing and disinfectant products will be supplied to every precinct and early voting location (see below for supply lists).

Voter cards and pens should be sanitized after each use.

**Sanitizing Voting Machines:**

Commissioners must sanitize voting machines between each voter.

For the election day machines, commissioners will wipe down the plastic mylar surface of each precinct voting machine with disinfectant wipes (see below for supply lists).

For early voting machines, commissioners will spray disinfectant solution onto an electronics cleaning cloth and wipe down the touch screen (see below for supply lists). **IMPORTANT:** Do not spray disinfectant solution directly onto the voting machine touch screen. Only spray solution onto the cleaning cloth before wiping the touch screen. No other cleaners may be used on the early voting machines.

**Social Distancing Setup:**

Commissioners must set up the precinct and early voting location to keep all individuals at least six feet apart, or as far away from each other as the space allows.

Election day voting machines are large enough to maintain some distance between voters, but every effort should be made to separate the voting machines so that voters are at least six feet away from each other. Small cones and a tape measure will be provided to each precinct and early voting location for commissioners to measure out and mark spots for voters to stand in line.

Check-in tables must also be set up to maintain as much distance as possible between commissioners and voters, and between commissioners themselves. One suggested solution for election day check-in tables, where feasible, is to have commissioners seated at the short end of a table, have voters stand at the other short end of the table, and place the precinct register in the middle of the table.

Commissioners writing voters' names in the pink and gold poll books should be seated six feet away from the commissioner checking in voters at the precinct register. If this is not possible, commissioners should be seated as far away from each other and from voters as possible.

Commissioners should place hand sanitizer near the precinct register, near the voting machines, and near the exits.

**Door control:**

A commissioner should regulate the number of people entering the polling place to maintain social distancing. If too many voters attempt to enter the polling place at one time, so that it interferes with social distancing, a commissioner should instruct them to wait outside of the polling place and should not allow them to enter until a voter has exited. Voters with visible physical disabilities should notify a commissioner and be allowed entry to go to the front of the line at the next available opportunity.

**Line control:**
Voters should maintain a distance of at least six feet from each other while standing in a single line. Commissioners should use the tape measure and small cones provided to measure out and mark spots for voters to stand in line at six-foot intervals.

**Poll watchers:**
Poll watchers must wear gloves and a face mask or other face covering at all times while in the polling place, and must practice social distancing to the extent feasible.

# GUIDELINES FOR VOTERS

**Health protocols for voters:**
Voters are highly encouraged to wear cloth face coverings over their nose and mouth while in the polling place. Hand sanitizer will be provided for voters' use and should be placed at frequently used locations, such as check-in tables and exits. Voters will be expected to wash or disinfect their hands upon entering the polling place, after interaction with election workers, poll watchers, or other individuals at the polling place and after using a voting machine.

Voters will also be expected, to the extent feasible while at the polling place, to maintain at least six feet of distance from other individuals not within the same household.

If an election worker is unable to determine the identity of a voter wearing a face covering, the voter should be prepared to lower or temporarily remove the face covering when checking in. After the voter's identity has been confirmed, the voter should wear the face covering until they leave the polling place.

Voters are encouraged to bring their own hand sanitizer and pen (to sign the precinct register), and to adopt additional protocols consistent with their specific needs and circumstances.

**Voters receiving assistance:**
Voters are entitled to receive assistance from anyone they choose, as long as the person providing assistance is not a candidate, the voter's employer, or the voter's union agent. Any person providing assistance should wear a face covering at all times while in the polling place, and must practice social distancing, to the extent feasible, from other individuals not within the same household.

# PERSONAL PROTECTIVE EQUIPMENT (PPE), SANITIZING, AND SOCIAL DISTANCING SUPPLY LISTS

## EARLY VOTING

**Each early voting site will receive bags of PPE and supplies for sanitizing and social distancing. Each bag contains the following:**

- Hand sanitizer
- Box of gloves
- KN-95 face masks
- Face shields
- Protective gowns
- Boxes of disinfectant wipes *NOT FOR USE ON EARLY VOTING MACHINES*
- Small cones to mark six-foot intervals for social distancing
- Six-foot measuring tape
- Blue microfiber electronics cleaning cloths
- Bottles of 70% alcohol

*NOTE:* The Scotch-Brite electronic cleaning cloths and 70% alcohol are the ONLY supplies that can be used to clean and sanitize the touchscreen early voting machines.

## ELECTION DAY

**Each precinct will receive one bag of PPE and supplies for sanitizing and social distancing. Each bag contains the following:**

- Hand sanitizer
- Box of gloves
- KN-95 face masks
- Face shields
- Protective gowns
- Boxes of disinfectant wipes
- Small cones to mark six-foot intervals for social distancing
- Six-foot measuring tape



SECRETARY OF STATE
STATE OF LOUISIANA

R. KYLE ARDOIN
SECRETARY OF STATE

P.O. Box 94125
BATON ROUGE, LA 70804-9125

June 11, 2020

To:    All Parish Governing Authorities

As Secretary of State, I have taken great care and effort to implement the legislative and gubernatorial approved emergency election plan, and to ensure that the health and safety of voters are safeguarded while also protecting a voter's right to vote in the July 11, 2020 and August 15, 2020 elections.

In so doing, I have relied on guidance issued by the experts, the Centers for Disease Control and Prevention (CDC), *Recommendations for Election Polling Locations*, written by those in the best position to understand COVID-19, a unique virus, and how to prevent its spread. See copy enclosed.

Also enclosed are the *COVID-19 Guidelines for In Person Voting* issued by my office to all election workers and voters. These guidelines include the following:
- Election workers will apply social distancing and clean and disinfect all common surfaces in the polling place. Voting machines and pens will be disinfected after each use.
- Election workers will wear masks or face shields, gloves, and protective gowns.
- Hand sanitizer will be readily available for voters and election workers.
- Voters are encouraged to wear face coverings and practice social distancing at the polling place.

These Louisiana-specific guidelines follow the CDC guidance and provide a safe environment for Louisiana voters.

It has come to my attention that certain parish and municipal buildings and private buildings where polling places are housed may have in place screening protocols for entrants to buildings that include temperature and respiratory symptom checks. If these locations serve as early voting or election day polling places for the upcoming July 11, 2020 and August 15, 2020 elections, it is not permissible to deny a voter access to the building or polls based on temperature or respiratory symptoms.

No provision of Louisiana law authorizes such a test prior to permitting a voter into a polling place. We believe that both state and federal laws and constitutions prohibit this. Additionally, Louisiana law also allows preteen children to accompany their parents to the polls.

It is paramount that *all* Louisianans have the right to vote in person at all polling places. We believe that the attached measures put in place by my office, as recommended by the CDC, are sufficient to protect the health of voters while allowing all to exercise their right to vote.

Hadskey
Exhibit
G 3

SOS00031

We ask that you ensure that all in your parish enjoy an unencumbered right to vote both during early voting and on election day. To that end, the voters of Louisianans cannot be burdened by a mandatory temperature or respiratory symptom test.

As the CDC guidance notes, these measures are recommended as the necessary steps to prevent the spread of COVID-19 without encumbering an individual's constitutional right to vote.

We trust you will find these guidelines sufficient and avoid enforcing any other procedures that could deny Louisiana voters access to a polling place in your parish.

For the July 11, 2020 election, early voting will be held June 20 through July 4, 2020. For the August 15, 2020 election, early voting will be held July 25 through August 8, 2020.

Should you have any questions about this letter or its representations, you may contact your own counsel or my office through Merietta Norton at 225-922-0900.

We ask that you, the clerks of court, and registrars of voters distribute this letter and its attachments to all owners of property, whether public or private, used as polling places for early voting or election day voting.

Know that we all have the same goal in mind, to ensure a safe place for all Louisiana voters to exercise their right to vote.

Sincerely,

R. Kyle Ardoin
Secretary of State

cc:    Clerks of Court
       Registrars of Voters

Enclosures:    Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19), Recommendations for Election Polling Locations, Interim guidance to prevent spread of coronavirus disease 2019 (COVID-19)*

               *COVID-19 Guidelines for In-Person Voting According to Emergency Election Plan for July 11, 2020 and August 15, 2020 Elections*

 Centers for Disease
Control and Prevention

# Coronavirus Disease 2019 (COVID-19)

# Recommendations for Election Polling Locations
Interim guidance to prevent spread of coronavirus disease 2019 (COVID-19)

Updated March 27, 2020

**Summary of changes:**

- Encourage moving election polling locations away from long term care facilities and facilities housing older persons to minimize COVID-19 exposure among older individuals and those with chronic medical conditions.
- Updated EPA COVID Disinfectant link.

## Background

There is much to learn about the novel coronavirus (SARS-CoV-2) that causes coronavirus disease 2019 (COVID-19). Based on what is currently known about SARS-CoV-2 and about similar coronaviruses, spread from person-to-person happens most frequently among close contacts (within about 6 feet). This type of transmission occurs via respiratory droplets. Transmission of SARS-CoV-2 to persons from surfaces contaminated with the virus has not been documented. Transmission of coronavirus in general occurs much more commonly through respiratory droplets than through contact with contaminated surfaces. Current evidence suggests that SARS-CoV-2 may remain viable for hours to days on surfaces made from a variety of materials. Cleaning of visibly dirty surfaces followed by disinfection is a best practice measure for prevention of COVID-19 and other viral respiratory illnesses in election polling locations.

## Purpose

This guidance provides recommendations on the routine cleaning and disinfection of polling location areas and associated voting equipment (e.g., pens, voting machines, computers). It suggests actions that polling station workers can take to reduce the risk of exposure to COVID-19 by limiting the survival of the virus in the environment. This guidance will be updated if additional information becomes available.

Definitions:

- *Community settings* (e.g. polling locations, households, schools, daycares, businesses) encompass most non-healthcare settings and are visited by the general public.
- *Cleaning* refers to the removal of dirt and impurities including germs from surfaces. Cleaning alone does not kill germs. But by removing them, it decreases the number of germs and therefore any risk of spreading infection.
- *Disinfecting* kills germs on surfaces. Disinfecting works by using chemicals to kill germs on surfaces. This process does not necessarily clean dirty surfaces or remove germs. But killing germs remaining on a surface after cleaning further reduce any risk of spreading infection.

## Actions for elections officials in advance of election day

- Encourage voters to use voting methods that minimize direct contact with other people and reduce crowd size at polling stations.
  - Encourage mail-in methods of voting if allowed in the jurisdiction.
  - Encourage early voting, where voter crowds may be smaller throughout the day. This minimizes the number of individuals a voter may come in contact with.
  - Encourage drive-up voting for eligible voters if allowed in the jurisdiction.
  - Encourage voters planning to vote in-person on election day to arrive at off-peak times. For example, if voter crowds are lighter mid-morning, advertise that in advance to the community.
  - Encourage relocating polling places from nursing homes, long-term care facilities, and senior living residences, to minimize COVID-19 exposure among older individuals and those with chronic medical conditions.
  - Consider additional social distancing and other measures to protect these individuals during voting.

SOS00033

## Preventive actions polling workers can take

- Stay at home if you have fever, respiratory symptoms, or believe you are sick
- Practice hand hygiene frequently: wash hands often with soap and water for at least 20 seconds. If soap and water are not readily available, use an alcohol-based hand sanitizer that contains at least 60% alcohol.
- Practice routine cleaning of frequently touched surfaces: including tables, doorknobs, light switches, handles, desks, toilets, faucets, sinks, etc.
- Disinfect surfaces that may be contaminated with germs after cleaning: A list of products with EPA-approved emerging viral pathogens claims ☐ is available. Products with EPA-approved emerging viral pathogens claims are expected to be effective against the virus that causes COVID-19 based on data for harder to kill viruses. Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, use of personal protective equipment).
- Clean and disinfect voting-associated equipment (e.g., voting machines, laptops, tablets, keyboards) routinely. Follow the manufacturer's instructions for all cleaning and disinfection products.
  - Consult with the voting machine manufacturer for guidance on appropriate disinfection products for voting machines and associated electronics.
  - Consider use of wipeable covers for electronics.
  - If no manufacturer guidance is available, consider the use of alcohol-based wipes or spray containing at least 70% alcohol to clean voting machine buttons and touch screens. Dry surfaces thoroughly to avoid pooling of liquids.

## Preventive action polling stations workers can take for themselves and the general public

Based on available data, the most important measures to prevent transmission of viruses in crowded public areas include careful and consistent cleaning of one's hands. Therefore:

- Ensure bathrooms at the polling station are supplied adequately with soap, water, and drying materials so visitors and staff can wash their hands..
- Provide an alcohol-based hand sanitizer with at least 60% alcohol for use before or after using the voting machine or the final step in the voting process. Consider placing the alcohol-based hand sanitizer in visible, frequently used locations such as registration desks and exits.
- Incorporate social distancing strategies, as feasible.Social distancing strategies increase the space between individuals and decrease the frequency of contact among individuals to reduce the risk of spreading a disease. Keeping individuals at least 6 feet apart is ideal based on what is known about COVID-19. If this is not feasible, efforts should be made to keep individuals as far apart as is practical. Feasibility of strategies will depend on the space available in the polling station and the number of voters who arrive at one time. Polling station workers can:
  - Increase distance between voting booths.
  - Limit nonessential visitors. For example, poll workers should be encouraged not to bring children, grandchildren, etc. with them as they work the polls.
  - Remind voters upon arrival to try to leave space between themselves and others. Encourage voters to stay 6 feet apart if feasible. Polling places may provide signs to help voters and workers remember this.
  - Discourage voters and workers from greeting others with physical contact (e.g., handshakes). Include this reminder on signs about social distancing.

## Recommendations for processing mail-in ballots

- Workers handling mail in ballots should practice hand hygiene frequently
- No additional precautions are recommended for storage of ballots

# References

- Community Mitigation Guidance for COVID-19 Response in the United States: Nonpharmaceutical Interventions for Community Preparedness and Outbreak Response
- Handwashing: Clean Hands Save Lives
- Protect Yourself & Your Family

Page last reviewed: March 10, 2020

2/2

SECRETARY OF STATE
STATE OF LOUISIANA



R. KYLE ARDOIN
SECRETARY OF STATE

P.O. BOX 94125
BATON ROUGE, LA 70804-9125
225.922.2880

---

**COVID-19 Guidelines for In-Person Voting According to
Emergency Election Plan for July 11, 2020 and August 15, 2020 Elections**

---

**DATE:**    June 8, 2020

**FROM:**    Sherri Hadskey, Commissioner of Elections

The following guidelines are established according to the Secretary of State's Emergency Election Plan and incorporate the latest *Recommendations for Election Polling Locations* issued by the U.S. Centers for Disease Control and Prevention (CDC).

# GUIDELINES FOR ELECTION WORKERS

**Personal Protective Equipment (PPE) for election workers:**
All election day and early voting commissioners will be required to wear either a mask or face shield (or both) and gloves while performing their duties. They will also be required to wear a disposable protective gown over their clothes if they will have contact with the public. They should wash their hands or apply hand sanitizer after removing their gloves, and put on a fresh pair of gloves before resuming election duties.

Commissioners at each precinct and early voting site will receive the following PPE:
- A supply of gloves so that commissioners may change them throughout the day.
- Face masks for each commissioner (and a few extras, for watchers, etc.).
- Face shields for each commissioner (and a few extras).
- Protective gowns for each commissioner.
- A supply of hand sanitizer to use any time gloves are removed.

**Putting on the PPE:**
Before putting on the PPE, election workers should attend to any personal needs, such as using the restroom, or drinking water. When ready to put on the PPE, they should thoroughly clean their hands with soap or hand sanitizer, making certain to clean in between fingers.

Put on the PPE in the following order:

- Put on the **protective gown** with the opening to the back, and fasten all ties. You may need assistance from another commissioner.

- Put on the **face mask** by hooking the elastic bands around your ears. Adjust the metal piece to fit your nose. The face mask should extend under your chin and fit snugly to your face. Both your mouth and nose should be covered.

- Remove the protective film from the **face shield** before wearing. Put on the face shield by sliding the elastic band around the back of your head, so that the foam is against your forehead. You can clean and reuse the face shield if you remove it during the day.

Please note that election workers have the choice of wearing either the face mask or the face shield. You do not have to wear both at the same time unless you choose to do so.

- Wash your hands or apply hand sanitizer once more before putting on the **gloves**. Pull on the gloves so that they cover the wrist of the gown. When you remove or change out the gloves during the course of the day, be sure to clean your hands with soap or hand sanitizer before putting on a new pair of gloves. Do not reuse the gloves.

**Taking off the PPE:**
Properly removing PPE will limit opportunities of contaminating the environment. The outside front of the PPE is the area most likely to be contaminated, so election workers should exercise caution when removing it.

Remove the PPE in the following order:

- Remove the **gloves** by pinching one glove at the wrist. Peel downwards, pulling the glove inside out. Hold the removed glove in your gloved hand. With your ungloved hand, slide your finger under the wrist of your remaining glove. Again, peel downwards, turning the glove inside out. Discard the gloves. Take care so that removing the gloves does not inadvertently contaminate your hands.

- Unfasten the **gown** behind your neck first and pull away from neck and shoulders, only touching the inside of the gown. Turn the gown inside out and fold or roll it into a bundle and discard.

Be sure to clean your hands with soap or hand sanitizer before removing your face mask or shield.

- Carefully remove the **face shield** by grabbing the strap and pulling upwards and away from your head. Do not touch the front of the face shield. Remember that face shields can be sanitized and reused.

- Carefully unhook the **face mask** straps from behind yours ears and pull away from your face without touching the front. Discard the mask.

Remember to clean your hands with soap or hand sanitizer once you have removed all PPE.

SOS00036

**Sanitizing Surfaces:**
Commissioners should routinely sanitize frequently touched surfaces and items that voters may touch, including tables, computers, voter cards, voter card readers, pens, doorknobs, light switches, handles, desks, toilets, faucets, sinks, etc. Sanitizing and disinfectant products will be supplied to every precinct and early voting location (see below for supply lists).

Voter cards and pens should be sanitized after each use.

**Sanitizing Voting Machines:**
Commissioners must sanitize voting machines between each voter.

For the election day machines, commissioners will wipe down the plastic mylar surface of each precinct voting machine with disinfectant wipes (see below for supply lists).

For early voting machines, commissioners will spray disinfectant solution onto an electronics cleaning cloth and wipe down the touch screen (see below for supply lists). **IMPORTANT:** Do not spray disinfectant solution directly onto the voting machine touch screen. Only spray solution onto the cleaning cloth before wiping the touch screen. No other cleaners may be used on the early voting machines.

**Social Distancing Setup:**
Commissioners must set up the precinct and early voting location to keep all individuals at least six feet apart, or as far away from each other as the space allows.

Election day voting machines are large enough to maintain some distance between voters, but every effort should be made to separate the voting machines so that voters are at least six feet away from each other. Small cones and a tape measure will be provided to each precinct and early voting location for commissioners to measure out and mark spots for voters to stand in line.

Check-in tables must also be set up to maintain as much distance as possible between commissioners and voters, and between commissioners themselves. One suggested solution for election day check-in tables, where feasible, is to have commissioners seated at the short end of a table, have voters stand at the other short end of the table, and place the precinct register in the middle of the table.

Commissioners writing voters' names in the pink and gold poll books should be seated six feet away from the commissioner checking in voters at the precinct register. If this is not possible, commissioners should be seated as far away from each other and from voters as possible.

Commissioners should place hand sanitizer near the precinct register, near the voting machines, and near the exits.

**Door control:**
A commissioner should regulate the number of people entering the polling place to maintain social distancing. If too many voters attempt to enter the polling place at one time, so that it interferes with social distancing, a commissioner should instruct them to wait outside of the polling place and should not allow them to enter until a voter has exited. Voters with visible physical disabilities should notify a commissioner and be allowed entry to go to the front of the line at the next available opportunity.

**Line control:**
Voters should maintain a distance of at least six feet from each other while standing in a single line. Commissioners should use the tape measure and small cones provided to measure out and mark spots for voters to stand in line at six-foot intervals.

**Poll watchers:**
Poll watchers must wear gloves and a face mask or other face covering at all times while in the polling place, and must practice social distancing to the extent feasible.

# GUIDELINES FOR VOTERS

**Health protocols for voters:**
Voters are highly encouraged to wear cloth face coverings over their nose and mouth while in the polling place. Hand sanitizer will be provided for voters' use and should be placed at frequently used locations, such as check-in tables and exits. Voters will be expected to wash or disinfect their hands upon entering the polling place, after interaction with election workers, poll watchers, or other individuals at the polling place and after using a voting machine.

Voters will also be expected, to the extent feasible while at the polling place, to maintain at least six feet of distance from other individuals not within the same household.

If an election worker is unable to determine the identity of a voter wearing a face covering, the voter should be prepared to lower or temporarily remove the face covering when checking in. After the voter's identity has been confirmed, the voter should wear the face covering until they leave the polling place.

Voters are encouraged to bring their own hand sanitizer and pen (to sign the precinct register), and to adopt additional protocols consistent with their specific needs and circumstances.

**Voters receiving assistance:**
Voters are entitled to receive assistance from anyone they choose, as long as the person providing assistance is not a candidate, the voter's employer, or the voter's union agent. Any person providing assistance should wear a face covering at all times while in the polling place, and must practice social distancing, to the extent feasible, from other individuals not within the same household.

SOS00038

| | |
|---|---|
| **From:** | Sherri Hadskey <sherri.hadskey@sos.la.gov> |
| **Sent:** | Thursday, April 23, 2020 4:50 PM |
| **To:** | SOS-ROV; SOS-COC-Elections; SOS-Elections-Operations; SOS-Elections-Business; SOS-Elections-Service; SOS-Elections-Warehouses |
| **Cc:** | Nancy Landry; Shanda Jones; Joe Salter |
| **Subject:** | PPE's FOR THE STATE ELECTION PROCESS |

*****EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.*****

Good Afternoon,

I wanted to update everyone on our emergency provisions (PPE's) that will be provided by our department for everyone involved in the 2020 election cycles for the remainder of the year.

Each of the following offices will have PPE's provided:
  o 104 ROV offices including branch offices and satellite offices for early voting
  o 78 COC offices and branch offices for election week and election day
  o 64 Early voting tabulation areas for parish board members, commissioners, and support staff
  o 65 Voting machine warehouses for all staff members and to use for sealing and inspection before and after the election
  o 4000 Election Day Precincts for all commissioners, custodians, and watchers
  o 78 COC offices for qualifying

Each of the offices above will have the following items provided for the election in the emergency bag.
  o Labeled Emergency waterproof military bag
    o Plastic attachable tag marked for the election
    o Multiple (16 ounce) bottles of hand sanitizer in leak proof packaging

Hadskey
Exhibit
G 4

SOS00039

o Sets of protective disposable clothing
o KN95 face masks
o Face shields
o Training Cones (discs) to mark for 6 foot social distancing
o Clorox Wipes – to wipe down the area and the fact of the AVC voting machine for Election Day OR
o 3MTM Scotch brite electronic cleaning cloth with Kimtech one step disinfectant wipes for ICX voting machine face for early voting.
o Box of blue plastic gloves
o 6 foot measuring tape

We are currently working on an emergency video which will be provided to all who will use the PPE's. The video can be shown to all commissioners, absentee commissioners, early voting commissioners, employees, support staff etc. prior to the timeframe that the election process begins.

You will have these items for July, August, November and December Election cycles.

As you can imagine, it will be a huge undertaking to get these out to all of your offices once they are packed and complete. We will be sending these out during the weeks of test and seal and the week of early voting. Once you receive your bags, if you are short of anything you will be given a number to call to order additionals OR if you have any remaining from one election cycle, the items can be used for the next cycle in your parish.

Thank you!  Sherri

SOS00040

Thank you,

Sherri Wharton Hadskey, CERA
Commissioner of Elections
Elections Division
Secretary of State Kyle Ardoin
225-922-2486 ( o )
225-922-2910 ( f )
225-603-8583 ( c )
www.sos.la.gov

| From: | Sherri Hadskey <sherri.hadskey@sos.la.gov> |
|---|---|
| Sent: | Tuesday, May 26, 2020 11:56 AM |
| To: | SOS-ROV; SOS-Elections-Operations |
| Subject: | PPE's Being Delivered by Warehouse Staff to your offices |

*****EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.*****

Good Morning,

Our warehouse staff members are in Baton Rouge this week picking up PPE's for **EARLY VOTING.** These bags are for use by ROV staff, Commissioners, and Part time employees for Early Voting week beginning June 20th and ending July 4th.

There are 2 total bags (1 large burgundy bag and 1 small blue bag)  Each set of bags are packed for 6 employees for the entire 2 weeks.
In each bag you will find the following:

4 (16 ounce) bottles of hand sanitizer in leak proof packaging
(84) Masks
(20) Face Shields
(84) Sets of protective clothing
(3) Clorox Wipes - Containers of 100 for the precinct
(10) Training Cones (discs)
(1) Box of Gloves (100 in a box)
(4) 3MTM Scotch-Brite Electronic Cleaning Cloth
(20) Boxes Kimtech One Step Disinfectant Wipes for ICX voting machines
(1) 6 foot measuring tape

If your parish had between 2 and 6 people working early voting for the 2 weeks you will received 1 set of bags (the burgundy bag and the blue bag).  If your parish has 7 to 12 people working you will receive 2 sets of bags and so on.

If you have multiple offices or satellite offices, you will need to divide the items for your employees and distribute to the other locations.

The bags are labeled with your parish name, the election date, and the type of bag that you are receiving, which in this case is for in person Early Voting July 11, 2020.

The blue bags must be returned for reuse on election weekend.   If you can please place the items in a seperate box and send it back with the warehouse staff that will help us tremendously.  You can keep the burgundy bag through the election date.

1
ROV000035

Hadskey
Exhibit
G 5

SOS00042

Please let Shanie know if you have any questions or concerns once you receive your bags this week.  shanie.bourg@sos.la.gov or 225-922-0900 ext. 634.


Thanks so much!


Sherri Wharton Hadskey, CERA
Commissioner of Elections
Elections Division
Secretary of State Kyle Ardoin
225-922-2486 ( o )
225-922-2910 ( f )
225-603-8583 ( c )
www.sos.la.gov

SOS00043



**Sherri Hadskey <sherri.hadskey@sos.la.gov>**

## Re: PPE Video and Guidelines for Election Workers
1 message

**Sherri Hadskey** <sherri.hadskey@sos.la.gov>                                          Thu, Jun 11, 2020 at 11:58 AM
To: SOS-ROV <sos-rov@sos.la.gov>, SOS-COC-Elections <sos-coc-elections@sos.la.gov>, SOS-Elections-Operations
<sos-elections-operations@sos.la.gov>, SOS-Elections-Business <sos-elections-business@sos.la.gov>, SOS-Elections-
Service <sos-elections-service@sos.la.gov>, Nancy Landry <nancy.landry@sos.la.gov>, Shanda Jones
<shanda.jones@sos.la.gov>, Joe Salter <joe.salter@sos.la.gov>, SOS-Elections-Warehouses <sos-elections-
warehouses@sos.la.gov>

As promised, below are the links for the PPE youtube video and the PPE guidelines.
Please feel free to share the links with your early voting and election day
commissioners. I am also attaching two documents that Lani Durio created to help
identify each of the PPE items assembled in the bags. (NOTE: for early voting we have
2 items that have not been delivered to our office as of today. These items will be
delivered by operations staff next week before the start of early voting)

If you need copies of the guidelines or PPE pictures to provide to the commissioners at
your training classes, please contact Jeremy George (jeremy.george@sos.la.gov) or
(225) 922-0900 ext. 611. He will be happy to help you.

Thank you everyone! Sherri

See below for the link to the guideline pdf:
https://www.sos.la.gov/ElectionsAndVoting/PublishedDocuments/Polling%
20Place%20Health%20Protocols%20and%20Social%20Distancing%20Guidelines.pdf

See below for the link to the video:
 https://www.youtube.com/watch?v=fhaDa3Mxdnw&feature=youtu.be


Sherri Wharton Hadskey, CERA
Commissioner of Elections
Elections Division
Secretary of State Kyle Ardoin
225-922-2486 ( o )
225-922-2910 ( f )
225-603-8583 ( c )
www.sos.la.gov


On Wed, Jun 10, 2020 at 9:19 PM Sherri Hadskey <sherri.hadskey@sos.la.gov> wrote:
  Good Evening,



SOS00044

First, I would like to say a big THANK YOU for all of your patience and understanding in allowing us the time necessary to create, film, review and disperse the PPE video and guidelines.  Several staff members worked day and night to get this project completed in time for use in your parish commissioner schools and for training of all election workers in preparation for the July 11, 2020 emergency election.

I know many of you are conducting your pre-election course of instructions beginning this weekend.  The DVD and printed copy of the guidelines are being sent to all Clerks of Court and Registrar of Voters via federal express tomorrow morning.  You should have them in hand Friday/Monday morning.

I will be sending a follow up email tomorrow with an online youtube link for all elections staff members and commissioners to review along with the attached guidelines.

For those of you that have requested information about facility requirements of temperature checks, masks, and other COVID related questions for voters, we are sending a letter and email out tomorrow that should answer all of your questions on that matter.

Last, I wanted to extend my appreciation to you all for understanding my time delay in returning emails and phone calls.  We are all sincerely trying our best to return all calls and emails as quickly as possible.

This emergency election is going to take a team effort by all and I am so proud to be a part of your team.

Thank you again!  Sherri


Sherri Wharton Hadskey, CERA
Commissioner of Elections
Elections Division
Secretary of State Kyle Ardoin
225-922-2486 ( o )
225-922-2910 ( f )
225-603-8583 ( c )
www.sos.la.gov

---

**2 attachments**

📄 **PPE Supply List for Early Voting (1).pdf**
302K

📄 **PPE Supply List for Precincts (1).pdf**
278K

SOS00045



SECRETARY OF STATE
STATE OF LOUISIANA

R. KYLE ARDOIN
SECRETARY OF STATE

P.O. BOX 94125
BATON ROUGE, LA 70804-9125
225.922.2880

## EARLY VOTING PPE/SOCIAL DISTANCING SUPPLY BAGS

Each early voting site will receive at least one bag of PPE and supplies
for sanitizing and social distancing. Each bag contains the following:

**Four (4) bottles of hand sanitizer**



**One (1) box of gloves**



**Eighty-four (84) KN-95 face masks**



**Eighty-four (84) face shields**



**Eighty-four (84) protective gowns**



**Six (6) boxes of disinfectant wipes**



**Ten (10) small cones to mark
six-foot intervals for social distancing**



**One (1) six-foot measuring tape**



**\*\*The following are the ONLY items used to clean the touchscreen early voting machines\*\***

**Four (4) boxes of blue microfiber
electronics cleaning cloths**



**At least four (4) bottles of 70% alcohol spray**



SOS00046

SECRETARY OF STATE
STATE OF LOUISIANA

R. KYLE ARDOIN
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125
225.922.2880

## ELECTION DAY PPE/SOCIAL DISTANCING SUPPLY BAGS

Each precinct will receive one bag of PPE and supplies
for sanitizing and social distancing. Each bag contains the following:

**Four (4) bottles of hand sanitizer**



**One (1) box of gloves**



**Ten (10) KN-95 face masks**



**Ten (10) face shields**



**Six (6) protective gowns**



**One (1) box of disinfectant wipes**



**Ten (10) small cones to mark
six-foot intervals for social distancing**



**One (1) six-foot measuring tape**



SOS00047





SOS00048

**Delivery Date for the *Precincts Bags* - June 1, 2020**
**<u>(18,000) Black Precinct Bags with Tags</u> - (These will also be used for Parish Board/Commissioner Tabulation Bags/COC and Warehouse Election Day Bags/ ROV Election Day Bags)**
1 Drybag waterproof military bag large enough to hold all emergency supplies below
Plastic Attachable Tags for the bags - Business card size (we will insert the typed parish and precinct numbers)  (Speciality ID has these)
Each Bag should include the following:
(4) (16 ounce) bottles of hand sanitizer in leak proof packaging
(6)    sets of protective disposable clothing
(10)   N95 face masks
(10) Face sheilds
(10) Training Cones (discs)
(3) Clorox Wipes - Containers of 100 each for precinct and voting machines
(1) Box of 100 Gloves
(1) 6 foot measuring tape

**Delivery Date for *Early Voting Bags* - May 8, 2020**
**<u>(480)  Blue Early Voting Warehouse Bags with Tags</u>**
1 Drybag waterproof military bag large enough to hold all emergency supplies below
Plastic attachabel tags for the bags - Business card size (we will insert the typed parish name and site details)
Each Bag should include the following:
4 (16 ounce) bottles of hand sanitizer in leak proof packaging
(84) Masks
(84) Sets of protective clothing
(84) face shields.
(3) Clorox Wipes - Containers of 100 for the precinct
(10) Training Cones (discs)
(1) Box of Gloves (100 in a box)
(4) 3MTM Scotch-Brite Electronic Cleaning Cloth
(20) Boxes Kimtech One Step Disinfectant Wipes for ICX voting machines
(1) 6 foot measuring tape

Perforated business card stock for printing labels (25,000)



6/16/2020                    Louisiana Secretary of State Mail - Cleaning and Sanitizing Polling Locations and Early Voting Sites



**Sherri Hadskey <sherri.hadskey@sos.la.gov>**

---

## Cleaning and Sanitizing Polling Locations and Early Voting Sites
1 message

**Sherri Hadskey <sherri.hadskey@sos.la.gov>**                                    Fri, Jun 12, 2020 at 3:09 PM
To: SOS-COC-Elections <sos-coc-elections@sos.la.gov>, SOS-ROV <sos-rov@sos.la.gov>
Cc: Nancy Landry <nancy.landry@sos.la.gov>, Shanda Jones <shanda.jones@sos.la.gov>, Joe Salter
<joe.salter@sos.la.gov>, SOS-Elections-Operations <sos-elections-operations@sos.la.gov>, SOS-Elections-Business <sos-
elections-business@sos.la.gov>, SOS-Elections-Service <sos-elections-service@sos.la.gov>

Good Afternoon,

In an effort to assist you all with questions from polling locations and early voting sites
regarding cleaning and sanitizing for the election, I wanted to provide you with some
helpful guidelines in the links below.

This information is from the CDC on how to clean and disinfect public spaces.  The
janitors who are currently paid $100.00 for election day can use these guidelines to
clean and sanitize each site.

https://www.cdc.gov/coronavirus/2019-ncov/community/reopen-guidance.html

https://www.cdc.gov/coronavirus/2019-ncov/community/organizations/cleaning-disinfection.html

Second,  it is our understanding that the local governing authorities may qualify for
CARES act funding. The link below may be helpful in finding out how to apply for this
funding and what elections items may be covered!

https://home.treasury.gov/policy-issues/cares/state-and-local-governments

I hope this information is helpful and if you have any questions or concerns, please feel
free to email Lani or I at sherri.hadskey@sos.la.gov or lani.durio@sos.la.gov.

Thank you,

Sherri Wharton Hadskey, CERA
Commissioner of Elections
Elections Division
Secretary of State Kyle Ardoin
225-922-2486 ( o )
225-922-2910 ( f )
225-603-8583 ( c )
www.sos.la.gov



**2 attachments**

SOS00061

**Reopening_America_Guidance.pdf**
242K

**ReOpening_America_Cleaning_Disinfection_Decision_Tool.pdf**
397K

SOS00062

# GUIDANCE FOR CLEANING AND DISINFECTING

## PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES



SCAN HERE
FOR MORE
INFORMATION

This guidance is intended for all Americans, whether you own a business, run a school, or want to ensure the cleanliness and safety of your home. Reopening America requires all of us to move forward together by practicing social distancing and other daily habits to reduce our risk of exposure to the virus that causes COVID-19. Reopening the country also strongly relies on public health strategies, including increased testing of people for the virus, social distancing, isolation, and keeping track of how someone infected might have infected other people. This plan is part of the larger United States Government plan and focuses on cleaning and disinfecting public spaces, workplaces, businesses, schools, and can also be applied to your home.

### Cleaning and disinfecting public spaces including your workplace, school, home, and business will require you to:

- Develop your plan
- Implement your plan
- Maintain and revise your plan

Reducing the risk of exposure to COVID-19 by cleaning and disinfection is an important part of reopening public spaces that will require careful planning. Every American has been called upon to slow the spread of the virus through social distancing and prevention hygiene, such as frequently washing your hands and wearing face coverings. Everyone also has a role in making sure our communities are as safe as possible to reopen and remain open.

The virus that causes COVID-19 can be killed if you use the right products. EPA has compiled a list of disinfectant products that can be used against COVID-19, including ready-to-use sprays, concentrates, and wipes. Each product has been shown to be effective against viruses that are harder to kill than viruses like the one that causes COVID-19.

For more information, please visit **CORONAVIRUS.GOV**

 

SOS00063

**GUIDANCE FOR CLEANING AND DISINFECTING PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES**

This document provides a general framework for cleaning and disinfection practices. The framework is based on doing the following:

1. Normal routine cleaning with soap and water will decrease how much of the virus is on surfaces and objects, which reduces the risk of exposure.

2. Disinfection using EPA-approved disinfectants against COVID-19 can also help reduce the risk. Frequent disinfection of surfaces and objects touched by multiple people is important.

3. When EPA-approved disinfectants are not available, alternative disinfectants can be used (for example, 1/3 cup of bleach added to 1 gallon of water, or 70% alcohol solutions). Do not mix bleach or other cleaning and disinfection products together--this can cause fumes that may be very dangerous to breathe in. Keep all disinfectants out of the reach of children.

Links to specific recommendations for many public spaces that use this framework, can be found at the end of this document. *It's important to continue to follow federal, state, tribal, territorial, and local guidance for reopening America.*

## A Few Important Reminders about Coronaviruses and Reducing the Risk of Exposure:

- Coronaviruses on surfaces and objects naturally die within hours to days. Warmer temperatures and exposure to sunlight will reduce the time the virus survives on surfaces and objects.

- Normal routine cleaning with soap and water removes germs and dirt from surfaces. It lowers the risk of spreading COVID-19 infection.

- Disinfectants kill germs on surfaces. By killing germs on a surface after cleaning, you can further lower the risk of spreading infection. EPA-approved disinfectants are an important part of reducing the risk of exposure to COVID-19. If disinfectants on this list are in short supply, alternative disinfectants can be used (for example, 1/3 cup of bleach added to 1 gallon of water, or 70% alcohol solutions).

- Store and use disinfectants in a responsible and appropriate manner according to the label. Do not mix bleach or other cleaning and disinfection products together--this can cause fumes that may be very dangerous to breathe in. Keep all disinfectants out of the reach of children.

- Do not overuse or stockpile disinfectants or other supplies. This can result in shortages of appropriate products for others to use in critical situations.

- Always wear gloves appropriate for the chemicals being used when you are cleaning and disinfecting. Additional personal protective equipment (PPE) may be needed based on setting and product. For more information, see CDC's website on Cleaning and Disinfection for Community Facilities.

- Practice social distancing, wear facial coverings, and follow proper prevention hygiene, such as washing your hands frequently and using alcohol-based (at least 60% alcohol) hand sanitizer when soap and water are not available.

> If you oversee staff in a workplace, your plan should include considerations about the safety of custodial staff and other people who are carrying out the cleaning or disinfecting. These people are at increased risk of being exposed to the virus and to any toxic effects of the cleaning chemicals. These staff should wear appropriate PPE for cleaning and disinfecting. To protect your staff and to ensure that the products are used effectively, staff should be instructed on how to apply the disinfectants according to the label. For more information on concerns related to cleaning staff, visit the Occupational Safety and Health Administration's website on Control and Prevention.

2

# DEVELOP YOUR PLAN

Evaluate your workplace, school, home, or business to determine what kinds of surfaces and materials make up that area. Most surfaces and objects will just need normal routine cleaning. Frequently touched surfaces and objects like light switches and doorknobs will need to be cleaned and then disinfected to further reduce the risk of germs on surfaces and objects.

- First, clean the surface or object with soap and water.
- Then, disinfect using an EPA-approved disinfectant.
- If an EPA-approved disinfectant is unavailable, you can use 1/3 cup of bleach added to 1 gallon of water, or 70% alcohol solutions to disinfect. Do not mix bleach or other cleaning and disinfection products together. Find additional information at CDC's website on Cleaning and Disinfecting Your Facility.

You should also consider what items can be moved or removed completely to reduce frequent handling or contact from multiple people. Soft and porous materials, such as area rugs and seating, may be removed or stored to reduce the challenges with cleaning and disinfecting them. Find additional reopening guidance for cleaning and disinfecting in the Reopening Decision Tool.

It is critical that your plan includes how to maintain a cleaning and disinfecting strategy after reopening. Develop a flexible plan with your staff or family, adjusting the plan as federal, state, tribal, territorial, or local guidance is updated and if your specific circumstances change.

## Determine what needs to be cleaned

Some surfaces only need to be cleaned with soap and water. For example, surfaces and objects that are not frequently touched should be cleaned and do not require additional disinfection. Additionally, disinfectants should typically not be applied on items used by children, especially any items that children might put in their mouths. Many disinfectants are toxic when swallowed. In a household setting, cleaning toys and other items used by children with soap and water is usually sufficient. Find more information on cleaning and disinfection toys and other surfaces in the childcare program setting at CDC's Guidance for Childcare Programs that Remain Open.

These questions will help you decide which surfaces and objects will need normal routine cleaning.

### Is the area outdoors?

Outdoor areas generally require normal routine cleaning and do not require disinfection. Spraying disinfectant on sidewalks and in parks is not an efficient use of disinfectant supplies and has not been proven to reduce the risk of COVID-19 to the public. You should maintain existing cleaning and hygiene practices for outdoor areas.

The targeted use of disinfectants can be done effectively, efficiently and safely on outdoor hard surfaces and objects frequently touched by multiple people. Certain outdoor areas and facilities, such as bars and restaurants, may have additional requirements. More information can be found on CDC's website on Food Safety and the Coronavirus Disease 2019 (COVID-19).

There is no evidence that the virus that causes COVID-19 can spread directly to humans from water in pools, hot tubs or spas, or water play areas. Proper operation, maintenance, and disinfection (for example, with chlorine or bromine) of pools, hot tubs or spas, and water playgrounds should kill the virus that causes COVID-19. However, there are additional concerns with outdoor areas that may be maintained less frequently, including playgrounds, or other facilities located within local, state, or national parks. For more information, visit CDC's website on Visiting Parks & Recreational Facilities.

SOS00065

GUIDANCE FOR CLEANING AND DISINFECTING PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES

**Has the area been unoccupied for the last 7 days?**

If your workplace, school, or business has been unoccupied for 7 days or more, it will only need your normal routine cleaning to reopen the area. This is because the virus that causes COVID-19 has not been shown to survive on surfaces longer than this time.

There are many public health considerations, not just COVID-19 related, when reopening public buildings and spaces that have been closed for extended periods. For example, take measures to ensure the safety of your building water system. It is not necessary to clean ventilation systems, other than routine maintenance, as part of reducing risk of coronaviruses. For healthcare facilities, additional guidance is provided on CDC's Guidelines for Environmental Infection Control in Health-Care Facilities.

## Determine what needs to be disinfected

Following your normal routine cleaning, you can disinfect frequently touched surfaces and objects using a product from EPA's list of approved products that are effective against COVID-19.

These questions will help you choose appropriate disinfectants.

**Are you cleaning or disinfecting a hard and non-porous material or item like glass, metal, or plastic?**

Consult EPA's list of approved products for use against COVID-19. This list will help you determine the most appropriate disinfectant for the surface or object. You can use diluted household bleach solutions if appropriate for the surface. Pay special attention to the personal protective equipment (PPE) that may be needed to safely apply the disinfectant and the manufacturer's recommendations concerning any additional hazards. Keep all disinfectants out of the reach of children. Please visit CDC's website on How to Clean and Disinfect for additional details and warnings.

Examples of frequently touched surfaces and objects that will need routine disinfection following reopening are:

- tables,
- doorknobs,
- light switches,
- countertops,
- handles,
- desks,
- phones,
- keyboards,
- toilets,
- faucets and sinks,
- gas pump handles,
- touch screens, and
- ATM machines.

Each business or facility will have different surfaces and objects that are frequently touched by multiple people. Appropriately disinfect these surfaces and objects. For example, transit stations have specific guidance for application of cleaning and disinfection.

**Are you cleaning or disinfecting a soft and porous material or items like carpet, rugs, or seating in areas?**

Soft and porous materials are generally not as easy to disinfect as hard and non-porous surfaces. EPA has listed a limited number of products approved for disinfection for use on soft and porous materials. Soft and porous materials that are not frequently touched should only be cleaned or laundered, following the directions on the item's label, using the warmest appropriate water setting. Find more information on CDC's website on Cleaning and Disinfecting Your Facility for developing strategies for dealing with soft and porous materials.

SOS00066

## Consider the resources and equipment needed

Keep in mind the availability of cleaning and disinfection products and appropriate PPE. Always wear gloves appropriate for the chemicals being used for routine cleaning and disinfecting. Follow the directions on the disinfectant label for additional PPE needs. In specific instances, personnel with specialized training and equipment may be required to apply certain disinfectants such as fumigants or fogs. For more information on appropriate PPE for cleaning and disinfection, see CDC's website on Cleaning and Disinfection for Community Facilities.

# IMPLEMENT YOUR PLAN

Once you have a plan, it's time to take action. Read all manufacturer's instructions for the cleaning and disinfection products you will use. Put on your gloves and other required personal protective equipment (PPE) to begin the process of cleaning and disinfecting.

## Clean visibly dirty surfaces with soap and water

Clean surfaces and objects using soap and water prior to disinfection. Always wear gloves appropriate for the chemicals being used for routine cleaning and disinfecting. Follow the directions on the disinfectant label for additional PPE needs. When you finish cleaning, remember to wash hands thoroughly with soap and water.

Clean or launder soft and porous materials like seating in an office or coffee shop, area rugs, and carpets. Launder items according to the manufacturer's instructions, using the warmest temperature setting possible and dry items completely.

## Use the appropriate cleaning or disinfectant product

EPA approved disinfectants, when applied according to the manufacturer's label, are effective for use against COVID-19. Follow the instructions on the label for all cleaning and disinfection products for concentration, dilution, application method, contact time and any other special considerations when applying.

## Always follow the directions on the label

Follow the instructions on the label to ensure safe and effective use of the product. Many product labels recommend keeping the surface wet for a specific amount of time. The label will also list precautions such as wearing gloves and making sure you have good ventilation during use of the product. Keep all disinfectants out of the reach of children.

# MAINTAIN AND REVISE YOUR PLAN

Take steps to reduce your risk of exposure to the virus that causes COVID-19 during daily activities. CDC provides tips to reduce your exposure and risk of acquiring COVID-19. Reducing exposure to yourself and others is a shared responsibility. Continue to update your plan based on updated guidance and your current circumstances.

## Continue routine cleaning and disinfecting

Routine cleaning and disinfecting are an important part of reducing the risk of exposure to COVID-19. Normal routine cleaning with soap and water alone can reduce risk of exposure and is a necessary step before you disinfect dirty surfaces.

SOS00067

GUIDANCE FOR CLEANING AND DISINFECTING PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES

Surfaces frequently touched by multiple people, such as door handles, desks, phones, light switches, and faucets, should be cleaned and disinfected at least daily. More frequent cleaning and disinfection may be required based on level of use. For example, certain surfaces and objects in public spaces, such as shopping carts and point of sale keypads, should be cleaned and disinfected before each use.

Consider choosing a different disinfectant if your first choice is in short supply. Make sure there is enough supply of gloves and appropriate personal protective equipment (PPE) based on the label, the amount of product you will need to apply, and the size of the surface you are treating.

## Maintain safe behavioral practices

We have all had to make significant behavioral changes to reduce the spread of COVID-19. To reopen America, we will need to continue these practices:

- social distancing (specifically, staying 6 feet away from others when you must go into a shared space)
- frequently washing hands or use alcohol-based (at least 60% alcohol) hand sanitizer when soap and water are not available
- wearing cloth face coverings
- avoiding touching eyes, nose, and mouth
- staying home when sick
- cleaning and disinfecting frequently touched objects and surfaces

It's important to continue to follow federal, state, tribal, territorial, and local guidance for reopening America. Check this resource for updates on COVID-19. This will help you change your plan when situations are updated.

## Consider practices that reduce the potential for exposure

It is also essential to change the ways we use public spaces to work, live, and play. We should continue thinking about our safety and the safety of others.

To reduce your exposure to or the risk of spreading COVID-19 after reopening your business or facility, consider whether you need to touch certain surfaces or materials. Consider wiping public surfaces before and after you touch them. These types of behavioral adjustments can help reduce the spread of COVID-19. There are other resources for more information on COVID-19 and how to Prevent Getting Sick.

Another way to reduce the risk of exposure is to make long-term changes to practices and procedures. These could include reducing the use of porous materials used for seating, leaving some doors open to reduce touching by multiple people, opening windows to improve ventilation, or removing objects in your common areas, like coffee creamer containers. There are many other steps that businesses and institutions can put into place to help reduce the spread of COVID-19 and protect their staff and the public. More information can be found at CDC's Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission.

SOS00068

GUIDANCE FOR CLEANING AND DISINFECTING PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES

# CONCLUSION

Reopening America requires all of us to move forward together using recommended best practices and maintaining safe daily habits in order to reduce our risk of exposure to COVID-19. Remember: We're all in this together!

**Additional resources with more specific recommendations.**

| | | |
|---|---|---|
| **HEALTHCARE SETTINGS** | **Long-term Care Facilities, Nursing Homes** | Infection Control in Healthcare Settings |
| | | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Interim Guidance for Infection Prevention |
| | | Preparedness Checklist |
| | | Things Facilities Should Do Now to Prepare for COVID-19 |
| | | When there are Cases in the Facility |
| | **Dialysis Facilities** | Infection Control in Healthcare Settings |
| | | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Interim guidance for Outpatient Hemodialysis Facilities |
| | | Patient Screening |
| | **Blood and Plasma Facilities** | Infection control in Healthcare Settings |
| | | Infection Control and Environmental Management |
| | | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Interim Guidance for Blood and Plasma Collection Facilities |
| | **Alternate Care Sites** | Infection Prevention and Control |
| | **Dental Settings** | Infection Control in Healthcare Settings |
| | | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Interim Guidance for Dental Settings |
| | **Pharmacies** | Infection Control in Healthcare Settings |
| | | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Interim Guidance for Pharmacies |
| | | Risk-Reduction During Close-Contact Services |
| | **Outpatient and ambulatory care facilities** | Infection Control in Healthcare Settings |
| | | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Interim Guidance for Outpatient & Ambulatory Care Settings |
| | **Postmortem Care** | Using Personal Protective Equipment |
| | | Hand Hygiene |
| | | Collection and Submission of Postmortem Samples |
| | | Cleaning and Waste Disposal |
| | | Transportation of Human Remains |

SOS00069

**GUIDANCE FOR CLEANING AND DISINFECTING PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES**

| | | |
|---|---|---|
| **COMMUNITY LOCATIONS** | **Critical Infrastructure Employees** | Interim Guidance for Critical Infrastructure Employees |
| | | Cleaning and Disinfecting your Facility |
| | **Schools and childcare programs** | K-12 and Childcare Interim Guidance |
| | | Cleaning and Disinfecting your Facility |
| | | FAQ for Administrators |
| | | Parent and Teacher Checklist |
| | **Colleges and universities** | Interim Guidance for Colleges & Universities |
| | | Cleaning and Disinfecting your Facility |
| | | Guidance for Student Foreign Travel |
| | | FAQ for Administrators |
| | **Gatherings and community events** | Interim Guidance for Mass Gatherings and Events |
| | | Election Polling Location Guidance |
| | | Events FAQ |
| | **Community- and faith-based organizations** | Interim Guidance for Organizations |
| | | Cleaning and Disinfecting your Facility |
| | **Businesses** | Interim Guidance for Businesses |
| | **Parks & Rec Facilities** | Guidance for Administrators of Parks |
| | **Law Enforcement** | What Law Enforcement Personnel Need to Know about COVID-19 |
| | **Homeless Service Providers** | Interim Guidance for Homeless Service Providers |
| | **Retirement Homes** | Interim Guidance for Retirement Communities |
| | | FAQ for Administrators |
| | **Correction & Detention Facilities** | Interim Guidance for Correction & Detention Facilities |
| | | FAQ for Administrators |
| **HOME SETTING** | **Preventing Getting Sick** | How to Protect Yourself and Others |
| | | How to Safely Sterilize/Clean a Cloth Face Covering |
| | | Cleaning and Disinfecting your Home |
| | | Tribal - How to Prevent the Spread of Coronavirus (COVID-19) in Your Home |
| | | Tribal - How to Care for Yourself at Home During Covid-19 |
| | **Running Errands** | Shopping for Food and Other Essential Items |
| | | Accepting Deliveries and Takeout |
| | | Banking |
| | | Getting Gasoline |
| | | Going to the Doctor and Pharmacy |
| | **If you are sick** | Steps to Help Prevent the Spread of COVID19 if You are Sick |

SOS00070

**GUIDANCE FOR CLEANING AND DISINFECTING PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES**

| | | |
|---|---|---|
| **TRANSPORTATION** | **Ships** | Interim Guidance for Ships on Managing Suspected COVID-19 |
| | **Airlines** | Cleaning Aircraft Carriers |
| | | Airline Agents Interim Guidance |
| | **Buses** | Bus Transit Operator |
| | **Rail** | Rail Transit Operators |
| | | Transit Station Workers |
| | **EMS Transport Vehicles** | Interim Guidance for EMS |
| | **Taxis and Rideshares** | Keeping Commercial Establishments Safe |
| **RESTAURANTS & BARS** | | Best Practices from FDA |

9

SOS00071

# GUIDANCE FOR CLEANING & DISINFECTING

## PUBLIC SPACES, WORKPLACES, BUSINESSES, SCHOOLS, AND HOMES



SCAN HERE
FOR MORE
INFORMATION

## 1 DEVELOP YOUR PLAN

**DETERMINE WHAT NEEDS TO BE CLEANED.** Areas unoccupied for 7 or more days need only routine cleaning. Maintain existing cleaning practices for outdoor areas.

**DETERMINE HOW AREAS WILL BE DISINFECTED.** Consider the type of surface and how often the surface is touched. Prioritize disinfecting frequently touched surfaces.

**CONSIDER THE RESOURCES AND EQUIPMENT NEEDED.** Keep in mind the availability of cleaning products and personal protective equipment (PPE) appropriate for cleaners and disinfectants.

Follow guidance from state, tribal, local, and territorial authorities.

## 2 IMPLEMENT

**CLEAN VISIBLY DIRTY SURFACES WITH SOAP AND WATER** prior to disinfection.

**USE THE APPROPRIATE CLEANING OR DISINFECTANT PRODUCT.** Use an EPA-approved disinfectant against COVID-19, and read the label to make sure it meets your needs.

**ALWAYS FOLLOW THE DIRECTIONS ON THE LABEL.** The label will include safety information and application instructions. Keep disinfectants out of the reach of children.

## 3 MAINTAIN AND REVISE

**CONTINUE ROUTINE CLEANING AND DISINFECTION.** Continue or revise your plan based upon appropriate disinfectant and PPE availability. Dirty surfaces should be cleaned with soap and water prior to disinfection. Routinely disinfect frequently touched surfaces at least daily.

**MAINTAIN SAFE PRACTICES** such as frequent handwashing, using cloth face coverings, and staying home if you are sick.

**CONTINUE PRACTICES THAT REDUCE THE POTENTIAL FOR EXPOSURE.** Maintain social distancing, staying six feet away from others. Reduce sharing of common spaces and frequently touched objects.

For more information, please visit **CORONAVIRUS.GOV**

 

SOS00072

# MAKING YOUR PLAN TO CLEAN AND DISINFECT

**Cleaning** with soap and water removes germs, dirt, and impurities from surfaces. It lowers the risk of spreading infection.

**Disinfecting** kills germs on surfaces. By killing germs on a surface after cleaning, it can further lower the risk of spreading infection.



**Is the area indoors?**

**YES**

It is an indoor area.

**NO**

**Maintain existing cleaning practices.**
Coronaviruses naturally die in hours to days in typical indoor and outdoor environments. Viruses are killed more quickly by warmer temperatures and sunlight.





**Has the area been occupied within the last 7 days?**



**YES**

Yes, the area has been occupied within the last 7 days.

**NO**

The area has been unoccupied within the last 7 days.
The area will need only routine cleaning.




**Is it a frequently touched surface or object?**



**YES**

Yes, it is a frequently touched surface or object.

**NO**

**Thoroughly clean these materials.**
Consider setting a schedule for routine cleaning and disinfection, as appropriate.






**What type of material is the surface or object?**



**Hard and non-porous materials like glass, metal, or plastic.**

**Visibly dirty surfaces should be cleaned prior to disinfection.**
Consult EPA's list of disinfectants for use against COVID-19, specifically for use on hard, non-porous surfaces and for your specific application need. More frequent cleaning and disinfection is necessary to reduce exposure.

**Soft and porous materials like carpet, rugs, or material in seating areas.**

**Thoroughly clean or launder materials.**
Consider removing soft and porous materials in high traffic areas. Disinfect materials if appropriate products are available.

SOS00073