UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Jennifer Harding, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al*., <br><br> Defendants, <br><br> and <br><br> The State of Louisiana, <br><br> Defendant-Intervenor. | Civil Action: 3:20-cv-495 |

**JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Kyle Ardoin, in his official capacity as Secretary of State of Louisiana and Defendant-Intervenor, the State of Louisiana, by and through counsel, hereby move that Plaintiffs' Amended Complaint be dismissed.

1.

Plaintiffs filed an Amended Complaint on August 24, 2020, (ECF No. 22) seeking declaratory and injunctive relief respecting Louisiana's voting regulations in light of COVID-19 (the "Virus").

2.

This Court lacks subject matter jurisdiction. First, Plaintiffs' lack standing because, *inter alia*, the Virus is not state action for the purposes of Plaintiffs claims. Second, Plaintiffs' claims present political questions unfit for judicial review.

3.

Plaintiffs have also failed to state a claim upon which relief can be granted because, once again, the allegations on the face of the complaint point to the Virus, and not the State of Louisiana, as the perpetrator of their alleged harms.

4.

Plaintiffs also fail to state a claim upon which relief can be granted because they have not sufficiently plead their new claims regarding the Americans with Disabilities Act ("ADA").

5.

Plaintiffs' claims also come too late in the election cycle, and therefore should be dismissed under the Supreme Court's *Purcell* doctrine.

6.

Finally, Plaintiffs have failed to join the necessary parties to afford them relief under Rule 19.

For the reasons more fully set forth in the attached memorandum of law, Defendant Kyle Ardoin, in his official capacity as Secretary of State of Louisiana and Defendant-Intervenor, the State of Louisiana respectfully request that this Court DISMISS Plaintiffs' Complaint.

Dated: September 2, 2020                                  RESPECTFULLY SUBMITTED,

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Angelique Duhon Freel*
Angelique Duhon Freel (La. Bar Roll No. 28561)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6017
Facsimile: (225) 326-6098
Email: freela@ag.louisiana.gov

Jason B. Torchinsky*
Holtzman Vogel Josefiak Torchinsky PLLC
45 N. Hill Dr., Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjt.law
*admitted *pro hac vice*

*Counsel for Defendant Attorney General Jeff Landry on behalf of the State of Louisiana*

 */s/ Celia R. Cangelosi*
Celia R. Cangelosi (Bar Roll No. 12140)
5551 Corporate Blvd. Suite 101
Baton Rouge, LA 70808
Phone: 225-231-1453
Fax: 225-231-1456
Email: celiacan@bellsouth.net

*Counsel for Secretary of State Ardoin*

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 2nd day of September 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*/s/ Angelique Duhon Freel*
Angelique Duhon Freel