UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

---

JENNIFER HARDING; JASMINE POGUE; OMEGA TAYLOR; LOUISIANA STATE CONFERENCE OF THE NAACP; and POWER COALITION FOR EQUITY AND JUSTICE,

        *Plaintiffs*,

  v.

JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,

        *Defendants*,

  and

THE STATE of LOUISIANA

        *Defendant-Intervenor*.

**Case. No. 3:20-cv-00495-SDD-RLB**

---

**PLAINTIFFS' EXPERT WITNESS DISCLOSURES**

    Pursuant to the Court's August 26, 2020 order, Plaintiffs in this action hereby provide reports from the following experts in support of their Motion for Preliminary Injunction: (1) Dr. Arthur L. Reingold; (2) Dr. Camara P. Jones; and (3) William S. Cooper, attached hereto as Exhibits 1-3.

    Plaintiffs reserve the right of their experts to amend and/or supplement their opinions and reports in response to any expert reports and testimony provided by Defendants' experts that becomes available after the completion of Plaintiffs' experts' reports.

DATED this 4th day of September 2020.          Respectfully submitted,

Robert D. Fram*  
Morgan Lewis*  
Joshua González*  
Covington & Burling LLP  
One Front Street  
San Francisco, CA 94111-5356  
Tel: (415) 591-6000  
rfram@cov.com  
melewis@cov.com  
jgonzalez@cov.com  

John Fraser*  
Covington & Burling LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018-1405  
Tel: (212) 841-1000  
jfraser@cov.com  

Frederic M. Levy*  
Scott Garfing*  
Covington & Burling LLP  
One City Center  
850 Tenth Street, NW  
Washington, D.C. 20001  
Tel: (202) 662-5154  
flevy@cov.com  
sgarfing@cov.com  

/s/ Ronald L. Wilson  
Ronald L. Wilson, (LSBN 13575)  
701 Poydras Street, Suite 4100  
New Orleans, LA 70139  
Tel.: (504) 525-4361  
cabral2@aol.com  

John Z. Morris*  
Steven Lance*  
Victoria Wenger*  
NAACP Legal Defense &  
    Educational Fund, Inc.  
40 Rector Street, 5th Floor  
New York, NY 10006  
Tel.: (212) 965-2200  
zmorris@naacpldf.org  
slance@naacpldf.org  
vwenger@naacpldf.org  

Catherine Meza*  
NAACP Legal Defense &  
    Educational Fund, Inc.  
700 14th Street, NW, Suite 600  
Washington, D.C. 20005  
Tel.: (202) 682-1300  
cmeza@naacpldf.org  

*Pro Hac Vice*

***Attorneys for Plaintiffs***