# Exhibit 2

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, JASMINE POGUE,
OMEGA TAYLOR, LOUISIANA STATE
CONFERENCE OF THE NAACP, and POWER
COALITION FOR EQUITY AND JUSTICE,

               *Plaintiffs*,

      v.

JOHN BEL EDWARDS, in his official capacity as
Governor of Louisiana, and KYLE ARDOIN, in his
official capacity as Secretary of State of Louisiana.

               *Defendants*,
      and

THE STATE of LOUISIANA

               *Defendant-Intervenor*.

Case. No. 3: 20-cv-00495
SDD-RLD

## DECLARATION OF CAMARA PHYLLIS JONES, M.D., M.P.H., Ph.D.

      Pursuant to 28 U.S.C. § 1746, 26(a)(2)(B), the Federal Rules of Civil Procedure, and Rules 702 and 703, the Federal Rules of Evidence, I declare that the following is true and correct to the best of my knowledge:

      1.      I am a family physician and epidemiologist whose work focuses on naming, measuring, and addressing the impacts of racism on the health and well-being of the nation.  I recently completed my tenure as the 2019-2020 Evelyn Green Davis Fellow at the Radcliffe Institute for Advanced Study at Harvard University.  I am also a Senior Fellow at the Satcher Health Leadership Institute at the Morehouse School of Medicine; an Adjunct Professor at the Rollins School of Public Health at Emory University in the Department of Behavioral Sciences and Health Education and the Department of Epidemiology; and an Adjunct Associate Professor

1

at the Morehouse School of Medicine in the Department of Community Health and Preventive Medicine.

2.     Past roles include Assistant Professor at the Harvard School of Public Health in the Department of Health and Social Behavior, Department of Epidemiology, and Division of Public Health Practice (1994 to 2000); Medical Officer at the Centers for Disease Control and Prevention ("CDC") in the Division of Adult and Community Health, National Center for Chronic Disease Prevention and Health Promotion (Research Director on Social Determinants of Health and Equity, 2000 to 2010) and in the Division of Epidemiologic and Analytic Methods for Population Health, Office of Surveillance, Epidemiology, and Laboratory Services (2010 to 2014); and President of the American Public Health Association (2015 to 2016).

3.     At the CDC, I led the development and inclusion of the six-question "Reactions to Race" module on the Behavioral Risk Factor Surveillance System, and the organization and formalization of the CDC Racism and Health Workgroup as an official CDC scientific workgroup.  As President of the American Public Health Association, I launched our 25,000-member association and our 54 state affiliates (with another 25,000 members) on a National Campaign Against Racism.

4.     I am currently a member of the National Academies of Sciences, Engineering, and Medicine's *Roundtable on Black Men and Black Women in Science, Engineering, and Medicine*; the National Board of Public Health Examiners; the Board of Directors of the DeKalb County [Georgia] Board of Health; and a faculty member of the Accreditation Council for Graduate Medical Education's *Quality Improvement:  Health Care Disparities* Collaborative.

5.     I earned my BA in Molecular Biology from Wellesley College (1976); my MD from the Stanford University School of Medicine (1981); my Master of Public Health from the

Johns Hopkins School of Hygiene and Public Health (now the Johns Hopkins Bloomberg School of Public Health) (1982); and my PhD in Epidemiology from the Johns Hopkins School of Hygiene and Public Health (1995.  I also completed residency training in General Preventive Medicine at the Johns Hopkins School of Hygiene and Public Health (1981 to 1983) and residency training in Family Practice at the Residency Program in Social Medicine at Montefiore Medical Center (1983 to 1986).

6.      Attached and incorporated by reference to this declaration is a copy of my curriculum vitae (Attachment A).

7.      **"Race"-associated differences in health outcomes exist.**  Racial disparities in health outcomes in the United States have been documented across organ systems (heart disease, stroke, cancer, diabetes, asthma, kidney disease), across age groups (infant mortality, maternal mortality, life expectancy at birth), and over time.[1]

8.      In the U.S., Black people have higher rates than White people of obesity, high blood pressure, heart disease, kidney disease, diabetes, and asthma.  Blacks have the highest age adjusted prevalence of obesity at 49.6% compared to Whites at 42.2%; high blood pressure is most common in Black adults at 54% compared to White adults at 46%; the age-adjusted death rate from heart disease is 208.0 per 100,000 persons for Blacks and 168.9 per 100,000 persons for Whites; age-adjusted prevalence of kidney disease is 3.1% among Blacks and 2.0% among Whites; prevalence of diabetes is 16.4% among Blacks (18 years and older) and 11.9% among

---

[1] National Academy of Sciences, Engineering, and Medicine, COMMUNITIES IN ACTION:  PATHWAYS TO HEALTH EQUITY (2017); Centers for Disease Control and Prevention, *CDC Health Disparities and Inequalities Report,* 62 MORBIDITY AND MORTALITY WEEKLY REPORT 1-187 (Nov. 22, 2013), https://www.cdc.gov/mmwr/pdf/other/su6203.pdf; U.S. Department of Health and Human Services, REPORT OF THE SECRETARY'S TASK FORCE ON BLACK AND MINORITY HEALTH (1985), https://archive.org/details/reportofsecretar00usde/mode/2up; WEB DuBois, PHILADELPHIA NEGRO:  A SOCIAL STUDY (1899).

Whites (18 years and older); prevalence of asthma is 10.7% among Blacks and 8.0% among Whites.[2]

9.      In Louisiana, similar disparities in rates are documented.  According to statistics from the Louisiana State Health Department, the number of deaths (per 100,000 population) from asthma, heart disease, diabetes, and severe obesity are higher for Black people than for White people.[3]

10.      These racial disparities in health outcomes arise on three levels[4]:  differences in quality of health care[5], differences in access to health care[6], and differences in underlying exposures and opportunities which make some individuals and communities sicker than others.[7]

11.      In the United States, Black people are also less likely to have access to quality health care than White people through insurance, proximity, representation among physicians.[8]

---

[2] Centers for Disease Control and Prevention (CDC), *Adult Obesity Facts*, https://www.cdc.gov/obesity/data/adult.html; CDC, *Facts About Hypertension*, https://www.cdc.gov/bloodpressure/facts.htm; CDC, *Know Your Risk for Heart Disease*, https://www.cdc.gov/heartdisease/risk_factors.htm; CDC, National Center for Health Statistics, *Health United States-Infographics*, https://www.cdc.gov/nchs/hus/spotlight/2019-heart-disease-disparities.htm; CDC, National Center for Health Statistics, *National Health Interview Survey 2018, Table A-4a*, https://ftp.cdc.gov/pub/Health_Statistics/NCHS/NHIS/SHS/2018_SHS_Table_A-4.pdf; CDC, NATIONAL DIABETES STATISTICS REPORT 2020 (2020), https://www.cdc.gov/diabetes/pdfs/data/statistics/national-diabetes-statistics-report.pdf; CDC, *Asthma: Most Recent National Asthma Data*, https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm

[3] *See* Louisiana Department of Health, *Minority Health Indicators*, https://ldh.la.gov/index.cfm/page/672.

[4] Camara P. Jones, et al., *Addressing the Social Determinants of Children's Health:  A Cliff Analogy*, 20 J. OF HEALTH CARE FOR THE POOR AND UNDERSERVED, 1-12 (2009).

[5] Brian D. Smedley, et al., UNEQUAL TREATMENT:  CONFRONTING RACIAL AND ETHNIC DISPARITIES IN HEALTH CARE (2002).

[6] Agency for Healthcare Research and Quality, 2018 NATIONAL HEALTHCARE QUALITY AND DISPARITIES REPORT (2018), https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/nhqrdr/2018qdr.pdf; W. Michael Byrd and Linda A. Clayton, AN AMERICAN HEALTH DILEMMA:  RACE, MEDICINE, AND HEALTH CARE IN THE UNITED STATES, 1900-2000 (2002); W. Michael Byrd and Linda A. Clayton, AN AMERICAN HEALTH DILEMMA:  A MEDICAL HISTORY OF AFRICAN AMERICANS AND THE PROBLEM OF RACE:  BEGINNINGS TO 1900 (2000).

[7] Jo C. Phelan, et al., *Social Conditions as Fundamental Causes of Health Inequalities*, 51 J. HEALTH SOC BEHAV., S28-40 (2010); World Health Organization (WHO) Commission on Social Determinants of Health, *Closing the Gap in a Generation: Health Equity Through Action on the Social Determinants of Health,* FINAL REPORT OF THE COMMISSION ON SOCIAL DETERMINANTS OF HEALTH (2008), https://apps.who.int/iris/bitstream/handle/10665/43943/9789241563703_eng.pdf;jsessionid=D8226CD8933FC8A8F60704B1CEF5B303?sequence=1.

[8] Agency for Healthcare Research and Quality, *supra* n. 6.

12.    **Health outcomes are significantly influenced by social factors**.  Health is not created within the health sector, nor is it primarily determined by genes or individual behaviors.[9] The "social determinants of health" are those determinants of health that are outside of the individual, beyond our genes and beyond our individual behaviors.  They are the contexts of our lives, the conditions in which people are born, grow, live, work and age.[10]  They include individual contexts (education, occupation, income, wealth) as well as neighborhood contexts (quality of housing, availability of healthy foods, availability of green space, air quality, water quality, quality of the schools, availability of work, transportation options, distance from polluting industries).

13.    In the United States, Black people have lower average annual income, lower family wealth, poorer housing, live in communities with more environmental degradation, have less access to healthy foods, less access to green space, less access to clean air, and less access to clean water than White people.  The maldistribution of goods, services, and opportunities of society is not just random.

14.    If the social determinants of health are the contexts of our lives, then the social determinants of equity determine the range of those contexts and which groups live where.[11] The social determinants of equity include racism, sexism, and other systems of structured inequity. They operate through structures (the who, what, when, and where of decision-making); policies (the written how of decision-making); practices and norms (the unwritten how of decision-making); and values (the why).[12] Of special importance is who is at the decision-

---

[9] Phelan et al., *supra* n. 7.
[10] WHO Commission on Social Determinants of Health, *supra* n. 6; Jones et al., *supra* n. 4.
[11] Jones, et al., *supra* n. 4.
[12] Camara P. Jones, *Systems of Power, Axes of Inequity; Parallels, Intersections, Braiding the Strands*, 52 MED CARE S71-5 (2014).

making table and who is not, and what is on the agenda and what is not. The health of individuals and communities requires unfettered participation in decision-making processes.[13]

15.    The most profound differences between Black people and White people in the United States are in their underlying exposures, opportunities, resources, and risks.

16.    In Louisiana, the 2018 *American Community Survey* estimated that the proportion of people living in poverty was 30% of all Black residents compared to 12% of all White residents; the unemployment rate was 9.9% for Black residents compared to 4.5% for White residents; per capita income was $17,491 for Black residents compared to $33,856 for White residents; 19% of Black residents had not completed high school compared to 10.8% of White residents; 7.8% of Black residents had no health insurance compared to 6.2% of White residents; and 15.8% of Black residents lacked a vehicle compared to 4.7% of White residents.[14]

17.    **Racism is the root cause of "race"-associated differences in health outcomes.** There is a wealth of empirical research on how racism adversely impacts physical health outcomes and mental health outcomes.[15]

18.    Racism is the system of structuring opportunity and assigning value based on the social interpretation of how one looks (which is what we call "race"), that unfairly disadvantages some individuals and communities, unfairly advantages other individuals and communities, and saps the strength of the whole society through the waste of human resources.[16]

---

[13] Thomas A. LaVeist, *Segregation, Poverty, and Empowerment: Health Consequences for African Americans*, 71 THE MILBANK QUARTERLY 41-64 (1993), ; Thomas A. LaVeist, *The Political Empowerment and Health Status of African Americans: Mapping New Territory*, 97 AMERICAN J. OF SOCIOLOGY 1080-1095 (1992).

[14] U.S. Census Bureau, 2010-2018 American Community Survey 1-Year Estimates: Selected Social Characteristics of the United States: Louisiana (2018).

[15] David R. Williams, et al., *Racism and Health: Evidence and Needed Research*, 40 ANNUAL REV. PUBLIC HEALTH 105-125 (2019); Yin Paradies et al., *Racism as a Determinant of Health: A Systematic Review and Meta-Analysis*, 10 PLoS ONE (2015).

[16] Camara P. Jones, Confronting Institutionalized Racism, 50 PHYLON 7-22 (2003); Camara P. Jones, et al., Using "Socially Assigned Race" to Probe White Advantages in Health Status, 18 ETHNICITY & DISEASE 496-504 (2008).

19.     There are three levels of racism that impact health:  institutionalized (structural), personally-mediated, and internalized.[17]  Institutionalized racism results in differential access to the goods, services, and opportunities of society by "race" through a constellation of structures, policies, practices, norms, and values.[18]  Personally-mediated racism comprises differential assumptions about the abilities, motives, and intents of others by "race" and differential actions based on those assumptions.[19]  Internalized racism is acceptance by members of stigmatized "races" of negative messages about their own abilities and intrinsic worth [20](and the reciprocal internalization by members of dominant "races" of a sense of entitlement).

20.     Of the three levels of racism, institutionalized racism has the most profound impacts on health.[21]  This level of racism does not require an identifiable perpetrator since it has been institutionalized in our laws, customs, and background norms.  Rather, it often manifests as inherited disadvantage or its reciprocal inherited advantage.  Institutionalized racism can operate through acts of commission (doing) as well as through acts of omission (not doing), and it very often manifests as inaction in the face of need.[22]

21.     Institutionalized racism impacts both material conditions and access to power.[23] With regard to material conditions, examples include differential access to quality education, sound housing, gainful employment, appropriate medical facilities, and a clean environment. With regard to access to power, examples include differential access to information (including information about one's own history), resources (including wealth and organizational

---

[17] Camara P. Jones, *Levels of Racism:  A Theoretic Framework and a Gardener's Tale*, 90 AMERICAN JOURNAL OF PUBLIC HEALTH 1212-1215 (2000).
[18] *Id*.
[19] *Id*.
[20] *Id*.
[21] *Id*.
[22] *Id.*
[23] *Id*.; Jones, *supra* n. 16.

infrastructure), and voice (including political participation, voting rights, representation in government, and control of the media).

22.     The association between socio-economic status and "race" in the United States has its origins in discrete historical events but persists because of contemporary structural factors that perpetuate those historical injustices.[24]  Structural racism is manifest in legal segregation of housing and schools, discrimination in the labor market, disproportionate incarceration, and unequal justice.[25]  Those contemporary structural factors are part and parcel of structural racism.

23.     Present day practices and policies rooted in institutionalized racism, which include ongoing discrimination in housing and lending markets, redlining, and divestment from poor communities, continue to plague Black people in the United States and are evidenced by disproportionately high levels of poverty and unemployment, substandard educational settings and opportunities, concentration in poor neighborhoods with unsafe and under-resourced living environments, overall economic instability, and limited access to quality healthcare.

24.     **Racism is the root cause of the disproportionate impact of COVID-19 on communities of color in the United States.**  Black Americans are both disproportionately infected by SARS-CoV-2 and dying from COVID-19.  Black people represent 13% of the total United States population but, as of August 2020, 20% of reported COVID-19 cases and 23% of reported COVID-19 deaths, while White people make up 72% of the total United States population but only 39% of reported cases and 50% of reported deaths.[26] Based on data reported

---

[24] Jones, *supra* n. 17.

[25] *See, e.g.*, Richard Rothstein, THE COLOR OF LAW: A FORGOTTEN HISTORY OF HOW OUR GOVERNMENT SEGREGATED AMERICA (2017); William A. Darity, Jr. and Samuel L. Myers, Jr., PERSISTENT DISPARITY: RACE AND ECONOMIC INEQUALITY IN THE UNITED STATES SINCE 1945 (1999); Michelle Alexander, THE NEW JIM CROW: MASS INCARCERATION IN THE AGE OF COLORBLINDNESS (2010); Bryan Stevenson, JUST MERCY: A STORY OF JUSTICE AND REDEMPTION (2014).

[26] Centers for Disease Control and Prevention, CDC COVID-19 Data Tracker:  *Demographic Trends of COVID-19 cases and deaths in the US reported to CDC, Cases by Race/Ethnicity*, https://www.cdc.gov/covid-data-tracker/index.html#demographics (last visited Aug. 5, 2020).

by the American Public Media (APM) Research Lab, when adjusted for age differences in racial

groups, Black Americans have experienced the highest overall actual COVID-19 mortality rates,

which are 3.7 times as high as rates for Whites.[27]

25.     In Louisiana, the differences are even more stark.  Black residents in Louisiana

are more likely to die from COVID-19 than White residents. Black people represent 33% of the

population but 50% of the deaths, while White people represent 63% of the population but only

48% of the deaths.[28]

26.     The disproportionate rates of COVID-19 infection and death between Black

people and White people that are being documented across the United States and especially in

Louisiana are due to: (a) the ways that racism has structured opportunities so that Black people

are more likely to be infected by the virus (SARS-CoV-2); and (b) the ways that racism has

impacted underlying health status so that Black people are more likely to experience severe

forms of the disease (COVID-19) once infected.  It is important to recognize that the

disproportionate impact is not due to some inherent biological weakness nor some reluctance to

comply with public health advisories.  Black people are getting more infected with SARS-CoV-2

because they are more exposed and less protected. Black people are dying more from COVID-19

because they are more burdened by chronic diseases with less access to health care.[29]

27.     **Black people are more likely to get infected with SARS-CoV-2 because they**

**are more exposed and less protected.**  Black people are more exposed because they are over-

---

[27] American Public Media APM Research Lab, *The Color of Coronavirus: COVID-19 Deaths By Race and Ethnicity in the U.S.* (last visited Aug. 14, 2020), https://www.apmresearchlab.org/covid/deaths-by-race.

[28] U.S. Census Bureau, *QuickFacts Louisiana*, https://www.census.gov/quickfacts/LA; La. Dep't of Health, COVID-19 Updated, *Additional Data on COVID-19 Deaths in Louisiana*, http://ldh.la.gov/Coronavirus/ (last visited Aug. 5, 2020).

[29] Claudia Walls, Why Racism, *Not Race, Is a Risk Factor for Dying of COVID-19: Public health specialist and physician Camara Phyllis Jones talks about ways that job, communities and health care can leave Black Americans more exposed and less protected*, SCIENTIFIC AMERICAN (June 12, 2020), https://www.scientificamerican.com/article/why-racism-not-race-is-a-risk-factor-for-dying-of-covid-191/.

represented in low-paid frontline jobs (including as home health aides, transit drivers, postal workers, sanitation workers, hospital orderlies and custodians, grocery workers, meat packers, and warehouse workers).  In these roles, they do not have the luxury to work from home nor the savings nor paid sick leave to be off the job to preserve their health.  The over-representation of Black workers in low-paid frontline jobs results from racial residential and educational segregation, which in turn leads to racial disparities in employment and occupational opportunities.

28.    Black people are also more exposed because they are more reliant on public transportation; live in more crowded home settings and more densely populated communities; and are over-represented in jails and prisons and among the unhoused.

29.    Compounding the injury of being made more exposed is the insult of being less protected.  Many low-paid workers are not provided adequate personal protective equipment to prevent them from acquiring the virus on the job, even though their work is now being deemed "essential".  In jails, prisons, and homeless shelters, the public health mitigation strategies of social distancing and frequent handwashing are virtually impossible.

30.    **Once infected, Black people are more likely to die from COVID-19 because they are more burdened by chronic diseases and have less access to health care.**  Black people are more burdened by chronic diseases because Black communities are more likely to be disinvested and actively neglected communities of concentrated poverty with poor access to healthy foods including fresh fruits and vegetables; poor access to green space and healthy environments for active living; increased likelihood of proximity to polluting industries which poison the air, soil, or water; and limited alternatives to crowded and unhealthy living spaces. These conditions greatly constrain residents from making healthy behavioral choices, resulting in

higher prevalence of obesity, high blood pressure, diabetes, asthma, heart disease, and kidney disease (among many other environmentally conditioned health outcomes), all of which make COVID-19 more severe and potentially fatal.

31.    Black people have less access to timely, responsive, and physically proximate health care in Louisiana as in the rest of the United States.  Even during the COVID-19 pandemic, testing sites were first located in affluent communities (with lower proportions of Black residents) and persons seeking a test were required to have an order from a primary care physician (which Black residents are more likely to lack).  In rural parts of the state, recent hospital closures have exacerbated the lack of ready access to health care.

32.    Finally, Black adults in the United States are substantially more likely than White adults to express high levels of concern over the possibility that they will get the coronavirus or transmit it to others.[30]  Those fears are well-founded.

33.    Racism is foundational in the history of the United States and continues to have profound impacts on the health and well-being of the nation.[31]  About 86 U.S. cities and counties and at least three states (Michigan, Nevada, and Wisconsin) have declared that racism is a public health crisis.[32]  During this COVID-19 pandemic, the unfair disadvantage that racism has structured for communities of color is even more life-threatening than during "normal" times.  It is noteworthy that the most profound impacts of racism occur without bias.  They manifest instead as inaction in the face of need.[33]

---

[30] Pew Research Center, HEALTH CONCERNS FROM COVID-19 MUCH HIGHER AMONG HISPANICS AND BLACKS THAN WHITES (Apr. 14, 2020), https://www.people-press.org/2020/04/14/health-concerns-from-covid-19-much-higher-among-hispanics-and-blacks-than-whites/
[31] Ibram X. Kendi, STAMPED FROM THE BEGINNING:  THE DEFINITIVE HISTORY OF RACIST IDEAS IN AMERICA (2016).
[32] American Public Health Association, *Declaration of Racism as a Public Health Issue*, https://apha.org/topics-and-issues/health-equity/racism-and-health/racism-declarations (last visited Aug 17, 2020).
[33] *See* Jones, *supra* n. 16.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:  September 3, 2020

_____

Camara Phyllis Jones, M.D., M.P.H., Ph.D.

**Camara Phyllis Jones, MD, MPH, PhD**

**Work:**          Radcliffe Institute for Advanced Study
                   Harvard University
                   8 Garden Street, Office 142
                   Cambridge, Massachusetts 02138

                   cpjones@msm.edu

## LICENSURE

| | |
|---|---|
| 2010 | Georgia Medical License (063873) |
| 1989 | Maryland Medical License (D38238) |
| 1984 | New York Medical License (160881) |

## CERTIFICATION

| | |
|---|---|
| 2009 | Fellow, American College of Epidemiology |
| 2008 | Certified in Public Health, National Board of Public Health Examiners |
| 1986 | Diplomate, American Board of Family Practice |
| 1984 | Diplomate, National Board of Medical Examiners |

## EDUCATION

1995          ***PhD – Epidemiology***
              ***Johns Hopkins School of Hygiene and Public Health***
              615 North Wolfe Street
              Baltimore, Maryland 21205

              *Methods for Comparing Distributions:  Development and application exploring "race"-associated differences in systolic blood pressure*

1982          ***MPH – Public Health***
              ***Johns Hopkins School of Hygiene and Public Health***
              615 North Wolfe Street
              Baltimore, Maryland 21205

1981          ***MD – Medicine***
              ***Stanford University School of Medicine***
              291 Campus Drive
              Li Ka Shing Building
              Stanford, California 94305

1976          ***BA – Molecular Biology***
              ***Wellesley College***
              106 Central Street

Wellesley, Massachusetts 02481

**POSTGRADUATE TRAINING**

| | |
|---|---|
| 1983 – 1986 | ***Family Practice*** |
| | Intern and Resident |
| | Residency Program in Social Medicine |
| | Montefiore Medical Center |
| | 111 East 210th Street |
| | Bronx, New York 10467 |
| | |
| 1981 – 1983 | ***General Preventive Medicine*** |
| | Resident |
| | Johns Hopkins School of Hygiene and Public Health |
| | 615 North Wolfe Street |
| | Baltimore, Maryland 21205 |

**EMPLOYMENT HISTORY**

**Faculty appointments**

| | |
|---|---|
| 2004 – present | ***Rollins School of Public Health, Emory University*** |
| | |
| | ***Adjunct Professor (2010 – present)*** |
| | Department of Behavioral Sciences and Health Education |
| | Department of Epidemiology |
| | |
| | ***Adjunct Associate Professor (2004 – 2010)*** |
| | Department of Behavioral Sciences and Health Education |
| | |
| 2003 – present | ***Morehouse School of Medicine*** |
| | ***Adjunct Associate Professor*** |
| | Department of Community Health and Preventive Medicine |
| | |
| 2016 – 2017 | ***University of Michigan Flint*** |
| | ***Myron and Margaret Winegarden Visiting Professor*** |
| | Department of Public Health and Health Sciences |
| | |
| 2012 | ***Meharry Medical College*** |
| | ***Visiting Professor*** |
| | Scholars-in-Residence Program |
| | Robert Wood Johnson Foundation Center for Health Policy |
| | |
| 1994 – 2000 | ***Harvard School of Public Health*** |
| | ***Assistant Professor*** |
| | Department of Health and Social Behavior |

Department of Epidemiology
Division of Public Health Practice

1986 – 1987  ***City University of New York Medical School***
***Visiting Assistant Professor***
Department of Community Health and Social Medicine

## Hospital appointments

1994 – 1996  ***Brigham and Women's Hospital***
***Research Associate in Medicine***
75 Francis Street
Boston, Massachusetts 02115

1985 – 1986  ***Montefiore Hospital***
***Chief Resident in Family Practice***
111 East 210th Street
Bronx, New York 10467

## Other employment

2013 – present  ***Morehouse School of Medicine***
***Senior Fellow***
Satcher Health Leadership Institute *(2013 – present)*
Cardiovascular Research Institute *(2015 – 2019)*
*(On loan from the Centers for Disease Control and Prevention from*
*November 2013 through December 2014)*

2000 – 2014  ***Centers for Disease Control and Prevention***

***Medical Officer***
*2010 – 2014*
Division of Epidemiologic and Analytic Methods for Population Health
Epidemiology and Analysis Program Office
Office of Surveillance, Epidemiology, and Laboratory Services

***Research Director on Social Determinants of Health and Equity***
*2000 – 2010*
Emerging Investigations and Analytic Methods Branch
Division of Adult and Community Health
National Center for Chronic Disease Prevention and Health Promotion

2001 – 2002  ***Association of Black Cardiologists***
***Director, Epidemiology and Clinical Trials Center***
*(On leave from the Centers for Disease Control and Prevention from*
*November 2001 to May 2002)*

| 1999 – 2000 | ***Harvard School of Public Health*** |
| | ***Director of Research and Evaluation*** |
| | Division of Public Health Practice |
| | |
| 1989 – 1992 | ***Johns Hopkins School of Hygiene and Public Health*** |
| | ***Epidemiologist, Coordinating Center*** |
| | Studies of Ocular Complications of AIDS |

## HONORS AND AWARDS

| 1972 | Presidential Scholar |
| | Representing the state of Michigan |
| 1975 | Phi Beta Kappa |
| 1976 | Sigma Xi, Scientific Honorary Society |
| 1976 | Durant Scholar |
| 1976 | Wellesley Trustee Scholar |
| 1976 | Luce Scholar (Philippines) |
| 1978 | Orinoco Foundation Fellow (Venezuela) |
| 1988 | Innovation in Teaching Award |
| | City University of New York Medical School |
| 1995 | Delta Omega, Public Health Honorary Society |
| 1999 | Ian Axford (New Zealand) Fellow in Public Policy |
| 2003 | David Satcher Award |
| | Association of State and Territorial Directors of Health Promotion and Public Health Education |
| 2005 | Leadership Atlanta |
| | Class of 2006 |
| 2006 | National Board of Public Health Examiners |
| | Elected inaugural member |
| 2006 | Inspirational Women:  Signatures of Success honoree |
| | Nu Lambda Omega Chapter, Alpha Kappa Alpha Sorority |
| 2006 | Fulbright Senior Specialists Roster |
| 2009 | Fellow, American College of Epidemiology |
| 2009 | Nominee, CDC's Charles C. Shepard Science Award |
| | in Assessment and Epidemiology |
| 2009 | Hildrus A. Poindexter Distinguished Service Award |
| | Black Caucus of Health Workers |
| | American Public Health Association |
| 2010 | Distinguished Service Award |
| | Georgia State Medical Association |
| 2010 | Presidential Citation |
| | Society for Public Health Education |
| 2011 | John Snow Award |
| | Epidemiology Section |
| | American Public Health Association |

| | |
|---|---|
| 2012 | Senior Fellow in Health Disparities Research, inaugural class |
| | W. Montague Cobb/NMA Health Institute |
| | National Medical Association |
| 2013 | Commencement Speaker |
| | University of Washington School of Public Health |
| 2014 | American Public Health Association |
| | President-Elect (2014 – 2015) |
| | President (2015 – 2016) |
| | Immediate Past President (2016 – 2017) |
| 2016 | 2016 Jonathan M. Mann Lecturer |
| | Centers for Disease Control and Prevention (CDC) Foundation |
| 2016 | Doctor of Science (honoris causa) |
| | Icahn School of Medicine at Mount Sinai |
| 2016 | Commencement Speaker |
| | University of California San Francisco School of Medicine |
| 2016 | Commencement Speaker |
| | University of California Berkeley School of Public Health |
| 2016 | Paul Cornely Award |
| | Health Activist Dinner |
| | American Public Health Association |
| 2016 | Royal Society of Public Health |
| | Honorary Member |
| 2016 | Myron and Margaret Winegarden Visiting Professor |
| | University of Michigan Flint |
| 2016 | Shirley Nathan Pulliam Health Equity Leadership Award |
| | University of Maryland School of Public Health and |
| | Maryland Department of Health and Mental Hygiene |
| 2017 | Outstanding Woman Leader in Healthcare Award |
| | Leadership Summit for Women in Academic Medicine and Healthcare |
| | University of Michigan |
| 2017 | Commencement Speaker |
| | University of Minnesota School of Public Health |
| 2017 | Commencement Speaker |
| | Southern Illinois University School of Medicine |
| 2017 | Commencement Speaker |
| | City University of New York School of Medicine |
| 2017 | Woman in Medicine Award |
| | Council on Concerns of Women Physicians |
| | National Medical Association |
| 2017 | Richard and Barbara Hansen Leadership Award |
| | The University of Iowa College of Public Health |
| 2018 | Louise Stokes Health Advocacy Award |
| | National Medical Association |
| 2018 | Commencement Speaker |
| | University of North Carolina Gillings School of Global Public Health |
| 2018 | Frances Borden-Hubbard Social Justice Award |

|      | The Springfield Adolescent Health Project |
| 2018 | Progressive Change Maker Award |
|      | New Leaders Council Atlanta |
| 2018 | Cato T. Laurencin MD, PhD Distinguished Research Award |
|      | W. Montague Cobb/NMA Health Institute |
|      | National Medical Association |
| 2018 | Wellesley College Alumnae Achievement Award |
|      | Wellesley College |
| 2018 | SOPHE Honorary Fellow |
|      | Society for Public Health Education |
| 2019 | Chanchlani Global Health Research Award |
|      | McMaster University |
| 2019 | 2019-2020 Radcliffe Fellow |
|      | Radcliffe Institute for Advanced Study at Harvard University |
| 2020 | Commencement Speaker |
|      | University of California Berkeley School of Public Health |

## PROFESSIONAL SOCIETIES

*American College of Epidemiology*
Board of Directors, 2000 to 2003
Minority Affairs Committee, 2002 to 2004
Policy Committee, 2003 to 2005
American Medical Association
*American Public Health Association*
Action Board, 1987 to 1991
Eliminating Racial and Ethnic Disparities subgroup, 2001 to 2005
Awards Committee, 2020 to present
Executive Board, 2001 to 2005
Finance and Audit Committee, 2005
Joint Committee on Strategic Map Outcome Measures, 2004
Strategic Planning Committee, 2003 to 2005
Chair, 2004 to 2005
Executive Board, 2014 to 2017
Executive Committee, 2014 to 2017
Strategic Planning Committee, 2014 to 2016
Membership Committee, 2015 to 2016
Personnel Committee, 2016 to 2017
Governing Council, 1996 to 2001
Joint Policy Committee, 1989
Nominating Committee Review Workgroup, 2001 to 2003
President-Elect, 2014 to 2015
President, 2015 to 2016
Immediate Past President, 2016 to 2017
Section Council, Medical Care Section, 1990 to 1993
Science Board, 2009 to 2012

*The Nation's Health* Advisory Board, 1990 to 1991
Association of Black Cardiologists
       Continuing Medical Education Committee, 2002
Atlanta Medical Association
Georgia Public Health Association
International Society on Hypertension in Blacks
International Union for Health Promotion and Education
***National Medical Association***
       Section Chair, Community Medicine and Public Health, 2017 to present
       House of Delegates Council on Medical Legislation, 2009 to 2010
       *Journal of Racial and Ethnic Health Disparities* Editorial Board, 2013 to present
***Society for the Analysis of African-American Public Health Issues***
       President, 1997 to 2001
***Society for Epidemiologic Research***
       Liaison, Committee on Minority Affairs of ACE, 1996 to 1998

## PUBLIC SERVICE:

### National

| | |
|---|---|
| 2019 – present | **Roundtable on Black Men and Black Women in Science, Engineering, and Medicine**<br>National Academies of Sciences, Engineering, and Medicine<br>Roundtable Member and Racism Action Group Co-Chair |
| 2018 – present | **Quality Improvement:  Health Care Disparities Collaborative**<br>Accreditation Council for Graduate Medical Education<br>Pursuing Excellence in Clinical Learning Environments<br>Faculty Member |
| 2018 – present | **March of Dimes Prematurity Campaign Collaborative** |
| 2018 – present | ***Achieving Health Equity in Preventive Services***<br>Pacific Northwest Evidence-based Practice Center<br>Oregon Health and Science University<br>Technical Expert Panel |
| 2018 – present | **Movement is Life**<br>Advisory Council |
| 2018 – present | **Center for Health Equity Research Chicago**<br>University of Illinois at Chicago<br>Steering Committee |
| 2017 – present | **Center for the Study of Racism, Social Justice, and Health**<br>UCLA Fielding School of Public Health |

Executive Board

| | |
|---|---|
| 2015 – present | **Systems for Action National Advisory Committee**<br>Robert Wood Johnson Foundation |
| 2014 – present | **National Board of Public Health Examiners** |
| 2009 – present | Guide to Community Preventive Services<br>*Systematic Reviews of Interventions to Improve the Health of Deprived and Disadvantaged Populations and Achieve Health Equity*<br>○ Planning Team, 2009 to 2010<br>○ Review Coordination Team, 2010 to present |
| 2016 – 2017 | **100&Change Initiative**<br>MacArthur Foundation<br>Evaluation Panel |
| 2015 | ***A Framework for Educating Health Professionals to Address the Social Determinants of Health***<br>Institute of Medicine<br>Reviewer |
| 2012 | 2012 Summit on the Science of Eliminating Health Disparities<br>○ Planning Committee |
| 2010 | ***Social Determinants of Health Workgroup*** of the<br>Federal Interagency Workgroup on *Healthy People 2020*<br>○ Co-Chair, 2010 |
| 2010 – 2011 | 2011 National HIV Prevention Conference Planning Committee<br>○ Co-Chair, HIV Stigma and Discrimination Cross-Cutting Theme |
| 2008 – 2013 | ***National Partnership for Action to End Health Disparities***<br>○ Federal Interagency Management Team (FIMT), now the Federal Interagency Health Equity Team (FIHET), 2008 to present<br>○ Evaluation Team, 2009<br>○ FIMT Subcommittee to Review Public Comments, 2010<br>○ Co-Chair, FIHET Data, Research, and Evaluation Subcommittee, 2010 to 2012<br>○ FIHET Brainstorming Team, 2012 to 2013 |
| 2008 | ***Subcommittee on Health Equity and Disparities*** of the<br>Secretary's Advisory Committee on National Health Promotion and Disease Prevention Objectives for 2020 |
| 2007 – 2008 | Federal Collaboration on Health Disparities Research |

|  | o   Co-Morbidities Group |
|---|---|

2006 – 2011        ***National Board of Public Health Examiners***
          o   Bylaws Committee, 2006 to 2011
          o   Diversity Committee, 2006 to 2011
          o   Maintenance of Certification Committee, 2007 to 2011
          o   Testing Committee, 2006 to 2011

2005 – 2008        Project CHOICE Advisory Board
                  Florida A and M University
                  Harvard School of Public Health

2004 – 2009        ***"Unnatural Causes:  Is Inequality Making Us Sick?"***
          o   Project Advisor guiding the development and content of the film series
          o   On-screen expert in Episode 2, "When the Bough Breaks"
          o   Subject matter expert for the "Ask the Experts" and "Scholar
              Interviews" features on the companion website
              http://www.unnaturalcauses.org
          o   Invited speaker at Town Hall screenings across the nation
          o   Co-convener of the *ad hoc* CDC Leadership Group on "Unnatural
              Causes"

2004 – 2007        Bronx CREED
                  External Program Advisory Committee
                  Albert Einstein College of Medicine

2003 – 2006        External Program Advisory Committee
                  Project EXPORT
                  Tuskegee University/University of Alabama-Tuscaloosa

2003        Co-Chair, Inequity and Social Injustice Breakout Group
                  Trans-HHS Cancer Health Disparities Progress Review Group

2003 – 2010        ***Scientific Roadmap for the Elimination of Health Disparities,*** now the
                  Jackson Roadmap for Health Equity Project
                  Advisory Committee
                  Jackson, Mississippi

2002 – 2004        ***Social Environment Working Group***
                  National Children's Study (Longitudinal Cohort Study of Environmental
                  Effects on Child Health and Development)

2001 – 2004        ***Health Disparities and Environmental Justice Working Group***
                  National Children's Study (Longitudinal Cohort Study of Environmental
                  Effects on Child Health and Development)

| 2001 – 2003 | **Communication Disorders Review Committee**<br>National Institute on Deafness and other Communication Disorders<br>National Institutes of Health |
|---|---|
| 2001 – 2002 | **Occupational Health Advisory Board**<br>United Auto Workers – General Motors – Delphi |
| 2001 | **Federal Technical Liaison Panel**<br>Institute of Medicine study on "Understanding and Eliminating Racial and Ethnic Disparities in Health Care" |
| 2000 – 2003 | Advisor<br>CENTERED Blue Ribbon Panel |
| 1999 – 2002 | **National Black Women's Health Project**<br>Board of Directors |

**International**

| 2019 | **Women Leaders in Global Health**<br>Invited Speaker<br>Kigali, Rwanda |
|---|---|
| 2019 | **Chanchlani Global Health Research Award Recipient**<br>McMaster University<br>Toronto, Ontario, Canada |
| 2018 | **University of Global Health Equity**<br>Visiting Faculty for Master of Science in Global Health Delivery<br>Kigali, Rwanda |
| 2018 | **2018 Conference for General Practice**<br>**Royal New Zealand College of General Practitioners**<br>Opening Keynote Speaker<br>Auckland, New Zealand |
| 2018 | **1st Annual Congress on Migration, Ethnicity, Race, and Health**<br>Keynote Speaker<br>Edinburgh, Scotland |
| 2016 | **Pacific Rim Indigenous Doctors Congress (PRIDoC) 2016**<br>Keynote Speaker<br>Auckland, New Zealand |
| 2016 | **2016 Global Health Forum in Taiwan**<br>Invited Speaker |

Taipei, Taiwan

| 2016 | ***Sixty-Ninth World Health Assembly***<br>World Health Organization<br>Observer representing the World Federation of Public Health Associations<br>Geneva, Switzerland |
|------|---|

| 2016 | ***World Federation of Public Health Associations***<br>Participant representing the American Public Health Association<br>Geneva, Switzerland |
|------|---|

| 2016 | ***Public Health 2016***<br>***Canadian Public Health Association***<br>Invited Speaker<br>Toronto, Canada |
|------|---|

| 2014 | ***Medical Education Cooperation with Cuba (MEDICC)***<br>Member of 19-person American Public Health Association delegation<br>La Habana, Cuba |
|------|---|

| 2011 | ***World Health Organization World Conference on Social Determinants of Health***<br>Invited Scientist representing the Rollins School of Public Health<br>Rio de Janeiro, Brasil |
|------|---|

| 2010 | ***New Zealand Public Health Association Annual Conference***<br>Opening Keynote Speaker<br>Turangawaewae Marae, Waikato, New Zealand |
|------|---|

| 2010 | ***US-Brazil Joint Action Plan to Eliminate Racial Discrimination and Promote Equality***<br>Invited Speaker, Health Panel<br>Atlanta, Georgia, USA |
|------|---|

| 2010 | ***Seminario Internacional de Saude da Populacao Negra e Indigena [International Seminar on the Health of Black and Indigenous Populations]***<br>Invited Speaker<br>Salvador, Bahia, Brasil |
|------|---|

| 2009 – 2011 | ***World Health Organization***<br>***Scientific Resource Group on Health Equity Analysis and Research***<br>Integration Subgroup |
|------|---|

| 2007 | ***World Health Organization Commission on Social Determinants of Health***<br>***USA Workshop*** |
|------|---|

Invited Speaker
New Orleans, Louisiana, USA

2004
***18th World Conference on Health Promotion and Health Education***
Plenary Speaker at Closing Ceremony
Melbourne, Australia

2001
***United Nations World Conference Against Racism, Racial Discrimination, Xenophobia, and Related Intolerance***
Delegate representing the Society for the Analysis of African-American Public Health Issues
Durban, South Africa

2000
***Salzburg Seminar***
***Session 376, Social and Economic Determinants of the Public's Health***
Faculty
Salzburg, Austria

1999
***Ian Axford Fellow in Public Policy***
Maori Health Branch
New Zealand Ministry of Health
Wellington, New Zealand

1982
***Operation Crossroads Africa***
***Rural Family Health Project***
Group Leader
Sasstown Territory, Liberia

1980
***Stanford Overseas Program***
Studies the British National Health Service
Maidenhead, Berkshire, England

1978
***Orinoco Foundation Fellow***
Villa de Cura, Aragua, Venezuela

1976 – 1977
***Luce Scholar***
Extension Service
Silliman University Medical Center
Dumaguete City, Philippines

**Local**

2018 – present
Goizueta Alzheimer's Disease Research Center
Emory University
Minority Engagement Core
Research Committee

| | |
|---|---|
| 2017 – present | The Trey Clegg Singers |
| 2016 | ***Delegate to the 2016 Democratic National Convention***<br>Elected from Georgia's 5th Congressional District |
| 2016 | ***Host, Health Currents***<br>Host of 12-part television series on a wide range of health topics produced by the Morehouse School of Medicine in collaboration with Atlanta Interfaith Broadcasting (AIB-TV) |
| 2014 – present | ***DeKalb County Board of Health***<br>Board of Directors<br>    o  **Budget Committee, 2016 and 2017**<br>    o  **Parliamentarian, 2017 to 2019** |
| 2009 – 2010 | Atlanta Women's Foundation<br>Board of Directors |
| 2009 | Judge, Science Fair<br>Sammye E. Coan Middle School |
| 2008 | ***Delegate to the 2008 Democratic National Convention***<br>Elected from Georgia's 5th Congressional District |
| 2006 – 2007 | Atlanta Young Singers of Callanwolde<br>Board of Directors |
| 2006 – 2007 | Health Day Program Planning Committee, and<br>Race Relations Impact Team<br>Leadership Atlanta |
| 2006 | ***Neighborhood Planning Unit N***<br>City of Atlanta Bureau of Planning<br>Druid Hills Civic Association Representative |
| 2005 – 2007 | Data and Safety Monitoring Committee<br>Morehouse School of Medicine |
| 2003 – 2007 | External Advisory Committee<br>Research Center on Health Disparities<br>Morehouse College |
| 2003 – 2004 | MPH Curriculum Review Committee<br>Morehouse School of Medicine |

| | |
|---|---|
| 2003,  2004 | Judge, Elementary and Junior High Science Fair<br>The Paideia School |
| 2002 – 2004 | Health Students Taking Action Together (H-STAT)<br>Board of Advisors |
| 2001 – 2002 | Advisory Committee<br>Vaccine Utilization Study<br>Morehouse School of Medicine |
| 2000 – 2014 | Jack and Jill of America, Inc.<br>Atlanta Chapter |
| 2000 – present | The Links, Inc.<br>Atlanta Chapter |
| 2000 – present | First Congregational United Church of Christ<br>Chancel Choir<br>Voices of Faith<br>Budget Committee |
| 1995 – 2000 | ***Cambridge Health Alliance Board of Trustees***<br>Cambridge and Somerville, Massachusetts |
| 1995 – 2000 | ***Joint Public Health Board***<br>Cambridge and Somerville, Massachusetts |
| 1995 – 1997 | ***Joint Hospital Board***<br>The Cambridge Hospital and Somerville Hospital |
| 1995 – 1996 | ***Professional Affairs Committee***<br>The Cambridge Hospital |

## MAJOR ADMINISTRATIVE RESPONSIBILITIES:

### Morehouse School of Medicine

| | |
|---|---|
| 2017 – present | Faculty Advisor<br>Refugee Health Organization |
| 2017 – present | **Proposed School of Community / Population Health and Health Policy Work Group** |
| 2015 – present | **MD-1 Community Health Course<br>Curriculum Committee** |

2015 – 2016          Department of Community Health and Preventive Medicine
                     Public Health Day Planning Committee

**CDC Racism and Health Workgroup, Centers for Disease Control and Prevention**

2000 – present       Convened and formalized this group of public health scientists and policy
                     makers as an official CDC scientific workgroup to:
                     1) identify or propose measures of racism that can be used in research and
                     intervention on the impacts of racism on the health and well-being of the
                     nation and world
                     2) identify the mechanisms by which racism operates and has its adverse
                     impacts on health
                     3) promote the development of interventions to eliminate racism and prevent
                     its adverse impacts on health
                     4) contribute to a national and global conversation regarding the impacts of
                     racism on the health and well-being of the nation and world

**Other CDC-wide committees and workgroups**

2013                 CDC Science Ambassador Workshop
                     o   Subject Matter Expert for curriculum development on Health
                         Disparities and Health Equity

2013                 Stephen B. Thacker Science for Social Justice Award
                     o   Workgroup to develop criteria for the award

2012 – present       ***CDC JAPER Health Workgroup***
                     o   US-Brazil Joint Action Plan to Eliminate Racial/Ethnic Discrimination
                         and Promote Equality (JAPER)

2011                 2011 NCHHSTP Health Equity Symposium Planning Committee
                     o   Evaluation Subcommittee

2011 - present       ***Charles C. Shepard Science Award Committee***
                     o   Assessment and Epidemiology Subcommittee, 2011
                     o   Assessment Subcommittee, 2012
                     o   Assessment Subcommittee, 2013

2010 – 2011          2011 National HIV Prevention Conference Planning Committee
                     o   Co-Chair, HIV Stigma and Discrimination Cross-Cutting Theme

2009 – present       Ad hoc Diversity Strategic Planning Committee

2008                 Ad hoc Leadership Group on "Unnatural Causes"

2007 – present       ***CDC Health Equity Work Group***

| 2007 – 2009 | Pandemic Influenza Working Group on Vulnerable Populations |
| 2006 – 2010 | CDC/ATSDR Health Disparities Lecture Series Planning Committee |
| 2003 – 2011 | ***CDC/ATSDR Minority Initiatives Coordinating Committee (CAMICC)*** |

**CDC Futures Initiative strategic planning efforts**

| 2004 | Adolescent Goals Management Pilot Team (July through December) |
| 2004 | Public Health Research Implementation Team (April through July)<br>○   Chair, Social Determinants of Health Action Team |
| 2004 | Adolescent Life Stage Workgroup (March to April) |

**National Center for Chronic Disease Prevention and Health Promotion**

| 2002 – 2003 | NCCDPHP Fellowship Advisory Committee |
| 2004 | Senior Management Communication Diversity Workgroup<br>Division of Adult and Community Health |

**Department of Health and Social Behavior, Harvard School of Public Health**

| 1995 | Chair, Masters Admissions Committee |
| 1996, 1998, 2000 | Masters Admissions Committee |
| 1997 | Doctoral Admissions Committee |

**Division of Public Health Practice, Harvard School of Public Health**

| 1994 – 2008 | Public Health Practice Advisory Council |

**EDITORIAL BOARDS:**

*Harvard Journal of Minority Health,* editorial board
*Journal of the National Medical Association,* editorial board
*Journal of Racial and Ethnic Health Disparities,* editorial board

Ad hoc reviewer for:
    *American Journal of Epidemiology*
    *American Journal of Medicine*
    *American Journal of Public Health*
    *Ethnicity and Disease*
    *Milbank Quarterly*
    *Paediatric and Perinatal Epidemiology*

*Pediatrics*
*Public Health Reports*
*Social Science and Medicine*

## MAJOR RESEARCH INTERESTS:

1.  Social determinants of health and social determinants of equity
2.  The impacts of racism on the health and well-being of the nation
3.  Development of measures of racism
4.  Development of statistical methods for comparing distributions
5.  Community Oriented Primary Care
6.  Community partnership and community empowerment

## TEACHING:

### *Morehouse School of Medicine*

2015 – present      **MD-1 Learning Community**
                    **MD-2 Learning Community**
                    **MD-3 Learning Community**
                    **MD-4 Learning Community**
                    Faculty Mentor, *Innovation* Learning Communities
                    Support student professional learning and emotional well-being over the
                    course of their medical education
                    10 to 13 Medical Students in each group—stay with each group over their
                    four years of medical education, while adding a new group each year

2014 – present      **Community Health Leadership Program**
                    **Satcher Health Leadership Institute**
                    Guest Speaker

2013 – present      **Community Health (MED 509)**
                    Guest Lecturer
                    Faculty Member, *Excellence* Learning Community
                    Based at the Centers of Hope at Thomasville Boys and Girls Club
                    9 to 13 Medical students; 3 hours weekly for one year

2013 – present      **Fundamentals of Public Health (MPH 505)**
                    Guest Lecturer

2010 – present      **Health Policy Leadership Fellowship Program**
                    **Satcher Health Leadership Institute**
                    Guest Speaker

2008 – present      **Community Engagement and Health Disparities in Clinical**
                    **and Translational Research (MCR 522)**

|  | Guest Lecturer |
|---|---|
| 2016 | **Introduction to Epidemiology (GEBS 500)**<br>Guest Lecturer |
| 2016 | **Social and Behavioral Aspects of Public Health (MPH 504)**<br>Guest Lecturer |
| 2016 | **Bridges to Health Equity (GEBS 620)**<br>Guest Lecturer |
| 2015 – 2017 | **Master of Public Health Thesis Committee:** Jewel Williams |
| 2014 | **Preventive Medicine Residency Brown Bag Series**<br>Guest Speaker |
| 2014 | **Disability-, Race-, and Ethnicity-Related Disparity (MPH 703)**<br>Guest Lecturer |
| 2009 – 2010 | **Master of Public Health Thesis Committee:** Brenton Powers |
| 2007, 2014 – 2015 | **Fundamentals of Medicine II:  Human Values (FOM2)**<br>Guest Lecturer |
| 2004 – 2005 | **Intercultural Communications and Health (MPH 601)**<br>Guest Lecturer |
| 2004 | **Introduction to Epidemiology (MPH 502)**<br>Co-Instructor<br>13 Masters/Post-doctoral students; 45 hours annually |
| 2003 – 2005 | **Ethnicity, Class, Politics, and Disease (MPH 604)**<br>Guest Lecturer |
| 2003 | **Research and Survey Methods (MPH 1705)**<br>Guest Lecturer |
| 2003 | **Research Methods**<br>Guest Lecturer |

### *Rollins School of Public Health, Emory University*

| 2008 – present | **Social Epidemiology (EPI 591S, Spring Semester)**<br>Guest Lecturer (two lectures annually) |
|---|---|
| 2008 – present | **Community Engagement and Health Disparities in Clinical and** |

|  | **Translational Research (EPI 591M)**<br>Guest Lecturer |
|---|---|
| 2013 | **Social Epidemiology (EPI 591S, Fall Semester)**<br>Guest Lecturer |
| 2010 – 2016 | **Hubert H. Humphrey Fellows**<br>Guest Speaker |
| 2007 | **Health Care Issues in Minority Populations (BSHE 527)**<br>Guest Lecturer |
| 2004 | **Research Methods (BSHE 540)**<br>Guest Lecturer |
| 2002 – 2003 | **Social Behavior in Public Health (BSHE 504)**<br>Guest Lecturer |

*Harvard School of Public Health*

| 1997 – 2000 | **Social and Behavioral Dimensions of Public Health (HMP 200)**<br>Course Co-Developer<br>75 Masters/Doctoral students; 32 hours annually |
|---|---|
| 1997 – 1998 | **Community-Oriented Primary Care**<br>Course Developer<br>7 Masters/Doctoral students; 20 hours annually |
| 1997 – 1998 | **Practice of Public Management and Community Health**<br>Practicum Supervisor<br>3 MPH students; 32 hours annually |
| 1995 – 2000 | **"Race" and Racism**<br>Course Developer<br>27 Masters/Doctoral students; 32 hours annually |
| 1995 | **Social Origins/Control of Heart Disease**<br>Guest Lecturer<br>20 Masters/Doctoral students; 2 hours |
| 1994 – 2000 | **Society and Health**<br>Guest Lecturer<br>100 Masters/Doctoral students; 2 hours annually |
| 1994 – 1998 | **Cancer Prevention**<br>Guest Lecturer |

20 Masters/Doctoral students; 2 hours annually

1994 – 1995      **Social and Behavioral Dimensions of Public Health (HSB 200)**
Guest Lecturer
30 Masters/Doctoral students; 2 hours annually

1994      **Practice of Epidemiology**
Seminar Leader
12 Doctoral Students; 16 hours

1994 – 2000      **Doctoral Thesis Supervision**

*Andrew Young School of Policy Studies, Georgia State University*

2007      **Public Administration and Urban Studies (9501)**
Guest Lecturer

*City University of New York Medical School*

1986 – 1987      **U.S. Health Care Systems**
Course Developer
70 medical students; 100 hours

1986 – 1987      **Issues in Health Policy**
Course Developer
70 medical students; 100 hours

*Emory College of Arts and Sciences*

2012      **History, Race, and Disease (IDS 201, Section 004)**
Guest Lecturer

2012 – 2016      **Doctoral Thesis Supervision**
Melissa Creary

*Emory University School of Medicine*

2004 – 2005      **Human Rights, Social Medicine, and the Physician (MEDI 645)**
Guest Lecturer

2001 – 2003      **Patient-Doctor-Community (MEDI 550/551)**
Guest Lecturer

*Georgia Institute of Technology*

2016 – present      Guest Lecturer

Guest Lecturer

### *Harvard Medical School*

| | |
|---|---|
| 1997 – 2000 | **Issues in Minority Health Policy Seminar**<br>Guest Lecturer<br>12 medical/MPH students; 2 hours annually |
| 1995 | **Treatment of Heart Failure**<br>Guest Lecturer<br>12 medical students; 4 hours |

### *Meharry Medical College*

| | |
|---|---|
| 2012 | **Achieving Health Equity:  Frameworks, Data Tools, and Policy Interventions**<br>Visiting Professor and Scholar-in-Residence (one week) |

### *Nell Hodgson Woodruff School of Nursing, Emory University*

| | |
|---|---|
| 2012 – 2014 | **Doctoral Thesis Supervision**<br>Debbie Stevens |

### *University of Georgia College of Public Health*

| | |
|---|---|
| 2008 | **Human Ecology of Health and Illness (HPRB 8410)**<br>Guest Lecturer |

### *University of Michigan Flint*

| | |
|---|---|
| 2016 – 2017 | **Myron and Margaret Winegarden Visiting Professor**<br>Four one-week stays as a Visiting Professor in Residence |

### *University of North Carolina School of Public Health*

| | |
|---|---|
| 2003 – 2014 | **Understanding and Addressing Health Inequities in the US (MCH 256)**<br>Guest Lecturer |
| 2003,  2008 | **Infection and Inequality**<br>Guest Lecturer |
| 2001 | **Issues of Race and Ethnicity in Public Health Research (MCH 231)**<br>Guest Lecturer |

*Bibliography available upon request.*