# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JENNIFER HARDING, *et al*

CIVIL ACTION

VERSUS

20-495-SDD-RLB

JOHN BEL EDWARDS, *et al*

## ORDER

For written reasons[1] assigned this day, the *Motion for Preliminary Injunction* (Rec. Doc. No. 31) is GRANTED in part and DENIED in part, as follows:

Plaintiffs' *Motion* for injunctive relief to increase the period of early voting for the November 3, 2020 Presidential General and Open Congressional Primary Election to thirteen days is hereby DENIED;

The Court hereby GRANTS more limited injunctive relief as to early voting. It is hereby ORDERED that the period of early voting for the November 3, 2020 Presidential General and Open Congressional Primary Election be increased to a **ten-day period** which shall run from Friday, October 16, 2020 to Tuesday, October 27, 2020 (excluding Sunday, October 17 and Sunday, October 25) from 8:00am to 7:00pm each day;

Plaintiffs' *Motion* for injunctive relief to increase the period of early voting for the December 5, 2020 Open General/Congressional/Republican State Central Committee (RSCC) Election is hereby DENIED;

---

[1] Rec. Doc. 88.
62302

*Plaintiffs*' *Motion* for injunctive relief to enjoin entirely the operation of the Excuse Requirement set forth in Louisiana Revised Statute §18:1303 is hereby DENIED;

*Plaintiffs'* alternative *Motion* for injunctive relief to temporarily expand the Excuse Requirement set forth in Louisiana Revised Statute §18:1303 and extend the availability of the COVID-19 Ballot Application that was used during the July and August 2020 elections is GRANTED. The Defendants are ORDERED to make available the same COVID-19 Ballot Application that was used during the July and August 2020 elections and to provide absentee by mail ballots to voters who validly request them pursuant to the COVID-19 Ballot Application for both the November 3, 2020 Presidential General and Open Congressional Primary Election and the December 5, 2020 Open General/Congressional/Republican State Central Committee (RSCC) Election.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 16th day of September 2020.

_____
**SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**