UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Jennifer Harding, *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al*.,<br><br>                  Defendants,<br><br>    and<br><br>The State of Louisiana,<br><br>                  Intervenor. | Civil Action: 3:20-cv-495 |

**MOTION FOR MODIFICATION/CORRECTION**

Pursuant to the sound discretion of the Court, the State of Louisiana, by and through Attorney General Jeff Landry, in his official capacity, and the Secretary of State Kyle Ardoin, in his official capacity ("Defendants in Interest"), respectfully move the Court for a correction of the Court's order of September 15, 2020. On page 1 of the Order, Doc 89, and on page 43 of the Ruling, Doc 88, one of the Sundays excluded from early voting is stated as "Sunday, October 17." The third Sunday in October is in fact October 18, 2020. In the interest of preventing any confusion among legal election officials, the State and Secretary respectfully request this modification of the Court's Ruling and Order.[1]

Dated: September 18, 2020                                              Respectfully Submitted,

---

[1] Counsel for the State and Secretary Ardoin have consulted with counsel for the other parties. No party objects to the relief sought herein.

JEFF LANDRY
ATTORNEY GENERAL

/s/ Jeffrey M. Wale
Angelique Duhon Freel (La. Bar Roll No. 28561)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6017
Facsimile: (225) 326-6098
Email: freela@ag.louisiana.gov

Jason B. Torchinsky*
Phillip M. Gordon*
Holtzman Vogel Josefiak Torchinsky PLLC
45 N. Hill Dr., Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjt.law
pgordon@hvjt.law
*admitted *pro hac vice*

*Counsel for the State of Louisiana*

/s/ Celia R. Cangelosi
Celia R. Cangelosi (Bar Roll No. 12140)
5551 Corporate Blvd. Suite 101
Baton Rouge, LA 70808
Phone: 225-231-1453
Fax: 225-231-1456
Email: celiacan@bellsouth.net

*Counsel for Secretary of State Ardoin*

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 18th day of September 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                                        */s/ Jeffrey M. Wale*
                                         Jeffrey M. Wale

*Counsel for Applicant the State of Louisiana*