UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Jennifer Harding, *et al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>The State of Louisiana,<br><br>    Intervenor. | Civil Action: 3:20-cv-495 |

**ORDER**

CONSIDERING the foregoing Motion for Modification/Correction:

IT IS ORDERED that the Motion is GRANTED, and Docs. 88 and 89 are modified and corrected to note that Sunday, October 18, 2020 is excluded from early voting for the November 2020 election.

READ SIGNED AND DATED this _____ day of _____, 2020, in

Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
Judge Shelly D. Dick