## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Jennifer Harding, *et al.,* | |
| Plaintiffs, | |
| v. | |
| John Bel Edwards, the Governor of the State of Louisiana, in his Official Capacity, *et al.,* | |
| Defendants, | Civil Action: 3:20-cv-495 |
| and | |
| The State of Louisiana, | |
| Intervenor. | |

## <u>NOTICE OF APPEAL</u>

Pursuant to 28 U.S.C. § 1292, Jeff Landry, in his official capacity as Attorney General of the State of Louisiana, on behalf of the State of Louisiana and Kyle Ardoin, in his official capacity as Secretary of State of Louisiana, hereby notices their appeal of this Court's Ruling, Order and Amended Order on preliminary injunction (ECF Nos. 88, 89, & 93) to the United States Court of Appeals for the Fifth Circuit. This Court's Ruling and Order Granting Plaintiffs' Preliminary Injunction was entered on September 16, 2020 (ECF Nos. 88, 89) and amended on September 21, 2020 (ECF No. 93).

In appealing from this Court's opinion and interlocutory order, Defendants appeal from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that merged into and became part of the opinion and injunction, that shaped the opinion and injunction, that are related to the opinions and/or the injunction, and upon which the opinions and/or the opinions and the injunction are based.

Defendants will not be seeking a stay pending appeal and intend for the United States Court

3

of Appeals for the Fifth Circuit to decide the legal issues presented by this appeal following the

normal and usual appellate procedures.

DATED: October 13, 2020

                                          Respectfully Submitted,


JEFF LANDRY
ATTORNEY GENERAL

*/s/ Elizabeth Murrill*
Elizabeth Murrill (La. Bar Roll No. 20685)
        Solicitor General of Louisiana
Angelique Duhon Freel (La. Bar Roll No. 28561)     Jason Torchinsky (VSB 47481)*
Jeffrey Wale (La. Bar Roll No. 36070)              Jonathan Lienhard (VSB 41648)*
        Assistant Attorneys General                Phillip M. Gordon (TX 24096085)*
Louisiana Department of Justice                    Dallin Holt (TX 24099466)*
Civil Division                                     HOLTZMAN VOGEL JOSEFIAK
P. O. BOX 94005                                    TORCHINSKY PLLC
Baton Rouge, Louisiana 70804-9005                  45 North Hill Drive, Suite 100
Telephone: (225) 326-6017                          Warrenton, VA 20186
Facsimile: (225) 326-6098                          Phone: (540) 341-8808
Email:                                             Fax: (540) 341-8809
murrille@ag.louisiana.gov                          Email: jtorchinsky@hvjt.law
freela@ag.louisiana.gov                            jlienhard@hvjt.law
walej@ag.louisiana.gov                             pgordon@hvjt.law
                                                   dholt@hvjt.law

*Counsel for Defendants the State of Louisiana*    *Admitted pro hac vice*
*and the Secretary of State of Louisiana*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that, on this 13th day of October 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which gives notice of filing to all counsel of record.

*/s/ Jason Torchinsky*
Jason Torchinsky