UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER HARDING; JASMINE POGUE; LOUISIANA STATE CONFERENCE OF THE NAACP; and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendants,*<br>and<br><br>THE STATE of LOUISIANA<br><br>*Defendant-Intervenor*. | Case. No. 3:20-cv-00495-SDD-RLB |

## MOTION FOR VOLUNTARY DISMISSAL

NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
700 14th Street, NW, Suite 600
Washington, D.C. 20005
Tel.: (202) 682-1300

COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-7098

*Attorneys for Plaintiffs*

NOW INTO COURT, through undersigned counsel comes Plaintiffs Jennifer Harding, Jasmine Pogue, Power Coalition for Equity and Justice ("PCEJ"), and Louisiana State Conference of the NAACP ("Louisiana NAACP") (collectively "Plaintiffs") who respectfully submit this Motion for Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. As set forth more fully in Plaintiffs' attached Memorandum. Plaintiffs seek a Court Order dismissing this action without prejudice.

Through counsel, Defendant Governor John Bel Edwards has indicated that he does not oppose this motion. Counsel for Defendant-Intervenor, the State of Louisiana, and Defendant Secretary of State Kyle Ardoin indicated that they oppose this motion.

DATED this 3rd day of May 2021.

Respectfully submitted,

Robert D. Fram*
Morgan Lewis*
Joshua González*
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Tel: (415) 591-6000
rfram@cov.com
melewis@cov.com
jgonzalez@cov.com

John Fraser*
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
jfraser@cov.com

Frederic M. Levy*
Scott Garfing*
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Tel: (202) 662-5154
flevy@cov.com
sgarfing@cov.com

/s/ Ronald L. Wilson                Ronald L. Wilson, (LSBN 13575) 701 Poydras Street, Suite 4100
New Orleans, LA 70139 Tel.: (504) 525-4361
cabral2@aol.com

John Z. Morris* Victoria Wenger*
NAACP Legal Defense &
   Educational Fund, Inc.
40 Rector Street, 5th Floor New York, NY 10006 Tel.: (212) 965-2200
zmorris@naacpldf.org
vwenger@naacpldf.org

Catherine Meza*
NAACP Legal Defense &
   Educational Fund, Inc.
700 14th Street, NW, Suite 600
Washington, D.C. 20005
Tel.: (202) 682-1300
cmeza@naacpldf.org

*Pro Hac Vice

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER HARDING; JASMINE POGUE; LOUISIANA STATE CONFERENCE OF THE NAACP; and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendants*,<br>and<br><br>THE STATE of LOUISIANA<br><br>*Defendant-Intervenor*. | Case. No. 3:20-cv-00495-SDD-RLB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal, IT IS HEREBY ORDERED that the Motion is GRANTED and the case is dismissed without prejudice. This ____ day of September, 2020.

_____
Judge Shelly D. Dick
United States District Court Judge

1