UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER HARDING; JASMINE POGUE; LOUISIANA STATE CONFERENCE OF THE NAACP; and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of Louisiana; KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendants,*<br>and<br><br>THE STATE of LOUISIANA<br><br>*Defendant-Intervenor*. | Case. No. 3:20-cv-00495-SDD-RLB |

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal, IT IS HEREBY ORDERED that the Motion is GRANTED and the case is dismissed without prejudice. This 13th day of May ~~September, 2020.~~ 2021.

_____
Judge Shelly D. Dick
United States District Court Judge

1